# Exhibit 7

THE WHITE HOUSE
Office of the Press Secretary
FOR IMMEDIATE RELEASE
August 25, 2017

```
MEMORANDUM FOR THE SECRETARY OF DEFENSE
               THE SECRETARY OF HOMELAND SECURITY

               SUBJECT:      Military Service by Transgender
               Individuals

     Section 1.  Policy.  (a)  Until June 2016, the Department
of Defense (DoD) and the Department of Homeland Security (DHS)
(collectively, the Departments) generally prohibited openly
transgender individuals from accession into the United States
military and authorized the discharge of such
individuals.  Shortly before President Obama left office,
however, his Administration dismantled the Departments'
established framework by permitting transgender individuals to
serve openly in the military, authorizing the use of the
Departments' resources to fund sex-reassignment surgical
procedures, and permitting accession of such individuals after
July 1, 2017.  The Secretary of Defense and the Secretary of
Homeland Security have since extended the deadline to alter the
currently effective accession policy to January 1, 2018, while
the Departments continue to study the issue.

     In my judgment, the previous Administration failed to
identify a sufficient basis to conclude that terminating
the Departments' longstanding policy and practice would not
hinder military effectiveness and lethality, disrupt unit
cohesion, or tax military resources, and there remain meaningful
concerns that further study is needed to ensure that continued
implementation of last year's policy change would not have
those negative effects.

     (b)  Accordingly, by the authority vested in me as
President and as Commander in Chief of the Armed Forces
of the United States under the Constitution and the laws of
the United States of America, including Article II of the
Constitution, I am directing the Secretary of Defense, and the
Secretary of Homeland Security with respect to the U.S. Coast
Guard, to return to the longstanding policy and practice on
military service by transgender individuals that was in place
prior to June 2016 until such time as a sufficient basis exists
```

upon which to conclude that terminating that policy and practice would not have the negative effects discussed above.  The Secretary of Defense, after consulting with the Secretary of Homeland Security, may advise me at any time, in writing, that a change to this policy is warranted.

   Sec. 2.  Directives.  The Secretary of Defense, and the Secretary of Homeland Security with respect to the U.S. Coast Guard, shall:

   (a)  maintain the currently effective policy regarding accession of transgender individuals into military service beyond January 1, 2018, until such time as the Secretary of Defense, after consulting with the Secretary of Homeland Security, provides a recommendation to the contrary that I find convincing; and

   (b)  halt all use of DoD or DHS resources to fund sex-reassignment surgical procedures for military personnel, except to the extent necessary to protect the health of an individual who has already begun a course of treatment to reassign his or her sex.

   Sec. 3.  Effective Dates and Implementation.  Section 2(a) of this memorandum shall take effect on January 1, 2018.  Sections 1(b) and 2(b) of this memorandum shall take effect on March 23, 2018.  By February 21, 2018, the Secretary of Defense, in consultation with the Secretary of Homeland Security, shall submit to me a plan for implementing both the general policy set forth in section 1(b) of this memorandum and the specific directives set forth in section 2 of this memorandum.  The implementation plan shall adhere to the determinations of the Secretary of Defense, made in consultation with the Secretary of Homeland Security, as to what steps are appropriate and consistent with military effectiveness and lethality, budgetary constraints, and applicable law.  As part of the implementation plan, the Secretary of Defense, in consultation with the Secretary of Homeland Security, shall determine how to address transgender individuals currently serving in the United States military.  Until the Secretary has made that determination, no action may be taken against such individuals under the policy set forth in section 1(b) of this memorandum.

   Sec. 4.  Severability.  If any provision of this memorandum, or the application of any provision of this memorandum, is held to be invalid, the remainder of this

memorandum and other dissimilar applications of the provision shall not be affected.

Sec. 5.  General Provisions.  (a)  Nothing in this memorandum shall be construed to impair or otherwise affect:

> (i)   the authority granted by law to an executive department or agency, or the head thereof; or

> (ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This memorandum shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This memorandum is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d)  The Secretary of Defense is authorized and directed to publish this memorandum in the *Federal Register*.

DONALD J. TRUMP

###