The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | CASE NO. 2:17-cv-01297 (MJP) <br><br> **JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** <br><br> **NOTED FOR CONSIDERATION: TODAY** |

WHEREAS, Plaintiffs filed this action challenging the Government's policy on military service by transgender individuals on August 28, 2017, ECF No. 1, and filed a motion for a preliminary injunction on September 14, 2017, ECF No. 32.

WHEREAS, Defendants plan to file a cross-motion to dismiss on jurisdictional grounds with their opposition to Plaintiffs' motion for a preliminary injunction.

WHEREAS, Local Civil Rule 7(k) states that parties anticipating filing cross-motions are encouraged to agree on a briefing schedule and to submit it to the court for approval through a stipulation and proposed order.

WHEREAS, the parties have agreed to a briefing schedule for Plaintiffs' motion for a preliminary injunction and Defendants' anticipated motion to dismiss.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court enter the following order:

JOINT STIPULATION
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

1. Defendants shall file their opposition to Plaintiffs' motion for a preliminary injunction and motion to dismiss by October 16, 2017;

2. Plaintiffs shall file their reply in support of their motion for a preliminary injunction and opposition to Defendants' motion to dismiss by November 1, 2017; and

3. Defendants shall file their reply in support of their motion to dismiss by November 9, 2017.

SO STIPULATED

DATED this 21st day of September, 2017.

*s/ Samantha Everett*
Derek A. Newman, WSBA #26967
Samantha Everett, WSBA #47533
Newman Du Wors, LLP
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800
Seattle, WA 98121
(206) 274-2800

Tara Borelli, WSBA #36759
tborelli@lambdalegal.org
Jon W. Davidson (admitted pro hac vice)
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Natalie Nardecchia (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
LAMDBA LEGAL DEFENSE AND
EDUCATION FUND, INC
730 Peachtree Street NE, Ste. 640
Atlanta, GA 30308
(404) 897-1880

Peter Perkowski (admitted pro hac vice)

JOINT STIPULATION
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

OUTSERVE-SLDN, INC.

James F. Hurst, P.C. (admitted pro hac vice)
Jordan Heinz (admitted pro hac vice)
Scott Lerner (pro hac vice pending)
Vanessa Barsanti (pro hac vice pending)
Daniel I. Siegfried (pro hac vice pending)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000

Attorney for Plaintiffs

SO STIPULATED

DATED this 21st day of September, 2017.

ANNETTE L. HAYES
United States Attorney

CHAD A. READLER
Acting Assistant Attorney General,
Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*s/ Ryan B. Parker*
RYAN B. PARKER
(Utah Bar # 11724)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave, NW, Rm 7326
Washington, DC 20530
Tel: (202) 514-4336; Fax: (202) 616-8202
ryan.parker@usdoj.gov

Attorneys for Defendants

JOINT STIPULATION
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

**ORDER**

IT IS SO ORDERED.

DATED this ___21st___ day of ___September___, 2017.

*[signature]*

United States District Judge
Marsha J. Pechman

JOINT STIPULATION
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530