1

2                                                    The Honorable Marsha J. Pechman

3              UNITED STATES DISTRICT COURT FOR THE
4                    WESTERN DISTRICT OF WASHINGTON
                                    AT SEATTLE
5

6                                            CASE NO. 2:17-cv-01297 (MJP)

7    RYAN KARNOSKI, et al.,               **JOINT STIPULATION AND**
                                          ███████████ **ORDER**
8                        Plaintiffs,      **EXTENDING THE TIME TO**
                                          **RESPOND TO THE STATE OF**
9              v.                         **WASHINGTON'S MOTION TO**
10   DONALD J. TRUMP, et al.,             **INTERVENE**

11                                        **NOTED FOR CONSIDERATION:**
                         Defendants.      **TODAY**
12

13
          WHEREAS, the State of Washington filed a motion to intervene in this action on
14
15   September 25, 2017, ECF No. 55, and, under the local rules, Defendants must file their

16   response to Washington's motion by October 10, 2017.

17
          WHEREAS, based on the schedule entered by the Court, ECF No. 53, Defendants
18
19   must file their motion to dismiss and opposition to Plaintiffs' motion for a preliminary

20   injunction by October 16, 2017.

21
          WHEREAS, Defendants intend to rely on many of the same supporting
22
23   documents, including declarations, for their motion to dismiss and opposition to

24   Plaintiffs' motion for a preliminary injunction and their response to Washington's motion
25
     to intervene.
26

27

28

JOINT STIPULATION - 1                          United States Department of Justice
2:17-cv-01297-MJP                              Civil Division,
                                               Federal Programs Branch
                                               950 Pennsylvania Ave, NW,
                                               Rm 7326
                                               Washington, DC 20530

1

2      WHEREAS, Counsel for Defendants, Counsel for the State of Washington, and

3   Counsel for Plaintiffs have agreed upon a briefing schedule for Washington's motion to

4   intervene.

5

6      NOW THEREFORE, Defendants, Plaintiffs, and the State of Washington, through

7   their respective counsel of record, do hereby stipulate and agree, and respectfully request,

8   that the Court enter the following order:

9

10     1. Any response to the State of Washington's motion to intervene shall be filed by

11  October 16, 2017; and

12     2. The State of Washington shall file its reply in support of its motion to intervene

13  by October 20, 2017.

14

15  SO STIPULATED

16  DATED this 6th day of October, 2017.

17

18  */s/ La Rond Baker*
    LA ROND BAKER, WSBA No. 43610
19  Assistant Attorney General
20  Office of the Attorney General
    800 Fifth Avenue, Suite 2000
21  Seattle, WA 98104
22  (206) 464-7744
    LaRondB@atg.wa.gov
23

24  Attorney for the State of Washington

25  SO STIPULATED

26  DATED this 6th day of October, 2017.

27

28  CHAD A. READLER
    Acting Assistant Attorney General,
    Civil Division

JOINT STIPULATION - 2
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

1

2

3
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

4

5
*/s/ Ryan B. Parker*
RYAN B. PARKER

6
(Utah Bar # 11724)
Senior Trial Counsel

7
United States Department of Justice

8
Civil Division, Federal Programs Branch
950 Pennsylvania Ave, NW, Rm 7326

9
Washington, DC 20530

10
Tel: (202) 514-4336; Fax: (202) 616-8202
ryan.parker@usdoj.gov

11

12
Attorneys for Defendants

13
SO STIPULATED

14

15
DATED this 6th day of October, 2017.

16
*/s/ Samantha Everett*
Derek A. Newman, WSBA #26967

17
Samantha Everett, WSBA #47533

18
Newman Du Wors, LLP
2101 Fourth Ave., Ste. 1500

19
Seattle, WA 98121

20
(206) 274-2800
Seattle, WA 98121

21
(206) 274-2800

22

23
Tara Borelli, WSBA #36759
tborelli@lambdalegal.org

24
Jon W. Davidson (admitted pro hac vice)
Camilla B. Taylor (admitted pro hac vice)

25
Peter C. Renn (admitted pro hac vice)

26
Natalie Nardecchia (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)

27
Kara Ingelhart (admitted pro hac vice)

28
Carl Charles (admitted pro hac vice)
LAMDBA LEGAL DEFENSE AND
EDUCATION FUND, INC

JOINT STIPULATION - 3
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

1
2 | 730 Peachtree Street NE, Ste. 640
3 | Atlanta, GA 30308
(404) 897-1880
4
5 | Peter Perkowski (admitted pro hac vice)
OUTSERVE-SLDN, INC.
6
7 | James F. Hurst, P.C. (admitted pro hac vice)
Jordan Heinz (admitted pro hac vice)
8 | Scott Lerner (pro hac vice pending)
Vanessa Barsanti (pro hac vice pending)
9 | Daniel I. Siegfried (pro hac vice pending)
10 | KIRKLAND & ELLIS LLP
300 N. LaSalle
11 | Chicago, IL 60654
12 | (312) 862-2000
13 | Attorney for Plaintiffs
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

1

2

3

## ORDER

4

5

IT IS SO ORDERED.

6

7

8

DATED this ____10th____ day of ____October____, 2017.

9

10

11

12

13

14

United States District Judge

15

Marsha J. Pechman

16

17

18

19

20

21

22

23

24

25

26

27

28

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

1

2 ## CERTIFICATE OF SERVICE

3        The undersigned hereby certifies that he is an attorney at the United States

4 Department of Justice and is a person of such age and discretion as to be competent to

5 serve papers;

6        It is further certified that on October 6, 2017, I electronically filed the foregoing

7 with the Clerk of the Court using the CM/ECF system, which will send notification of

8 such filing to the following CM/ECF participant(s):

9    Camilla B Taylor          Ctaylor@lambdalegal.Org

10   Carl Charles              Ccharles@lambdalegal.Org

11   James F. Hurst            James.Hurst@kirkland.Com

12   Jon W Davidson            Jdavidson@lambdalegal.Org

13   Kara N. Ingelhart         Kingelhart@lambdalegal.Org

14   Natalie Nardecchia        Nnardecchia@lambdalegal.Org

15   Peter E Perkowski         Peterp@outserve.Org

16   Peter C Renn              Prenn@lambdalegal.Org

17   Sasha J Buchert           Sbuchert@lambdalegal.Org

18   Tara Borelli              Tborelli@lambdalegal.Org

19   Derek Alan Newman         Derek@newmanlaw.Com

20   Samantha Everett          Samantha@newmanlaw.Com

21   La Rond Baker             larondb@atg.wa.gov, chamenew@atg.wa.gov,

22                             maritzao@atg.wa.gov

23  Dated this 6th day of October, 2017.

24
                                    s/ Ryan B. Parker
25                                  RYAN B. PARKER
                                    United States Department of Justice
26                                  Civil Division, Federal Programs Branch
                                    950 Pennsylvania Ave, NW, Rm 7326
27                                  Washington, DC 20530
                                    Tel: (202) 514-4336
28                                  Fax: (202) 616-8202
                                    ryan.parker@usdoj.gov

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530