The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN KARNOSKI, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

CASE NO. 2:17-cv-01297 (MJP)

**JOINT STIPULATION AND [PROPOSED] ORDER SPECIFYING PAGE LIMITATIONS FOR THE PARTIES' COMBINED FILINGS**

**NOTED FOR CONSIDERATION: TODAY**

WHEREAS, Plaintiffs filed this action challenging the Government's policy on military service by transgender individuals on August 28, 2017, ECF No. 1, and filed a motion for a preliminary injunction on September 14, 2017, ECF No. 32.

WHEREAS, Defendants plan to file a motion to dismiss with their opposition to Plaintiffs' motion for a preliminary injunction, and the Court has entered a stipulated order setting a briefing schedule that will allow the parties' respective motions to be briefed together, ECF No. 53.

WHEREAS, Local Civil Rule 7(e)(2) provides that motions to dismiss, motions for a preliminary injunction, and briefs in opposition to those two motions shall not exceed twenty-four (24) pages, and reply briefs shall not exceed twelve (12) pages.

WHEREAS, Defendants need more than twenty-four (24) pages for their combined motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction, but less than the combined forty-eight (48) pages they would otherwise be

JOINT STIPULATION - 1
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

allotted if filing these documents separately, and Plaintiffs need more than (24) pages for their combined opposition to Defendants' motion to dismiss and reply in support of their motion for a preliminary injunction, but less than the combined thirty-six (36) pages they would otherwise be allotted if filing these documents separately.

WHEREAS, counsel for Defendants and counsel for Plaintiffs have agreed on reasonable page limitations for their combined filings, which are less than the cumulative page limitations that would otherwise apply to separate filings.

NOW THEREFORE, Defendants and Plaintiffs, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court enter the following order:

1. Defendants' combined motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction shall not exceed forty-five (45) pages; and

2. Plaintiffs' combined opposition to Defendants' motion to dismiss and reply in support of their motion for a preliminary injunction shall not exceed thirty-five (35) pages.

SO STIPULATED

DATED this 11th day of October, 2017.

CHAD A. READLER
Acting Assistant Attorney General,
Civil Division

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

JOINT STIPULATION - 2
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

/s/ *Ryan B. Parker*
RYAN B. PARKER
(Utah Bar # 11724)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave, NW, Rm 7326
Washington, DC 20530
Tel: (202) 514-4336; Fax: (202) 616-8202
ryan.parker@usdoj.gov

Attorneys for Defendants

SO STIPULATED

DATED this 11th day of October, 2017.

/s/ *Samantha Everett*
Derek A. Newman, WSBA #26967
Samantha Everett, WSBA #47533
Newman Du Wors, LLP
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800
Seattle, WA 98121
(206) 274-2800

Tara Borelli, WSBA #36759
tborelli@lambdalegal.org
Jon W. Davidson (admitted pro hac vice)
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Natalie Nardecchia (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
LAMDBA LEGAL DEFENSE AND
EDUCATION FUND, INC
730 Peachtree Street NE, Ste. 640
Atlanta, GA 30308
(404) 897-1880

JOINT STIPULATION - 3
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

```
 1
 2  Peter Perkowski (admitted pro hac vice)
    OUTSERVE-SLDN, INC.
 3
 4  James F. Hurst, P.C. (admitted pro hac vice)
    Jordan Heinz (admitted pro hac vice)
 5  Scott Lerner (pro hac vice pending)
 6  Vanessa Barsanti (pro hac vice pending)
    Daniel I. Siegfried (pro hac vice pending)
 7  KIRKLAND & ELLIS LLP
 8  300 N. LaSalle
    Chicago, IL 60654
 9  (312) 862-2000
10
    Attorneys for Plaintiffs
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JOINT STIPULATION - 4
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

## ORDER

IT IS SO ORDERED.

DATED this __16th__ day of __October__, 2017.

_____

United States District Judge

Marsha J. Pechman

JOINT STIPULATION - 5
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at the United States Department of Justice and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on October 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

| | |
|---|---|
| Camilla B Taylor | Ctaylor@lambdalegal.Org |
| Carl Charles | Ccharles@lambdalegal.Org |
| James F. Hurst | James.Hurst@kirkland.Com |
| Jon W Davidson | Jdavidson@lambdalegal.Org |
| Kara N. Ingelhart | Kingelhart@lambdalegal.Org |
| Natalie Nardecchia | Nnardecchia@lambdalegal.Org |
| Peter E Perkowski | Peterp@outserve.Org |
| Peter C Renn | Prenn@lambdalegal.Org |
| Sasha J Buchert | Sbuchert@lambdalegal.Org |
| Tara Borelli | Tborelli@lambdalegal.Org |
| Derek Alan Newman | Derek@newmanlaw.Com |
| Samantha Everett | Samantha@newmanlaw.Com |
| La Rond Baker | larondb@atg.wa.gov, chamenew@atg.wa.gov, maritzao@atg.wa.gov |

Dated this 11th day of October, 2017.

/s/ Ryan B. Parker
RYAN B. PARKER
United States Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave, NW, Rm 7326
Washington, DC 20530
Tel: (202) 514-4336
Fax: (202) 616-8202
ryan.parker@usdoj.gov

JOINT STIPULATION - 6
2:17-cv-01297-MJP

United States Department of Justice
Civil Division,
Federal Programs Branch
950 Pennsylvania Ave, NW,
Rm 7326
Washington, DC 20530