# Exhibit 1



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

9/14/17

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
          CHAIRMAN OF THE JOINT CHIEFS OF STAFF
          UNDER SECRETARIES OF DEFENSE
          COMMANDANT, U.S. COAST GUARD
          DEPUTY CHIEF MANAGEMENT OFFICER
          CHIEF, NATIONAL GUARD BUREAU
          GENERAL COUNSEL OF THE DEPARTMENT OF DEFENSE
          DIRECTOR OF COST ASSESSMENT AND PROGRAM
            EVALUATION
          INSPECTOR GENERAL OF THE DEPARTMENT OF DEFENSE
          DIRECTOR OF OPERATIONAL TEST AND EVALUATION
          CHIEF INFORMATION OFFICER OF THE DEPARTMENT OF
            DEFENSE
          ASSISTANT SECRETARY OF DEFENSE FOR LEGISLATIVE
            AFFAIRS
          ASSISTANT TO THE SECRETARY OF DEFENSE FOR PUBLIC
            AFFAIRS
          DIRECTOR OF NET ASSESSMENT
          DIRECTOR, STRATEGIC CAPABILITIES OFFICE
          DIRECTORS OF DEFENSE AGENCIES
          DIRECTORS OF DOD FIELD ACTIVITIES

SUBJECT:  Military Service by Transgender Individuals - Interim Guidance

      The Department of Defense ("DoD") has received the Presidential Memorandum, *Military Service by Transgender Individuals*, dated August 25, 2017 ("Presidential Memorandum").  DoD will carry out the President's policy and directives in consultation with the Department of Homeland Security ("DHS") with respect to the U.S. Coast Guard.  Not later than February 21, 2018, I will present the President with a plan to implement the policy and directives in the Presidential Memorandum.  Consistent with military effectiveness and lethality, budgetary constraints, and applicable law, the implementation plan will establish the policy, standards and procedures for transgender individuals serving in the military.  The Deputy Secretary of Defense and the Vice Chairman of the Joint Chiefs of Staff, supported by a panel of experts ("Panel"), shall propose for my consideration recommendations supported by appropriate evidence and information.

      To comply with the Presidential Memorandum, ensure the continued combat readiness of the force, and maximize flexibility in the development of the implementation plan, the attached Interim Guidance takes effect immediately and will remain in effect until I promulgate DoD's final policy in this matter.  By agreement with the Acting Secretary of Homeland Security, this Interim Guidance also applies to the U.S. Coast Guard.

Attachment:
As stated

cc:
Secretary of Homeland Security

OSD011321-17/CMD015105-17

## Interim Guidance

First and foremost, we will continue to treat every Service member with dignity and respect.

*Accessions:* The procedures set forth in Department of Defense Instruction (DoDI) 6130.03, *Medical Standards for Appointment, Enlistment, or Induction in the Military Services*, dated April 28, 2010 (Change 1), which generally prohibit the accession of transgender individuals into the Military Services, remain in effect because current or history of gender dysphoria or gender transition does not meet medical standards, subject to the normal waiver process.

*Medical Care and Treatment:* Service members who receive a gender dysphoria diagnosis from a military medical provider will be provided treatment for the diagnosed medical condition. As directed by the Memorandum, no new sex reassignment surgical procedures for military personnel will be permitted after March 22, 2018, except to the extent necessary to protect the health of an individual who has already begun a course of treatment to reassign his or her sex.

*In-Service Transition for Transgender Service Members:* The policies and procedures set forth in DoDI 1300.28, *In-Service Transition for Transgender Service Members*, dated July 1, 2016, remain in effect until I promulgate DoD's final guidance in this matter.

*Separation and Retention of Transgender Service members:*

Service members who have completed their gender transition process and whose gender marker has been changed in DEERS will continue to serve in their preferred gender while this Interim Guidance remains in effect.

An otherwise qualified transgender Service member whose term of service expires while this Interim Guidance remains in effect, *may*, at the Service member's request, be re-enlisted in service under existing procedures.

As directed by the Memorandum, no action may be taken to involuntarily separate or discharge an otherwise qualified Service member solely on the basis of a gender dysphoria diagnosis or transgender status. Transgender Service members are subject to the same standards as any other Service member of the same gender; they may be separated or discharged under existing bases and processes, but not on the basis of a gender dysphoria diagnosis or transgender status.

*Reestablishment of the Office of the Under Secretary of Defense for Personnel and Readiness (OUSD(P&R)) Central Coordination Cell*: The OUSD(P&R) will reestablish the Central Coordination Cell (CCC) to provide expert advice and assistance to the Military Departments and Services and to commanders with regard to this Interim Guidance. The CCC may be reached at https://ra.sp.pentagon.mil/DoDCCC/SitePages/HomePage.aspx.