| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 30 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| RYAN KARNOSKI; et al.,<br><br>    Plaintiffs-Appellees,<br><br>STATE OF WASHINGTON, Attorney General's Office  Civil Rights Unit,<br><br>    Intervenor-Plaintiff-Appellee,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>    Defendants-Appellants. | No.   17-36009<br><br>D.C. No. 2:17-cv-01297-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  TASHIMA, PAEZ, and IKUTA, Circuit Judges.

Appellants' motion for voluntary dismissal of this appeal is granted (Docket Entry No. 21).  Each side shall bear its own fees and costs.

**DISMISSED.**

AT/MOATT