| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 3 2018 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

RYAN KARNOSKI; et al.,

        Plaintiffs-Appellees,

STATE OF WASHINGTON, Attorney General's Office Civil Rights Unit,

    Intervenor-Plaintiff-Appellee,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

        Defendants-Appellants.

No.   17-36009

D.C. No. 2:17-cv-01297-MJP
Western District of Washington, Seattle

ORDER

Before: TASHIMA, PAEZ, and IKUTA, Circuit Judges.

    The mandate shall issue 7 days after the filing date of this order.

AT/MOATT