The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants.* | Case No. 2:17-cv-01297-MJP <br><br> **DECLARATION OF LINDSEY MULLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Lindsey Muller, declare as follows:

1. My name is Lindsey Muller. I am a plaintiff in the above-captioned action. I have actual knowledge of the matters stated in this declaration.

2. I am a 36-year-old woman, and I live in Pyeongtaek, South Korea with my wife, who is a veteran of the Marine Corps.

3. I am a Chief Warrant Officer Three in the U.S. Army and am currently stationed at U.S. Army Garrison Humphreys Army Base in Pyeongtaek, South Korea.

4. I enlisted in the U.S. Army in 2000. I have been serving for more than seventeen years.

5. I am a member of the Human Rights Campaign and the American Military Partner Association.

DECLARATION OF LINDSEY MULLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 1
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

6. I chose the military as a career path for the opportunities that it can provide and in fact has provided me. I grew up in a very low-income household in Poplar Buff, Missouri where the only job opportunities were in agriculture and factories that did not provide much opportunity for upward mobility. I wanted specialized education and training, but college was not an option for me because of the expense. I also wanted to elevate myself economically and see more of the world. These goals, together with my strong sense of patriotism, led me to meet with a military recruiter and to enlist in the Army. I have stood shoulder to shoulder with fellow soldiers in combat and have been there to collect their remains after hostile engagements with enemy forces. I genuinely love and am proud of what I do.

7. My military occupation specialty is AH-64D Apache Longbow Attack Helicopter Pilot/Aviator within the Army and I currently perform duties as a Battalion Aviation Safety Officer. Currently, my duties involve providing combat support and combat service support to various echelons of commands up to the division level, including one headquarters support company, one distribution company, one Aviation Intermediate Maintenance company, and one signal company. I am the principle advisor to Company and Battalion level Commanders on all aviation and ground related safety matters. I protect more than 1,100 Soldiers and their families and over 300 vehicles and rolling stock valued at over $70 million. I am responsible for managing the Battalion Commander's Safety Program and developing safety policies, safety goals, mission objectives, priorities, and integrating them into daily operations. I also assist Commanders with quarterly Command Safety Councils, develop risk assessments, and mitigate risks to ensure a safe and effective Aviation Support Battalion.

8. Before my current role, I performed duties as a Team Leader, Squad Leader, Army Recruiter, Instructor/Writer, Proponent Chief, Pilot in Command, and Air Mission Commander.

9. I served in Operation Iraqi Freedom, Operation Enduring Freedom, and multiple assignments to the Republic of Korea.

10. I have extensive training. My military and civilian education include the Army

DECLARATION OF LINDSEY MULLER
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 2
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Combat Communications Course, Expert Infantry Badge; Combat Infantry Badge; Master Breacher Demolition Course; Master Driver Trainer Course; Air Assault Badge; U.S. Army Recruiting School; Advanced Leaders Course; Army Family Team Building Instructor (Levels I, II, III); Survival, Evasion, Resistance & Escape School (SERE B – C/High Risk); U.S. Army Warrant Officer Course; Aviation WOBC, Aviation Life Support Equipment Course; AH-64D Longbow Apache Qualification Course; Aviation Safety Officer Course; Commander's Safety Course; Aircraft Mishap Investigation Course; Foundation Instructor Facilitator Course; Small Group Instructor Training Course; OSHA Standards for General Inspector; and Federal Aviation Administration Commercial Pilot.

11. The military has invested significant resources in training me. Based on my previous experience as a flight instructor, I understand that the military has invested approximately $1.5 million in the training associated with my specific aircraft skillset alone. My skills make me a highly valued member of the military.

12. My performance has been consistently recognized throughout my time in military service. My awards and decorations include the Army Commendation Medal 2 oak leaf clusters (2 OLC), Army Achievement Medal (2 OLC), Valorous Unit Award, Meritorious Unit Award, Army Superior Unit Award, Army Good Conduct Medal (2nd award), National Defense Service Medal, Iraq Campaign Medal Campaign Star, Global War on Terrorism Expeditionary Medal, Global War on Terrorism Service Medal, Korea Defense Service Medal, Non-Commissioned Officer Professional Development Ribbon (2nd award), Army Service Ribbon, Overseas Service Ribbon (2nd award), , Expert Infantry Badge, Combat Infantry Badge, Army Aviator Badge, and Air Assault Badge. Additionally I served for a time as an Army Recruiter and earned every recognition achievable for that position including: three gold achievement stars for my Basic Recruiter Bade, the Gold Recruiter Bade with three sapphire achievement stars, the Army Recruiter Ring, and the Glenn. E. Morrell Medallion.

