The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, | |
| v. | **DECLARATION OF PHILLIP STEPHENS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

I, Phillip Stephens, declare as follows:

1.     My name is Phillip Stephens. I am a plaintiff in the above-captioned action. I have actual knowledge of the matters stated in this declaration.

2.     I am a 30-year-old man, and I live in Crestview, Florida with my wife and daughter.

3.     I am a Petty Officer Second Class in the U.S. Navy and am currently stationed out of Eglin Air Force Base, Florida.

4.     I am a member of the American Military Partner Association ("AMPA"), the nation's largest organization of lesbian, gay, bisexual, and transgender ("LGBT") military families and their allies.

5.     I have served in the U.S. Navy for approximately five and a half years.

6.      I have always been dedicated to the mission of the United States Navy—to maintain, train, and equip combat-ready Naval forces capable of winning wars, deterring aggression, and maintaining freedom of the seas. During my five years of naval service, I have ensured the safety of countless Navy pilots both during active combat and training exercises.

7.      I have served one main role within the Navy: Aviation Structural Mechanic. I have worked on the flight deck of an aircraft carrier ensuring Navy aircraft pilots are able to safely eject from their aircraft in the event of an emergency. I have performed this duty with honor and precision both during simulated and active duty scenarios of a deployment to the Persian Gulf.

8.      I joined the Navy to serve my country and provide my wife and our young child the security, stability, and benefits that a military career provides.

9.      I am transgender. I was assigned the sex of female at birth. However, I have known for many years, since I was a young child, that I am male.

10.      I began to come to terms with my gender identity approximately two and a half years ago. I thereafter started to see a mental health professional who diagnosed me with gender dysphoria.

11.      On June 30, 2016, I was on deployment in the Persian Gulf and had limited access to news or media and was therefore initially unaware that the ban on open transgender military service had been lifted. My wife sent me a link about the policy and I read the posting on the AMPA Facebook page over and over again, filled with incredible relief and joy.

12.      When the transgender ban was lifted, I realized that I could do both the best thing for me and for my wife and child—remain in the Navy and transition. I began living openly as a man in August 2016, as soon as I returned home from deployment.

13.      I began scheduling the necessary medical appointments and phone interviews to acquire the required transition-related paperwork to submit to my Commanding Officer.

14.      I am taking medical steps to bring my body into conformity with my male gender identity by following my Medical Treatment Plan for Gender Transition. The plan was signed by the Chair of the Transgender Care Team, Melissa D. Hiller Lauby, Ph.D. and sent to

DECLARATION OF PHILLIP STEPHENS
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 2
[2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Commanding Officer, VFA-136 in March of 2016.

15.    The transition plan states that, "A military behavioral health provider has diagnosed the member with Gender Dysphoria. Consistent with currently accept standards of care, medical transition for Gender Dysphoria is clinically appropriate and medically necessary." The plan also states that I am "psychologically stable and fit for full duty."

16.    In consultation with my physician, I began hormone therapy in November 2016, shortly after the Department of Defense released guidance on providing transition-related care to service members. This approved transition plan includes surgical procedures, which it acknowledges "are considered medically necessary," but I do not anticipate that they will take place prior to March 23, 2018. Accordingly, if the ban on transition-related care is implemented, it will bar me from obtaining this medically necessary care.

17.    I am also taking legal steps to transition. I will be legally changing my first name to Phillip. I will also be changing my name and gender marker on my driver's license and social security card and records.

18.    I have worked with my chain of command throughout my transition, and both they and other enlisted personnel have been supportive of me.

19.    Since coming out to my chain of command, other service members have addressed me by male pronouns, which match my gender identity. I have been known, accepted, and treated as the man I am.

20.    The fact that I am is transgender has not prevented me from doing my job in the military. I perform a valuable service for the Navy that strengthens military readiness—keeping our nation's aircraft systems safe and operational. Conversely, my exclusion from the military on the basis of my transgender status would weaken military readiness.

21.    On July 26, 2017, President Trump posted three tweets that said that transgender people would not be able to serve in the military "in any capacity."

