THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN KARNOSKI, et al.,

           Plaintiffs,

  v.

DONALD J. TRUMP, et al.,

           Defendants.

Case No. 2:17-cv-01297-MJP

**ORDER GRANTING AGREED MOTION OF RETIRED MILITARY OFFICERS AND FORMER NATIONAL SECURITY OFFICIALS AS AMICI CURIAE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This matter came before the Court on the Agreed Motion of Retired Military Officers and Former National Security Officials as Amici Curiae for Leave to File Amicus Brief in Support of Plaintiffs' Motion for Summary Judgment ("Motion for Leave"). Having been fully informed, the Court GRANTS the Motion for Leave. The amicus brief attached as Exhibit A to the Motion for Leave is hereby deemed filed.

IT IS SO ORDERED this 30th day of January, 2018.

*(signature)*
Marsha J. Pechman
United States District Judge

*ORDER GRANTING AGREED MOTION OF RETIRED MILITARY OFFICERS AND FORMER NATIONAL SECURITY OFFICIALS AS AMICI CURIAE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - (2:17-cv-01297-MJP) - 1*

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By   s/ Jake Ewart
    Michael R. Scott, WSBA #12822
    Jake Ewart, WSBA #38655
    999 Third Avenue, Suite 4600
    Seattle, Washington 98104
    Telephone: (206) 623-1745
    Facsimile: (206) 623-7789
    Email: michael.scott@hcmp.com;
          jake.ewart@hcmp.com

*Attorneys for Amici Curiae Retired Military Officers and Former National Security Officials*

Harold Hongju Koh
Matthew S. Blumenthal
RULE OF LAW CLINIC
Yale Law School
127 Wall Street, Suite 4600
P.O. Box 208215
New Haven, CT 06520-8215
Telephone: (203) 432-4932
Email: harold.koh@YlsClinics.org

Phillip Spector
MESSING & SPECTOR LLP
1200 Steuart Street #2112
Baltimore, MD 21230
Telephone: (202) 277-8173
Email: ps@messingspector.com

*Affiliated Attorneys for Amici Curiae Retired Military Officers and Former National Security Officials, but not appearing*

*ORDER GRANTING AGREED MOTION OF RETIRED MILITARY OFFICERS AND FORMER NATIONAL SECURITY OFFICIALS AS AMICI CURIAE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT -*
*(2:17-cv-01297-MJP) - 2*