THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | No. 2:17-cv-01297-MJP<br><br>ORDER GRANTING AGREED MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* CONSTITUTIONAL ACCOUNTABILITY CENTER IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT |

THIS MATTER came before the Court on the Agreed Motion for Leave to File Brief of *Amicus curiae* Constitutional Accountability Center's in Support of Plaintiffs' Motions for Summary Judgment. Having considered the Motion, and all relevant evidence and authorities, it is hereby:

ORDERED that the motion is GRANTED.

ENTERED this 1st day of February, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge

1

Presented by:

**Constitutional Accountability Center**
By: s/ Elizabeth B. Wydra
By: s/ Brianne J. Gorod
By: s/ David H. Gans
By: s/ Ashwin Phatak
Elizabeth B. Wydra (*pro hac vice application pending)
Brianne J. Gorod (*pro hac vice application pending)
David H. Gans (*pro hac vice application pending)
Ashwin P. Phatak (*pro hac vice application pending; Not admitted in D.C.; supervised by principals of the firm)
1200 18th Street, N.W.
Suite 501
Washington, D.C. 20036
Telephone: 202.296.6889
Email: elizabeth@theusconstitution.org
brianne@theusconstitution.org
david@theuconstitution.org
ashwin@theusconstitution.org

**Perkins Coie LLP**
By: s/ Abha Khanna
By: s/ William B. Stafford
Abha Khanna, #42612
William B. Stafford #39849
Attorneys for Constitutional Accountability Center
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: AKhanna@perkinscoie.com
BStafford@perkinscoie.com

2

ORDER GRANTIN MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* CONSTITUTIONAL ACCOUNTABILITY CENTER
Case No. 2:17-cv-01297-MJP