THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 2:17-cv-1297 <br><br> **ORDER GRANTING LEGAL VOICE'S AGREED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |

This matter comes before the Court on proposed amici Legal Voice's Agreed Motion for Leave to File Amicus Curiae Brief. Having been fully informed, the Court GRANTS the motion.

IT IS SO ORDERED this 1st day of February, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge

Respectfully presented by:

/s/ *Amanda J. Beane*
Amanda J. Beane, WSBA No. 33070
Lauren Watts Staniar, WSBA No. 48741
Cristina Sepe*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
abeane@perkinscoie.com
lstaniar@perkinscoie.com
csepe@perkinscoie.com

Sara L. Ainsworth, WSBA No. 26656
Legal Voice
907 Pine Street, Suite 500
Seattle, WA 98101-1818
Telephone: 206.682.9552
sainsworth@legalvoice.org

*Pro Hac Vice Forthcoming*

*Counsel for Amicus Curiae Legal Voice*