The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al, <br><br> Defendants. <br><br> ——————————————— <br><br> STATE OF WASHINGTON, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> DONALD TRUMP, et al, <br><br> Intervenor-Defendants. | Case No: 2:17-cv-1297-MJP <br><br> ORDER GRANTING CONSENTED-TO MOTION OF MASSACHUSETTS, CALIFORNIA, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, IOWA, MARYLAND, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, AND THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' AND INTERVENOR-PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT |

This matter came before the Court on the consented-to motion of Massachusetts, California, Connecticut, Delaware, Hawaii, Illinois, Iowa, Maryland, New Jersey, New Mexico, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and the District of Columbia for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgment (ECF No. 129) and Intervenor-Plaintiff State of Washington's Motion for Summary Judgment (ECF

1    No. 150). Having been fully informed, the Court GRANTS the Motion for Leave. The *amicus*

2    brief attached as Exhibit A to the Motion for Leave is hereby deemed filed.

3        IT IS SO ORDERED this 5th day of February, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: February 1, 2018 | Presented by, |
| 2 | | MAURA HEALEY<br>Attorney General of Massachusetts |
| 3 | | |
| 4 | | /s/ Kimberly A. Parr<br>Kimberly A. Parr (admitted *pro hac vice*) |
| 5 | | Sara A. Colb*<br>Assistant Attorneys General |
| 6 | | One Ashburton Place<br>Boston, MA 02108 |
| 7 | | (617) 727-2200<br>Kimberly.Parr@state.ma.us |
| 8 | | Sara.Colb@state.ma.us |
| 9 | | Attorneys General listing<br>continues on next page |
| 10 | | |
| 11 | | *Affiliated attorney, not appearing |
| 12 | | |
| 13 | | MACDONALD HOAGUE & BAYLESS, |
| 14 | | /s/ Katherine C. Chamberlain<br>Katherine C. Chamberlain |
| 15 | | Joseph R. Shaeffer<br>705 Second Avenue, Suite 1500 |
| 16 | | Seattle, WA 98104<br>206.622.1604 |
| 17 | | KatherineC@mhb.com<br>Joe@mhb.com |
| 18 | | |
| 19 | | Local Counsel<br>Pursuant to Local Rule 83.1(d) |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

| | | |
|---|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California<br>1300 I St.<br>Sacramento, CA 95814 | GURBIR S. GREWAL<br>Attorney General of New Jersey<br>25 Market Street<br>Trenton, NJ 08625 |
| | GEORGE JEPSEN<br>Attorney General of Connecticut<br>55 Elm Street<br>Hartford, CT 06106 | HECTOR BALDERAS<br>Attorney General of New Mexico<br>408 Galisteo St.<br>Santa Fe, NM 87501 |
| | MATTHEW P. DENN<br>Attorney General of Delaware<br>Carvel State Building, 6th Floor<br>820 North French Street<br>Wilmington, DE 19801 | ERIC T. SCHNEIDERMAN<br>Attorney General of New York<br>120 Broadway<br>New York, NY 10271 |
| | KARL A. RACINE<br>Attorney General of the District of Columbia<br>One Judiciary Square<br>441 4th Street, N.W.<br>Washington, D.C 20001 | ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br>1162 Court Street N.E.<br>Salem, OR 97301 |
| | DOUGLAS S. CHIN<br>Attorney General of Hawaii<br>425 Queen Street<br>Honolulu, Hawaii 96813 | JOSH SHAPIRO<br>Attorney General of Pennsylvania<br>16th Fl., Strawberry Sq.<br>Harrisburg, PA 17120 |
| | LISA MADIGAN<br>Attorney General of Illinois<br>100 West Randolph Street, 12th Floor<br>Chicago, IL 60601 | PETER F. KILMARTIN<br>Attorney General of Rhode Island<br>150 S. Main Street<br>Providence, RI 02903 |
| | TOM MILLER<br>Attorney General of Iowa<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319 | THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont<br>109 State Street<br>Montpelier, Vermont 05609 |
| | BRIAN E. FROSH<br>Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, Maryland 21202 | |

ORDER GRANTING STATES' ASSENTED-TO
MOTION FOR LEAVE
TO FILE *AMICUS* BRIEF
Case No. 2:17-cv-1297