UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN KARNOSKI, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

CASE NO. C17-1297-MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: Defendants have filed a Cross-Motion for Partial Summary Judgment seeking dismissal of all claims brought against President Donald J. Trump (the "Cross-Motion"). (Dkt. No. 194.) Any response to the Cross-Motion filed by Plaintiffs shall be filed separately from their reply in support of their Motion for Summary Judgment, and shall be limited to no more than 12 pages. Defendants' reply shall not exceed 6 pages. The Court will not hear oral argument on the Cross-Motion.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed March 2, 2018.

William M. McCool
Clerk of Court

s/ Paula McNabb
Deputy Clerk

MINUTE ORDER - 2