The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>          Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, et al.,<br><br>          Defendants. | No. 2:17-cv-1297-MJP<br><br>**DECLARATION OF<br>RYAN B. PARKER** |

I, Ryan B. Parker, swear under penalty of perjury under the laws of the United States to the following:

1. I am a Senior Trial Counsel at the United States Department of Justice and counsel of record for Defendants in this action. I submit this declaration in support of Defendants' Motion to Dissolve the Preliminary Injunction.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of Secretary Mattis's February 22, 2018 Memorandum regarding military service by transgender individuals.

3. Attached to this declaration as Exhibit 2 is a true and correct copy of the Department of Defense's Report and Recommendations on Military Service by Transgender Persons, dated February 2018.

4. Attached to this declaration as Exhibit 3 is a true and correct copy of the President's March 23, 2018 Memorandum regarding military service by transgender individuals.

DECLARATION OF RYAN B. PARKER

*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-4336

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of March 2018.

/s/ Ryan B. Parker

RYAN B. PARKER
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

DECLARATION OF RYAN B. PARKER

*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**