1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN KARNOSKI, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

CASE NO. C17-1297-MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Defendants' Motion to Stay the Preliminary Injunction Pending Appeal. (Dkt. No. 238.) The Court declines to issue an expedited ruling on the Motion, and will issue its ruling following the noting date and in accordance with the briefing schedule set forth in the Local Rule 7(d)(3). The response is due no later than May 14, 2018. The reply is due no later than May 18, 2018.

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed May 2, 2018.

3                                                    William M. McCool
                                                     Clerk of Court
4

5                                                     s/Paula McNabb
                                                     Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24