The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, *et al.*, <br><br> *Plaintiffs*, and <br><br> STATE OF WASHINGTON, <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 2:17-cv-01297-MJP <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' DISCOVERY WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE** <br><br> NOTE ON MOTION CALENDAR: May 25, 2017 <br><br> ORAL ARGUMENT REQUESTED |

Before the Court is Plaintiffs' Motion to Compel Defendants' Discovery Withheld Under the Deliberative Process Privilege. The Court has reviewed Plaintiffs' motion, Defendants' opposition, and Plaintiffs' reply. After considering the parties' arguments, the Court GRANTS the Motion.

Dated this ___ day of _____, 2018.

_____
The Honorable Marsha J. Pechman
United States District Court Judge

---

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO COMPEL DEFENDANTS'
DISCOVERY WITHHELD UNDER THE
DELIBERATIVE PROCESS PRIVILEGE - 1
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  Presented by: _____
2  Jason B. Sykes, WSBA #44369

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO COMPEL DEFENDANTS'
DISCOVERY WITHHELD UNDER THE
DELIBERATIVE PROCESS PRIVILEGE - 2
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800