The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> *Plaintiffs*, and <br><br> STATE OF WASHINGTON, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | CASE No. 2:17-cv-01297-MJP <br><br> **DECLARATION OF DANIEL SIEGFRIED IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' DISCOVERY WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE** <br><br> NOTE ON MOTION CALENDAR: May 25, 2017 <br><br> ORAL ARGUMENT REQUESTED |

DECL. OF D. SIEGFRIED ISO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' DISCOVERY WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

I, Daniel Siegfried, swear under penalty of perjury under the laws of the United States to the following:

1. I am counsel of record for Plaintiffs in this action, am over the age of 18, and am competent to be a witness. I make this declaration in support of Plaintiffs' Motion to Compel Defendants' Discovery Responses Withheld Under the Deliberative Process Privilege based on facts within my personal knowledge.

2. On December 29, 2017, Plaintiffs served their First Set of Interrogatories and First Set of Requests for Production on Defendants, true and correct copies of which are attached hereto as Exhibits 1 and 2. On January 26, 2018, Plaintiffs served their First Set of Requests for Admission on Defendants, a true and correct copy of which is attached hereto as Exhibit 3.

3. Defendants served responses to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production on February 9, 2018. Defendants issued responses on behalf of Secretary James Mattis and the Department of Defense. A true and correct copy of those responses are attached hereto as Exhibits 4 and 5. Defendants also issued separate responses on behalf of President Donald Trump. A true and correct copy of those responses are attached hereto as Exhibits 6 and 7.

4. On February 23, 2018, my colleague Jordan Heinz sent a letter to Defendants' counsel regarding deficiencies in their responses to Plaintiffs' interrogatories and requests for production. A true and correct copy of that letter is attached hereto as Exhibit 8. Among other things, Plaintiffs' February 23, 2018 letter asked Defendants to withdraw their assertions of the deliberative process privilege and also to provide privilege logs identifying any documents withheld pursuant to the privilege. Defendants did not respond to this letter, supplement or amend their discovery responses, or accept any request to meet and confer.

5. On February 26, 2018, Defendants served responses to Plaintiffs' First Set of Requests for Admission, again serving one set of responses for Secretary Mattis and the Department of the Defense and another set for President Trump. True and correct copies of those responses are attached hereto as Exhibits 9 and 10.

6. On March 20, 2018, Defendants served 17 privilege logs on behalf of 6 entities: the Department of Defense, the Defense Health Agency, the Navy, the Army, the Air Force, and the

DECL. OF D. SIEGFRIED ISO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' DISCOVERY WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE - 1
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Chairman of the Joint Chiefs of Staff. Native versions of Defendants' privilege logs are submitted as Exhibits 11 through 27.

7. On April 26, 2018, I sent a letter to Defendants' counsel regarding their privilege logs, a copy of which is attached hereto as Exhibit 28. My letter reiterated Plaintiffs' request that Defendants withdraw their assertions of the deliberative process privilege entirely, and requested a meet and confer if Defendants were unwilling to do so.

8. On May 2, 2018, counsel for Plaintiffs and counsel for Defendants held a telephonic conference in compliance with Federal Rule of Civil Procedure 37 and Local Civil Rule 37(a)(1) to make a good faith effort to resolve the parties' dispute regarding the deliberative process privilege. The parties were unable to resolve their dispute regarding Plaintiffs' positions that (1) the deliberative process privilege does not apply in this case, and (2) the privilege, even if applicable, would not shield information and documents that are post-deliberative (*i.e.* after the President's July 26, 2017 tweets), non-deliberative (*i.e.* discussing how to implement the Ban following the President's decision), or factual.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: May 10, 2018

/s/Daniel Siegfried
Daniel Siegfried

DECL. OF D. SIEGFRIED ISO PLAINTIFFS'
MOTION TO COMPEL DEFENDANTS'
DISCOVERY WITHHELD UNDER THE
DELIBERATIVE PROCESS PRIVILEGE - 2
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on May 10, 2018.

Jason B. Sykes, WSBA No. 44369
jason@newmanlaw.com
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

DECL. OF D. SIEGFRIED ISO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' DISCOVERY WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE - 3
[2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800