The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **JOINT STIPULATION AND ORDER EXTENDING THE TIME TO RESPOND TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

1    WHEREAS, Defendants filed a Motion for Protective Order in this action on May 21, 2018 (Dkt. No. 268), and, under the local rules Plaintiffs and Intervenor Plaintiff must file their response to Defendants' motion by Wednesday, May 30, 2018.

WHEREAS, Defendants' motion pertains to the application of the presidential communications privilege, and will require substantial case law research in preparation for drafting the opposition thereto;

WHEREAS, the current briefing schedule falls over the Memorial Day holiday;

WHEREAS, the parties are also in the midst of briefing Plaintiffs' Motion to Compel (Dkt. No. 245); and

WHEREAS, Counsel for Plaintiffs, Counsel for Intervenor Plaintiff, and Counsel for Defendants have agreed upon a briefing schedule for Defendants' Motion for Protective Order.

NOW THEREFORE, Plaintiffs, Intervenor Plaintiff, and Defendants, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court enter the following order

1. Any response to Defendants' Motion for Protective Order shall be filed by Wednesday, June 6, 2018; and

2. Defendants shall file their reply in support of their Motion for Protective Order by Wednesday, June 13, 2018.

SO STIPULATED

Respectfully submitted May 25, 2018.

| | |
|---|---|
| **NEWMAN DU WORS LLP** | **UNITED STATES DEPARTMENT OF JUSTICE** |
| s/Jason B. Sykes | s/Andrew E. Carmichael |
| Derek A. Newman, WSBA #26967 | Andrew E. Carmichael |
| *dn@newmanlaw.com* | (Virginia Bar # 76578) |
| Jason B. Sykes, WSBA #44369 | Trial Attorney |
| *jason@newmanlaw.com* | Civil Division, Federal Programs Branch |
| 2101 Fourth Ave., Ste. 1500 | 950 Pennsylvania Ave., NW |
| Seattle, WA 98121 | Washington, DC 20530 |
| (206) 274-2800 | *Andrew.e.carmichael.usdoj.gov* |
| | |
| **LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.** | *Counsel for Defendants* |
| Camilla B. Taylor (admitted pro hac vice) | **OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL** |
| Tara L. Borelli, WSBA #36759 | |
| Peter C. Renn (admitted pro hac vice) | |
| Sasha Buchert (admitted pro hac vice) | s/La Rond Baker |
| Kara N. Ingelhart (admitted pro hac vice) | La Rond Baker, WSBA #43610 |
| Carl Charles (admitted pro hac vice) | Colleen Melody, WSBA #42275 |
| | Assistant Attorneys General |
| | Civil Rights Unit |
| **OUTSERVE-SLDN, INC.** | Office of the Attorney General |
| Peter Perkowski (admitted pro hac vice) | 800 Fifth Avenue, Suite 2000 |
| | Seattle, WA 98104 |
| **KIRKLAND & ELLIS LLP** | *larondb@atgwa.gov* |
| James F. Hurst, P.C. (admitted pro hac vice) | *colleenm1@atg.wa.gov* |
| Jordan Heinz (admitted pro hac vice) | |
| Scott Lerner (admitted pro hac vice) | |
| Vanessa Barsanti (admitted pro hac vice) | *Counsel for Intervenor Plaintiff State of Washington* |
| Daniel Siegfried (admitted pro hac vice) | |
| | |
| *Counsel for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of May, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge