UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN KARNOSKI, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, et al.,

Defendants.

CASE NO. C17-1297-MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Defendants' Notice of Supplemental Authority (Dkt. No. 287) and their request to file a supplemental briefing regarding the impact of <u>Trump v. Hawaii</u> on the pending Motion to Compel (Dkt. No. 245) and Motion for Protective Order (Dkt. No. 268). Defendants are to file any supplemental briefing no later than Monday, July 9, 2018. Plaintiffs are to file any response no later than Thursday, July 12, 2018. These briefs are not to exceed five pages.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 6, 2018.

          William M. McCool
          Clerk of Court

          s/Paula McNabb
          Deputy Clerk