# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | CASE NO. C17-1297-MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Defendants' Motion to Stay Compliance with the Court's Discovery Order. (Dkt. No. 300.) The Court declines to issue an expedited ruling on the Motion, and will issue its ruling following the noting date and in accordance with the briefing schedule set forth in Local Rule 7(d)(2). The response is due no later than August 6, 2018. The reply is due no later than August 10, 2018.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 3, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2