The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | No. 2:17-cv-1297-MJP |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF FILING RENEWED MOTION FOR A STAY** |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

DEFENDANTS' NOTICE OF FILING RENEWED MOTION FOR A STAY
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3346

Pursuant to Federal Rule of Appellate Procedure 25(b) and the Order by the United States Court of Appeals for the Ninth Circuit permitting the Government to renew its stay motion in the Court of Appeals, *see* Order, *In re Donald J. Trump*, No. 18-72159 (9th Cir. Aug. 2, 2018), Dkt. 4, Defendants respectfully provide notice that on August 23, 2018, Defendants filed a renewed motion for a stay pending consideration of the Government's petition for a writ of mandamus in the United States Court of Appeals for the Ninth Circuit. A copy of the motion is attached.

Dated: August 23, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

JOSHUA E. GARDNER
Assistant Director

*/s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' NOTICE OF FILING RENEWED MOTION FOR A STAY -1
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-3346

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed Defendants' Notice of Filing Renewed Motion for a Stay using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated:  August 23, 2018

*/s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' NOTICE OF FILING RENEWED MOTION FOR A STAY -2
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3346**