UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | CASE NO. C17-1297-MJP<br><br>MINUTE ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the parties' Stipulated Motion to Extend Discovery and Dispositive Motion Deadlines. (Dkt. No. 318.) The Court GRANTS the motion and ORDERS as follows:

The October 10, 2018 deadline for filing and noting discovery motions, the November 9, 2018 deadline for completing discovery, and the December 10, 2018 deadline for filing dispositive motions are hereby vacated.

1     The parties are ordered to submit proposed revisions to the case schedule within 21 days

2 after the Ninth Circuit rules on the pending mandamus petition.

3     All other deadlines in the current case schedule (Dkt. No. 242) shall remain the same.

4     The clerk is ordered to provide copies of this order to all counsel.

5     Filed September 28, 2018.

                                          William M. McCool
                                          Clerk of Court

                                          s/Paula McNabb
                                          Deputy Clerk