FILED

UNITED STATES COURT OF APPEALS

OCT 1 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN KARNOSKI; et al., | No.   18-35347 |
| Plaintiffs-Appellees, | D.C. No. 2:17-cv-01297-MJP |
| STATE OF WASHINGTON, Attorney General's Office  Civil Rights Unit, | Western District of Washington, Seattle |
| Intervenor-Plaintiff-Appellee, | ORDER |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants-Appellants. | |

| | |
|---|---|
| In re:  DONALD J. TRUMP, in his official capacity as President of the United States; et al., | No.   18-72159 |
| _____ | D.C. No. 2:17-cv-01297-MJP Western District of Washington, Seattle |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Petitioners, | |
| v. | |
| UNITED STATES DISTRICT COURT | |

FOR THE WESTERN DISTRICT OF
WASHINGTON, SEATTLE,

    Respondent,

RYAN KARNOSKI; et al.,

    Real Parties in Interest.

Before:  FISHER, CLIFTON, and CALLAHAN, Circuit Judges.

  Defendants' motion for additional and separate argument times (Dkt. Entry 110) is granted.  The parties are allotted 20 minutes a side for appeal No. 18-35347, to be followed by argument on the petition, No. 18-72159, with each side allotted 15 minutes.