The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　　　　Defendants. | No. 2:17-cv-1297-MJP<br><br>**DEFENDANTS' NOTICE OF FILING CORRECTED DECLARATION OF ROBERT E. EASTON IN SUPPORT OF DEFENDANTS' MOTION TO STAY COMPLIANCE WITH THE COURT'S ORDER PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS** |

DEFENDANTS' NOTICE OF FILING CORRECTED DECLARATION OF ROBERT E. EASTON IN SUPPORT OF DEFENDANTS' MOTION TO STAY COMPLIANCE WITH THE COURT'S ORDER PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 514-4336

Defendants respectfully provide notice of the attached declaration, which corrects a reference in Robert E. Easton's declaration in support of Defendants' Motion to Stay Compliance with the Court's Order Pending Resolution of Petition for Writ of Mandamus. *See* Dkt. 301.

Dated: October 6, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

JOSHUA E. GARDNER
Assistant Director

*/s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' NOTICE OF FILING CORRECTED DECLARATION OF ROBERT E. EASTON IN SUPPORT OF DEFENDANTS' MOTION TO STAY COMPLIANCE WITH THE COURT'S ORDER PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS - 1
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3346**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2018, I electronically filed the foregoing Defendants' Notice Of Filing Corrected Declaration Of Robert E. Easton In Support Of Defendants' Motion To Stay Compliance With The Court's Order Pending Resolution Of Petition For Writ Of Mandamus using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated:  October 6, 2018                             */s/ Andrew E. Carmichael*
                                                                  ANDREW E. CARMICHAEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' NOTICE OF FILING CORRECTED DECLARATION OF ROBERT E. EASTON IN SUPPORT OF DEFENDANTS' MOTION TO STAY COMPLIANCE WITH THE COURT'S ORDER PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS - 2
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 514-3346**