# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **ORDER GRANTING STIPULATION TO VACATE THE CURRENT CASE SCHEDULE** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

ORDER VACATING CASE SCHEDULE
[Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | |
|---|---|
| 1 | Plaintiffs Ryan Karnoski, Cathrine Schmid, D.L., formerly known as K.G., by his next |
| 2 | friend and mother, Laura Garza, Lindsey Muller, Terece Lewis, Phillip Stephens, Megan |
| 3 | Winters, Jane Doe, Conner Callahan, Human Rights Campaign, Gender Justice League, and |
| 4 | American Military Partner Association (collectively, "Plaintiffs"); Plaintiff-Intervenor State of |
| 5 | Washington; and Defendants Donald J. Trump, the United States of America, Patrick Shanahan, |
| 6 | and the United States Department of Defense (collectively, "Defendants"), stipulate and move |
| 7 | the Court as follows: |
| 8 | WHEREAS, pursuant to the Court's order (Dkt. No. 234), Plaintiffs, Plaintiff-Intervenor, |
| 9 | and Defendants ("the Parties") filed their Updated Joint Status Report and Discovery Plan on |
| 10 | May 4, 2018 (Dkt. No. 241), and the Court entered the case scheduling order on May 9, 2018 |
| 11 | (Dkt. No. 242), that currently governs the case. |
| 12 | WHEREAS, the Parties stipulated to extend discovery and dispositive motion deadlines on |
| 13 | September 27, 2018, due to upcoming deadlines for filing and noting discovery motions, |
| 14 | completing discovery, and filing dispositive motions. (Dkt. No. 318.) |
| 15 | WHEREAS, the Court granted the Parties' stipulation on September 28, 2018, vacating the |
| 16 | deadlines for filing and noting discovery motions, completing discovery, and filing dispositive |
| 17 | motions, and further ordered the parties to submit proposed revisions to the case schedule within |
| 18 | 21 days after the Ninth Circuit rules on the pending Mandamus Petition. (Dkt. No. 319.) All |
| 19 | other deadlines in the case schedule remained unchanged. (*Id.*) |
| 20 | WHEREAS, the Ninth Circuit has not yet ruled on the pending Mandamus Petition, |
| 21 | discovery is not complete, and trial is currently set for April 8, 2019. |
| 22 | WHEREAS, the Parties have agreed further revisions to the case schedule are warranted— |
| 23 | including vacating the March 4, 2019 motions in limine deadline, the March 27, 2019 pretrial |
| 24 | order deadline, and the March 27, 2019 proposed findings of fact and conclusions of law |
| 25 | deadline, and the March 29, 2019 pretrial conference, and the April 8, 2019 trial date. |
| 26 | NOW THEREFORE, Plaintiffs, Plaintiff-Intervenor, and Defendants, through their |
| 27 | respective counsel of record, do hereby stipulate and agree, and respectfully request, that the |
| 28 | Court enter an order as follows: |

JOINT STIP. AND [PROPOSED] ORDER TO
EXTEND DEADLINES - 1
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1. The March 4, 2019 motions in limine deadline, March 27, 2019 pretrial order deadline, March 27, 2019 proposed findings of fact and conclusions of law deadline, March 29, 2019 pretrial conference, and April 8, 2019 trial date are hereby vacated.

2. The parties shall submit a joint proposal for revisions to the case schedule within 21 days after the Ninth Circuit rules on the Mandamus Petition.

SO STIPULATED

Respectfully submitted February 19, 2019.

| | |
|---|---|
| **NEWMAN DU WORS LLP** | **UNITED STATES DEPARTMENT OF JUSTICE** |
| /s/ Jason B. Sykes | /s/ Andrew E. Carmichael |
| Derek A. Newman, WSBA #26967 | Andrew E. Carmichael |
| *dn@newmanlaw.com* | (Virginia Bar # 76578) |
| Jason B. Sykes, WSBA #44369 | Trial Attorney |
| *jason@newmanlaw.com* | Civil Division, Federal Programs Branch |
| 2101 Fourth Ave., Ste. 1500 | 950 Pennsylvania Ave., NW |
| Seattle, WA 98121 | Washington, DC 20530 |
| (206) 274-2800 | *andrew.e.carmichael.usdoj.gov* |
| | |
| | *Counsel for Defendants* |
| **LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.** | |
| Camilla B. Taylor (admitted pro hac vice) | |
| Tara L. Borelli, WSBA #36759 | **OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL** |
| Peter C. Renn (admitted pro hac vice) | |
| Paul D Castillo (admitted pro hac vice) | |
| Sasha Buchert (admitted pro hac vice) | /s/ La Rond Baker |
| Kara N. Ingelhart (admitted pro hac vice) | La Rond Baker, WSBA #43610 |
| | Colleen Melody, WSBA #42275 |
| **OUTSERVE-SLDN, INC.** | Chalia Stallings-Ala'ilima, WSBA #40694 |
| Peter Perkowski (admitted pro hac vice) | Assistant Attorneys General |
| | Civil Rights Unit |
| **KIRKLAND & ELLIS LLP** | Office of the Attorney General |
| James F. Hurst, P.C. (admitted pro hac vice) | 800 Fifth Avenue, Suite 2000 |
| Stephen R. Patton (admitted pro hac vice) | Seattle, WA 98104 |
| Jordan Heinz (admitted pro hac vice) | *larondb@atgwa.gov* |
| Vanessa Barsanti (admitted pro hac vice) | *colleenm1@atg.wa.gov* |
| | *chalias@atg.wa.gov* |
| *Counsel for Plaintiffs* | |
| | *Counsel for Intervenor-Plaintiff State of Washington* |

JOINT STIP. AND [PROPOSED] ORDER TO EXTEND DEADLINES - 2
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# ORDER

This matter comes before the Court on the Parties' Joint Stipulation to Vacate the Current Case Schedule and Ordering the Parties to Propose a New Case Schedule. After considering the Parties' Joint Stipulation, IT IS HEREBY ORDERED THAT:

The March 4, 2019 motions in limine deadline, March 27, 2019 pretrial order deadline, March 27, 2019 proposed findings of fact and conclusions of law deadline, March 29, 2019 pretrial conference, and April 8, 2019 trial date are hereby vacated;

1. The parties shall submit a joint proposal for revisions to the case schedule within 21 days after the Ninth Circuit rules on the Mandamus Petition.

IT IS SO ORDERED.

Dated this 20th day of February, 2019.

_____
Marsha J. Pechman
United States District Judge

JOINT STIP. AND [PROPOSED] ORDER TO
EXTEND DEADLINES - 3
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800