FILED

JUN 7 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RYAN KARNOSKI; et al., | No. 18-35347 |
| Plaintiffs-Appellees, | D.C. No. 2:17-cv-01297-MJP Western District of Washington, Seattle |
| STATE OF WASHINGTON, Attorney General's Office  Civil Rights Unit, | |
| Intervenor-Plaintiff-Appellee, | ORDER |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants-Appellants. | |
| In re:  DONALD J. TRUMP, in his official capacity as President of the United States; et al., _____ | No. 18-72159 D.C. No. 2:17-cv-01297-MJP Western District of Washington, Seattle |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Petitioners, | |
| v. | |
| UNITED STATES DISTRICT COURT | |

FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE,

  Respondent,

RYAN KARNOSKI; et al.,

  Real Parties in Interest.

Before: FISHER, CLIFTON and CALLAHAN, Circuit Judges.

  Conner Callahan's unopposed motion to be dismissed without prejudice is GRANTED. The parties shall bear their own costs and fees.