# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | CASE NO. C17-1297 MJP |
| *Plaintiffs*, and | ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

This matter comes before the Court on the Parties' Joint Stipulation Concerning the Case Schedule. After considering the Parties' Joint Stipulation, IT IS HEREBY ORDERED that the Parties will propose and file an amended schedule to reset case deadlines by July 12, 2019.

IT IS SO ORDERED.

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated July 3, 2019.

_____
Marsha J. Pechman
United States District Judge