UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>*Plaintiffs*, and<br><br>STATE OF WASHINGTON,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 2:17-cv-01297-MJP<br><br>**JOINT STIPULATION TO VACATE PRELIMINARY INJUNCTION AND ORDER** |

JOINT STIPULATION TO VACATE
PRELIMINARY INJUNCTION
[Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Plaintiffs Ryan Karnoski, Staff Sergeant Cathrine Schmid, D.L., Chief Warrant Officer Lindsey Muller, Petty Officer First Class Terece Lewis, Petty Officer Second Class Phillip Stephens, Petty Officer Second Class Megan Winters, Jane Doe, Human Rights Campaign, Gender Justice League, and American Military Partners Association n/k/a Modern Military Association of America (collectively "Plaintiffs"), Plaintiff-Intervenor State of Washington, and Defendants Donald J. Trump, Mark Esper, and the United States Department of Defense (collectively "Defendants," and together with Plaintiffs and Plaintiff-Intervenor, "Parties") hereby stipulate as follows:

WHEREAS, this Court granted Plaintiffs' motion for preliminary injunction on December 11, 2017 (Dkt. No. 103).

WHEREAS, this Court struck Defendants' motion to dissolve the preliminary injunction on April 13, 2018 (Dkt. No. 233).

WHEREAS, the Ninth Circuit vacated and remanded this Court's order striking Defendants' motion to dissolve and further held that "[i]f Plaintiffs no longer wish to pursue a preliminary injunction, they may so advise the district court on remand" (Dkt. No. 338 at 58.)

WHEREAS, the Parties disagreed whether their discovery disputes should be resolved first before any resolution of Defendants' motion to dissolve (Dkt. No. 341), and this Court ordered that "[i]f Plaintiffs wish to file an opposition to Defendants' motion to dissolve, they must do so on or before August 2, 2019" (Dkt. No. 344).

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby stipulate and agree as follows:

After the Ninth Circuit's issuance of the mandate, the preliminary injunction should be vacated based on the stipulation of the Parties, without prejudice to any renewed motion for a preliminary injunction.

SO STIPULATED.

JOINT STIPULATION TO VACATE
PRELIMINARY INJUNCTION - 1
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Respectfully submitted August 2, 2019.

| NEWMAN DU WORS LLP | UNITED STATES DEPARTMENT OF JUSTICE |
|---|---|
| s/ Jason B. Sykes | s/ Andrew E. Carmichael |
| Derek A. Newman, WSBA No. 26967<br>*dn@newmanlaw.com*<br>Jason B. Sykes, WSBA No. 44369<br>*jason@newmanlaw.com*<br>Rachel Horvitz, WSBA No. 52987<br>*rachel@newmanlaw.com*<br>2101 Fourth Ave., Ste. 1500<br>Seattle, WA 98121<br>(206) 274-2800 | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br>JOHN R. GRIFFITHS<br>Branch Director<br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>ANDREW E. CARMICHAEL, VA Bar # 76578<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>*andrew.e.carmichael@usdoj.gov*<br>1100 L Street NW, Suite 12108<br>Washington, DC 20530<br>(202) 514-3346<br><br>Counsel for Defendants |
| **LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>Tara Borelli, WSBA No. 36759<br>*tborelli@lambdalegal.org*<br>Camilla B. Taylor (admitted pro hac vice)<br>Peter C. Renn (admitted pro hac vice)<br>Sasha Buchert (admitted pro hac vice)<br>Kara Ingelhart (admitted pro hac vice)<br>Carl Charles (admitted pro hac vice)<br>Paul D. Castillo (admitted pro hac vice) | |
| **OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**<br>Peter Perkowski (admitted pro hac vice) | **OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**<br><br>s/ Chalia I. Stallings-Ala'ilima |
| **KIRKLAND & ELLIS LLP**<br>James F. Hurst, P.C. (admitted pro hac vice)<br>Steve Patton (admitted pro hac vice)<br>Jordan M. Heinz (admitted pro hac vice)<br>Vanessa Barsanti (admitted pro hac vice)<br>Daniel I. Siegfried (admitted pro hac vice)<br>Joseph B. Tyson (admitted pro hac vice)<br><br>Counsel for Plaintiffs | Colleen M. Melody, WSBA No. 42275<br>*colleenm1@atg.wa.gov*<br>Chalia I. Stallings-Ala'ilima, WSBA No. 40694<br>*chalias@atg.wa.gov*<br>Assistant Attorneys General<br>Civil Rights Unit<br>Attorney General's Office<br>800 5th Ave, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br><br>Counsel for Plaintiff-Intervenor State of Washington |

JOINT STIPULATION TO VACATE
PRELIMINARY INJUNCTION - 2
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# ORDER

This matter comes before the Court on the Parties' Joint Stipulation to Vacate Preliminary Injunction. After considering the Parties' Joint Stipulation, the preliminary injunction is hereby vacated based on the stipulation of the Parties, without prejudice to any renewed motion for a preliminary injunction.

IT IS SO ORDERED.

DATED this 5th day of August, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge

PRESENTED BY:

**NEWMAN DU WORS LLP**

s/ Jason B. Sykes
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**

**UNITED STATES DEPARTMENT OF JUSTICE**

s/ Andrew E. Carmichael
JOSEPH H. HUNT
Assistant Attorney General
Civil Division
JOHN R. GRIFFITHS
Branch Director
ANTHONY J. COPPOLINO
Deputy Director

ANDREW E. CARMICHAEL, VA Bar # 76578
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
*andrew.e.carmichael@usdoj.gov*

JOINT STIPULATION TO VACATE
PRELIMINARY INJUNCTION - 3
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | |
|---|---|
| Tara Borelli, WSBA No. 36759<br>*tborelli@lambdalegal.org*<br>Camilla B. Taylor (admitted pro hac vice)<br>Peter C. Renn (admitted pro hac vice)<br>Sasha Buchert (admitted pro hac vice)<br>Kara Ingelhart (admitted pro hac vice)<br>Carl Charles (admitted pro hac vice)<br>Paul D. Castillo (admitted pro hac vice)<br><br>**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**<br>Peter Perkowski (admitted pro hac vice)<br><br>**KIRKLAND & ELLIS LLP**<br>James F. Hurst, P.C. (admitted pro hac vice)<br>Steve Patton (admitted pro hac vice)<br>Jordan M. Heinz (admitted pro hac vice)<br>Vanessa Barsanti (admitted pro hac vice)<br>Daniel I. Siegfried (admitted pro hac vice)<br>Joseph B. Tyson (admitted pro hac vice)<br><br>Counsel for Plaintiffs | 1100 L Street NW, Suite 12108<br>Washington, DC 20530<br>(202) 514-3346<br><br>Counsel for Defendants<br><br><br>**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**<br><br>s/ Chalia I. Stallings-Ala'ilima<br>Colleen M. Melody, WSBA No. 42275<br>*colleenm1@atg.wa.gov*<br>Chalia I. Stallings-Ala'ilima, WSBA No. 40694<br>*chalias@atg.wa.gov*<br>Assistant Attorneys General<br>Civil Rights Unit<br>Attorney General's Office<br>800 5th Ave, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br><br>Counsel for Plaintiff-Intervenor State of Washington |

JOINT STIPULATION TO VACATE
PRELIMINARY INJUNCTION - 4
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on August 2, 2019.

                                      Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

JOINT STIPULATION TO VACATE
PRELIMINARY INJUNCTION - 5
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800