The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | No. 2:17-cv-1297-MJP <br><br> **ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND PLAINTIFF-INTERVENOR'S FIRST AMENDED COMPLAINT** |

For the reasons set forth in Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Second Amended Complaint and Plaintiff-Intervenor's First Amended Complaint, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall file their response to Plaintiffs' Second Amended Complaint, ECF No. 347, and Plaintiff-Intervenor's First Amended Complaint, ECF No. 348, by August 28, 2019.

DATED this 9th day of August, 2019

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND PLAINTIFF-INTERVENOR'S FIRST AMENDED COMPLAINT - 1
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-0543

Presented by:

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

*/s/ James R. Powers*
JAMES R. POWERS (TX Bar 24092989)
ANDREW E. CARMICHAEL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Email: james.r.powers@usdoj.gov

*Counsel for Defendants*

ORDER GRANTING DEFENDANTS' CONSENT
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
SECOND AMENDED COMPLAINT AND PLAINTIFF-INTERVENOR'S
FIRST AMENDED COMPLAINT - 2
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 353-0543**

[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
SECOND AMENDED COMPLAINT AND PLAINTIFF-INTERVENOR'S
FIRST AMENDED COMPLAINT - 1
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 353-0543**