# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | No. 2:17-cv-1297-MJP<br><br>**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL** |

For the reasons set forth in Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall file their response to Plaintiffs' Motion to Compel, ECF No. 358, by August 29, 2019, and Plaintiffs shall file their reply in support of the motion by September 4, 2019.

DATED this 21st day of August, 2019

_____
Marsha J. Pechman
United States District Judge

Presented by:

ORDER GRANTING DEFENDANTS' CONSENT
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
SECOND AMENDED COMPLAINT AND PLAINTIFF-INTERVENOR'S
FIRST AMENDED COMPLAINT - 1
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 353-0543**

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ALEXANDER K. HAAS
Deputy Director

*/s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL
JAMES R. POWERS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendant*

ORDER GRANTING DEFENDANTS' CONSENT
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
SECOND AMENDED COMPLAINT AND PLAINTIFF-INTERVENOR'S
FIRST AMENDED COMPLAINT - 2
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 353-0543**