The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RYAN KARNOSKI, et al.,

    *Plaintiffs*,

STATE OF WASHINGTON,

    *Plaintiff-Intervenor*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    *Defendants*.

Case No. 2:17-cv-01297-MJP

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

NOTE ON MOTION CALENDAR: August 23, 2019

This matter comes before the Court on Plaintiffs' Motion Seal. The Court having considered the Motion, Defendants' Response, and all pleadings and papers on file herein, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Seal is hereby GRANTED in part.

2. Defendants' Objections to Plaintiffs' Second Set of Interrogatories to Secretary Mattis and The United States Department of Defense will be filed partially under seal, redacted in accordance with Defendant's exhibit, Dkt. No. 363, Ex. 1.

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 1
[Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

IT IS SO ORDERED

Dated this 29th day of August, 2019.

_____
Marsha J. Pechman
United States District Judge

Presented by:

**NEWMAN DU WORS LLP**

_____
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha J. Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC.**
Peter E. Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Stephen R. Patton (admitted pro hac vice)

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 2
[Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)
Joseph B. Tyson (admitted pro hac vice)

*Counsel for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 3
[Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800