The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., *Plaintiffs*, and STATE OF WASHINGTON, *Plaintiff-Intervenor,* v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*. | Case No. 2:17-cv-01297-MJP **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** NOTE ON MOTION CALENDAR: October 11, 2019 |

This matter comes before the Court on Plaintiffs' Motion to Seal. The Court having considered the Motion, Defendants' Response, and all pleadings and papers on file herein, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Seal is hereby GRANTED.

2. The January 29, 2018 email exchange between Secretary of Defense James Mattis to Greg Newbold, Ex. 62, will remain filed under seal.

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 1
[Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1 | Dated this 1st day of October, 2019.

_____
Marsha J. Pechman
United States District Judge

Presented by:

**NEWMAN DU WORS LLP**

_____
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha J. Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC.**
Peter E. Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Stephen R. Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 2
[Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Daniel I. Siegfried (admitted pro hac vice)
Joseph B. Tyson (admitted pro hac vice)

*Counsel for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 3
[Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800