The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

RYAN KARNOSKI, et al.,

    *Plaintiffs*, and

STATE OF WASHINGTON,

    *Plaintiff-Intervenor,*

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    *Defendants*.

Case No. 2:17-cv-01297-MJP

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**

NOTE ON MOTION CALENDAR:
March 6, 2020

This matter comes before the Court on Plaintiffs' Motion Seal. The Court having considered the Motion, Defendants' Response, and all pleadings and papers on file herein, IT IS HEREBY ORDERED:

    1. Plaintiffs' Motion to Seal is hereby GRANTED.

    2. Defendants' Response to the Court's February 7, 2020 Order shall remain redacted and Exhibits 4–7, 9–12, and 19–22 thereto will remain filed under seal.

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 1
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

IT IS SO ORDERED

Dated this 26th day of February, 2020.

_[signature]_

Marsha J. Pechman
Senior United States District Judge

Presented by:

**NEWMAN DU WORS LLP**

s/ Rachel Horvitz

Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
*Jason B. Sykes, WSBA No. 44369*
*jason@newmanlaw.com*
*Rachel Horvitz, WSBA No. 52987*
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 2
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Daniel I. Siegfried (admitted pro hac vice)
Sam Ikard (admitted pro hac vice)

*Counsel for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION TO SEAL - 3
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800