UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN KARNOSKI, et al.,

        Plaintiffs,

v.

DONALD J TRUMP, et al.,

        Defendants.

CASE NO. C17-1297 MJP

ORDER ON AGREED MOTION FOR RECONSIDERATION OF ORDER ON MOTION TO COMPEL (DKT. NO. 455)

THIS MATTER comes before the Court on the Parties' Agreed Motion for Clarification or Reconsideration of the Court's March 4, 2020 Order (Dkt. No. 455). (Dkt. No. 463.) Having reviewed the Motion and the related record, the Court GRANTS the Motion.

The Court's Order granted the Plaintiffs' motion to compel the production of documents Defendants previously withheld as non-responsive although part of a family that included responsive documents. (Dkt. No. 455 at 2.) While these documents were withheld as non-responsive, Defendants now assert that "during the course of preparing these non-responsive family documents for production, Defendants have discovered that a small subset of the documents are subject to privilege." (Dkt. No. 463 at 2.) Defendants now ask the Court to

clarify that its Order does not require privileged documents to be produced. (Id.) Defendants' Motion is GRANTED; Defendants are not required to produce privileged documents. The Court therefore ORDERS Defendants to:

    (1) Produce privilege logs to Plaintiffs and the Court specific to the privileged documents Defendants discovered while preparing the family of documents for production. The privilege logs must describe: (a) each and every privilege asserted for these documents and (b) an explanation for why Defendant believes each privilege applies to each document or class of documents. The privilege logs shall be produced by Friday March 20, 2020;

    (2) Produce the privileged documents to the Court for *in camera* review by Friday March 27, 2020.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 17, 2020.

                                                Marsha J. Pechman
                                                United States District Judge