The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **JOINT STIPULATION TO EXTEND BRIEFING TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND (DKT. NO. 488)** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | NOTE ON MOTION CALENDAR: May 5, 2020 |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

JOINT STIPULATION TO EXTEND BRIEFING
TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND (DKT. NO. 488)
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1      Plaintiffs Ryan Karnoski, Staff Sergeant Cathrine Schmid, D.L., Chief Warrant Officer
2 Lindsey Muller, Petty Officer First Class Terece Lewis, Petty Officer Second Class Phillip
3 Stephens, Petty Officer Second Class Megan Winters, Jane Doe, Human Rights Campaign,
4 Gender Justice League, and American Military Partners Association n/k/a Modern Military
5 Association of America (collectively "Plaintiffs"), Plaintiff-Intervenor State of Washington, and
6 Defendants Donald J. Trump, Mark Esper, and the United States Department of Defense
7 (collectively "Defendants," and together with Plaintiffs and Plaintiff-Intervenor, "Parties")
8 hereby stipulate as follows:

9      WHEREAS, on April 27, 2020 the Government filed Defendants' Motion for Extension of
10 Time to Respond to the Court's Order on LCR 37 Joint Submission Regarding Plaintiffs' RFP
11 No. 44 (the "Motion"). (Dkt. No. 488.)

12      WHEREAS, currently Plaintiffs and Plaintiff-Intervenor's responses are due this
13 Wednesday, May 6, 2020.

14      WHEREAS, the Parties held a meet-and-confer on May 4, 2020 and are currently working
15 towards reaching an agreement regarding the Government's response to Plaintiffs' Request for
16 Production Number 44, subject to the Court's approval.

17      NOW THEREFORE, the Parties, through their respective counsel of record, do hereby
18 stipulate and agree as follows:

19      Any response by Plaintiff and Plaintiff-Intervenor's to the Motion are due on or before
20 May 13, 2020. Any reply by Defendants will be due on or before May 19, 2020.

21      SO STIPULATED.

JOINT STIPULATION TO EXTEND BRIEFING
TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND (DKT. NO. 488) - 1
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  Respectfully submitted, May 6, 2020.

2

3  **NEWMAN DU WORS LLP**

UNITED STATES
DEPARTMENT OF JUSTICE

4

5  s/Rachel Horvitz

s/Andrew E. Carmichael

6  Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

7  Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*

8  Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*

ALEXANDER K. HAAS
Branch Director

9  2101 Fourth Ave., Ste. 1500
Seattle, WA 98121

ANTHONY J. COPPOLINO
Deputy Director

10  (206) 274-2800

11  **LAMDBA LEGAL DEFENSE AND
EDUCATION FUND, INC.**

ANDREW E. CARMICHAEL, VA Bar #
76578
*andrew.e.carmichael@usdoj.gov*

12  Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*

MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*

13  Camilla B. Taylor (admitted pro hac vice)

JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*

14  Peter C. Renn (admitted pro hac vice)

Trial Attorney
United States Department of Justice

15  Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)

Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108

16  Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

Washington, DC 20530
(202) 514-3346

17  *Counsel for Defendants*

18  **OUTSERVE-SLDN, INC. N/K/A
MODERN MILITARY ASSOCIATION
OF AMERICA**

**OFFICE OF THE WASHINGTON
STATE ATTORNEY GENERAL**

19

20  Peter Perkowski (admitted pro hac vice)

s/Chalia I. Stallings-Ala'ilima

21  **KIRKLAND & ELLIS LLP**

Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*

22  James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)

Chalia I. Stallings-Ala'ilima, WSBA No.
40694

23  Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)

*chalias@atg.wa.gov*
Assistant Attorneys General

24  Daniel I. Siegfried (admitted pro hac vice)

Civil Rights Unit
Attorney General's Office

25  *Counsel for Plaintiffs*

800 5th Ave, Suite 2000
Seattle, WA 98104

26  (206) 464-7744

27

28  Counsel for Plaintiff-Intervenor State of
Washington

JOINT STIPULATION TO EXTEND BRIEFING
TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND (DKT. NO. 488) - 2
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1
2
## ORDER

3      This matter comes before the Court on the Parties' Joint Stipulation to Extend Briefing to

4  Defendants' Motion for Extension of Time to Respond to (Dkt. No. 488.) After considering the

5  Parties' Joint Stipulation, any response by Plaintiff and Plaintiff-Intervenor's to the Motion will

6  be due on or before due May 13, 2020. Any reply by Defendants will be due on or before May

7  19, 2020.

8      IT IS SO ORDERED.

9
10     DATED this 6th day of May, 2019.

11
12
13     Marsha J. Pechman
       Senior United States District
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO EXTEND BRIEFING
TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND (DKT. NO. 488) - 3
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Presented By:

**NEWMAN DU WORS LLP**

UNITED STATES
DEPARTMENT OF JUSTICE

s/Rachel Horvitz

Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND
EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC. N/K/A
MODERN MILITARY ASSOCIATION
OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)

*Counsel for Plaintiffs*

s/Andrew E. Carmichael

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

ANDREW E. CARMICHAEL, VA Bar #
76578
*andrew.e.carmichael@usdoj.gov*
MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

**OFFICE OF THE WASHINGTON
STATE ATTORNEY GENERAL**

s/Chalia I. Stallings-Ala'ilima
Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*
Chalia I. Stallings-Ala'ilima, WSBA No.
40694
*chalias@atg.wa.gov*
Assistant Attorneys General
Civil Rights Unit
Attorney General's Office
800 5th Ave, Suite 2000
Seattle, WA 98104
(206) 464-7744

Counsel for Plaintiff-Intervenor State of
Washington

JOINT STIPULATION TO EXTEND BRIEFING
TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND (DKT. NO. 488) - 4
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1

**CERTIFICATE OF SERVICE**

2
   The undersigned certifies under penalty of perjury under the laws of the United States of

3
America and the laws of the State of Washington that all participants in the case are registered

4
CM/ECF users and that service of the foregoing documents will be accomplished by the

5
CM/ECF system on May 6, 2020.

6

7
                                   s/Rachel Horvitz
                                   Rachel Horvitz, WSBA No. 52987
8
                                   *rachel@newmanlaw.com*
9
                                   2101 Fourth Ave., Ste. 1500
                                   Seattle, WA 98121
10
                                   (206) 274-2800

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND BRIEFING
TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND (DKT. NO. 488) - 5
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800