13. If I could, I would continue serving in the army as long as I am physically able to do so. I have served more than fifty percent of my life in military uniform, serving the citizens

DECLARATION OF LINDSEY MULLER
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 3
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

of the Unites States of America and desperately wish to continue to do so.

14. I am transgender. I was assigned the sex of male at birth. I have known for more than thirteen years that I am female.

15. I began to come to terms with my gender identity approximately six years ago. At that time, I started to see a mental health professional who diagnosed me with gender dysphoria.

16. I began living openly as a woman in 2014.

17. In consultation with health care professionals, I have taken clinically appropriate steps to transition, and I have further transition-related health care needs—including medically necessary surgical treatment.

18. I have taken legal steps to transition. In May of 2015, I legally changed my first name to Lindsey. At that time, I also changed my name and changed my gender marker to female on my driver's license, passport, and social security records.

19. I came out in the military as transgender in 2014, my commander was incredibly supportive. In fact, every person within my chain of command was supportive of my transition and asked me to stay on in the military even though I had offered to resign, in light of the then-existing bar against open service. Additionally, other enlisted personnel have been supportive of me throughout my transition process. Being transgender has not negatively impacted the ability for members of my unit to work together to accomplish our tasks. In fact serving openly has actually had a positive effect allowing me to be open with my gender identity and inspire others by leading by example.

20. Despite the fact that my command was supportive of my transition, I was temporarily medically grounded, meaning that I could not pilot a military aircraft, because of my transition. I was told that I was grounded for two reasons: (1) because I was on hormone replacement therapy and (2) because I intended to transition. Under the guidance in 2014, I was deemed administratively unfit to fly because I wanted to pursue transition.

21. Since then, I have pursued a waiver in order to perform full flight duties. I have also been cleared by four aeromedical psychologists as competent to perform full flight duties.

DECLARATION OF LINDSEY MULLER
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 4
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Because I have not yet had surgeries I require as part of my transition, I take a testosterone blocker, which has been cited as a reason for my grounding. It is my understanding by the guidance provided by five flight surgeons that non-transgender people on hormone replacement therapy routinely receive waivers to qualify to fly.

22. If I were permitted to complete the course of treatment that is part of my transition plan, including required surgeries, then I would no longer be required to take spironolactone and would therefore no longer need of a waiver to fly.

23. The fact that I am transgender has not prevented me from doing my job as Aviation Safety Officer nor has my gender identity prevented others from doing their jobs in the military. I perform valuable services for the Army, and my performance of those duties strengthen our nation's military readiness. In fact, in a recent evaluation, my Brigade Commander noted that I am the best Battalion Safety Officer within the Brigade and am, in his view, one of the top 25% of all Warrant Officers within the Brigade. Within the review he recommended me for promotion.

24. Being able to serve openly as a transgender woman has made me a stronger asset to the military. I am able to function as a productive, healthy member of the military, and I am able to forge stronger relationships with others in my unit. Additionally, my openness as a senior leader has given other service members the confidence that they need to seek mental health care without fear of reprisal. When members who are in need of mental health service seek that care, that improves readiness because it reduces suicidality, reduces instability in the unit, and therefore, reduces the number of members who could be found unfit to serve based on untreated mental health issues.

25. On June 30, 2016, Secretary of Defense Ash Carter announced a new military-wide policy lifting the ban on transgender service. This change in policy permitted other people, similarly situated to me, to come out and serve openly as transgender members of the military without fear of forced separation based on their transgender status. When the ban was lifted, I felt a great weight lifted from my shoulders. I also considered the new inclusive policy from my

DECLARATION OF LINDSEY MULLER
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 5
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

perspective as an officer; I immediately wanted to know what regulatory changes would be implemented to support the medical and legal needs of transgender service members. I believe that the policies and protocols implemented over the last year or so have provided support to both openly serving transgender members and to their commanding officers.