22.    When I first saw the President's tweets, I was at work and started to receive messages from my wife and friends sending me support. Confused, I again checked the AMPA Facebook page, where I learned this devastating news.

DECLARATION OF PHILLIP STEPHENS
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 3
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

23.     I was at a complete and utter loss for what to do, but I knew that I could not stay at work. I went home and sat alone in the dark of my living room, trying and failing to shut out the world and this terrifying reality. I juggled my own feelings of anger, fear, and despair, with the unanswerable question of how I would be able to provide solace and support to my family when I myself felt so hopeless.

24.     I watched with intermittent rage and shock as White House officials and ignorant people in the media have questioned my capacity to serve in the military, as if I had not already been competently doing so for several years. It adds insult to the injury of living in silence for so long, and it makes a mockery of the sacrifices I make daily at great personal cost to support my family and serve my country.

25.     Serving in the United States Navy is everything to me.  It makes me profoundly proud to support my wife and our young daughter with my work. I can walk through the world with my head held high, as a proud father, husband, and man.

26.     Despite the preliminary injunction, I am living in fear and anxiety that my career may still be in jeopardy because the injunction is not permanent. I understand that it remains possible that the military could, in the future, implement a ban on open transgender service, depending on how the litigation is ultimately resolved. It is painful for me to consider a future without service to my country.

27.     I relied upon the lifting of the open service ban for transgender service members before coming out about my transgender status and sharing my true gender identity with my command and colleagues. It would be utterly devastating to have this action, which I took in good faith, used against me to relieve me of my well-established position in the United States Navy.

28.     Despite my continued fear and anxiety, I continue to go to work every day and perform my duties with precision and honor, and I will continue to do so up until the minute that the military discharges me.

29.     Should the ban on open service for transgender military personnel be implemented, it would deprive me of educational and economic opportunities upon which my

DECLARATION OF PHILLIP STEPHENS
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 4
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

family and I have relied in planning our lives. I cannot afford to attend college without the G.I. Bill, which is another means to bettering myself and ensuring financial security for my wife and child.

30.     Implementing the ban on open service for transgender military personnel would also impair my ability to support and comfort my family because I would no longer feel supported by the country to which I have dedicated my life in service.

31.     As an African-American man, there was also a time when the military would have treated me differently just because of my race. But the military eliminated racial discrimination—and became stronger because of it. Similarly, allowing transgender individuals like me to serve openly only make the military stronger because it removes an exclusion to service that has no bearing on my ability to do my job.

32.     I have engaged in speech and conduct as enlisted Navy service member regarding my gender identity and status as a transgender person. Despite the temporary halting of the ban, I remain fearful for my ability to continue to do so without retribution or punishment given that the litigation has not yet been ultimately resolved.

33.     Being able to serve openly as a transgender man enables me to continue to serve as a productive member of my shop team, without the distress that would otherwise accompany untreated gender dysphoria. Coming out to my fellow service members and commanding officers helped us form stronger, more honest working relationships, and deepened our trust of one another, which is of serious import in the high stakes and stressful environment in which we serve.

34.     If permitted to do so, I would re-enlist in the military by my re-enlistment deadline of October 10, 2018, before the expiration of my term of service in 2019. Indeed, I would, if I could, serve honorably in the military until the age of retirement.

///

///

///

///

DECLARATION OF PHILLIP STEPHENS
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 5
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

35.     All that I want is to live openly as the man I am and to serve my country with respect and dignity.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED: January 25, 2018

Phillip Stephens

DECLARATION OF PHILLIP STEPHENS
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 6
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1

**CERTIFICATE OF SERVICE**

2

The undersigned certifies under penalty of perjury under the laws of the United States of

3

America and the laws of the State of Washington that all participants in the case are registered

4

CM/ECF users and that service of the foregoing documents will be accomplished by the

5

CM/ECF system on January 25, 2018.

6

7

8

Derek A. Newman, WSBA #26967
*dn@newmanlaw.com*

9

Newman Du Wors LLP
2101 Fourth Ave., Ste. 1500

10

Seattle, WA 98121
(206) 274-2800

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PHILLIP STEPHENS
IN SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT - 7
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800