26. On October 1, 2016, the DoD issued instructions for implementing the new inclusive policy. Among the provisions were procedures for how transgender service members may transition, for medical treatment, and for changing a service member's gender marker in the Defense Enrollment Eligibility Reporting System (DEERS).

27. In February 2017, I changed my gender marker in DEERS. Since that time, I have followed female standards for dress, grooming, and physical fitness.

28. Over the last year or so, the DoD has been implementing the new inclusive policy, including through transgender-specific trainings. I have assisted in the provision of these trainings to fellow service members and to dozens of command teams. All told, I have reached hundreds of service members and I know that my voice, as coming from a Senior Chief Warrant Officer, has helped to alleviate concerns of members in command positions because I perceive issues that could affect military readiness through the lens of an officer.

29. On July 26, 2017, President Trump posted three tweets that indicated a shift in policy towards open service by transgender military members.

30. Since the tweeted policy change and the memorandum directing a ban on service by openly transgender service members were released, I have felt like the rug has been pulled out from under me and my anxiety has been extremely high. Knowing that my Commander-in-Chief and his military advisors view my service as a burden has utterly crippled my morale. It was a devastating blow that wounded me more than any combat injury could, because this discriminatory policy cuts to the core of *who I am*. I feel that my career is being destroyed by discrimination and prejudice.

31. It has been difficult for me to go to work thinking that I am viewed as an inconvenience, in spite of the recognition and awards I have received for my work. It is

DECLARATION OF LINDSEY MULLER
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 6
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

challenging to perform to standards when I am afraid of losing my job at any moment. I cannot express how hurt I am by this policy—it is sending a public message denouncing thousands of loyal soldiers and dedicated professionals, who have proven their competence time and time again, many through multiple tours of duty throughout fifteen years of military conflict.

32. Because of the change in policy, I faced anxiety attacks, but seeking help for this issue places me in a difficult position of potentially facing a medical evaluation board regarding my fitness to serve as an aviator. Nonetheless, I requested anxiety medication from my doctor after the President posted the tweets because my interpretation was that I was being fired after more than seventeen years of honorable service. Additionally, I have a family and my healthcare, pension, and retirement benefits are now all in jeopardy.

33. My wife and I are struggling to come to grips with all the consequences of losing my career and benefits. My wife also is transgender as well as a Veteran of the Marine Corps. We are in constant fear that we will lose many protections that shield us from discrimination within the military system.

34. My wife and I both rely on TriCare for all of our medical needs. Upon my separation from the Army, we would lose access to our health care, which would be incredibly stressful.

35. My primary care physician has determined that it is medically necessary for my transition plan that I receive genital surgical treatment. In early July, my doctor was arranging the date for the surgery with a visiting military urologist. However, just days after President Trump's announcement of the change in policy through Twitter, all efforts to arrange the surgery were called off and following attempts to reschedule were denied.

36. Had the policy towards inclusive transgender service and provision of medically necessary transition-related care not been reversed, I would have received genital surgical treatment. After I receive that treatment, I will no longer need to take a testosterone blocker. Therefore, I would no longer need a waiver to fly and may return to my full flight duties. This would enhance my unit's military readiness because we would have additional attack aviation

DECLARATION OF LINDSEY MULLER
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 7
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

capacity.

37. Military medical staff have developed a treatment timeline for my transition, which contemplates surgical treatment among other medical care. My commanding officer, Lieutenant Colonel Jonathan Easley, has reviewed that timeline and stated in a memorandum dated December 8, 2017 that he "[saw] no reason it should conflict with military necessity or current unit requirements." I am currently in the process of pursuing surgical treatment.

38. I have engaged in speech and conduct disclosing my transgender status and expressing my gender identity, including by coming out to my chain of command and my fellow service members, taking steps to transition, and living openly as a woman in military life. I want to continue to be able engage in speech and conduct disclosing my transgender status and expressing my gender identity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 23, 2017

*Lindsey R. Muller*

DECLARATION OF LINDSEY MULLER
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 8
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on January 25, 2018.

_____
Derek A. Newman, WSBA #26967
*dn@newmanlaw.com*
Newman Du Wors LLP
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

DECLARATION OF LINDSEY MULLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 9
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800