The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> *Plaintiffs*, and <br><br> STATE OF WASHINGTON, <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 2:17-cv-01297-MJP <br><br> **JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COURT'S ORDER CONCERNING WASHINGTON INTERROGATORY NOS. 9 AND 16 AND REQUESTS FOR PRODUCTION NOS. 9 AND 16 (DKT. 486)** <br><br> NOTE ON MOTION CALENDAR: <br> May 6, 2020 |

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COURT'S ORDER CONCERNING WASHINGTON'S INTERROGATORY NOS. 9 AND 16 AND REQUESTS FOR PRODUCTION NOS. 9 AND 16 (DKT. 486)
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3346**

Plaintiff-Intervenor State of Washington, and Defendants Donald J. Trump, Mark Esper, and the United States Department of Defense (collectively "Defendants," and together with Plaintiff-Intervenor, "Parties"), based on their meet-and-confer of May 6, 2020, hereby stipulate as follows:

WHEREAS, on April 20, 2020, the Court ordered Defendants to respond to Washington's discovery requests, including interrogatories 9 and 16, and requests for production (RFPs) 9 and 16 by May 8, 2020. (Dkt. No. 486.)

WHEREAS, Defendants assert they are able only to provide a partial response to Washington's interrogatory 16 with complete information from the Army and Navy and partial information from the Air Force by May 8, 2020.

WHEREAS, as described in the attached declaration from Lieutenant Colonel Jennifer Stangle, the Air Force asserts it is not able to complete its compilation of information responsive to Washington's interrogatory 16 by May 8, 2020, because the Air Force must conduct the review remotely due to the COVID-19 pandemic, and the Air Force is experiencing network delays.

WHEREAS, as described in the attached declaration from Brian Judge, the Coast Guard asserts it is not able to compile information responsive to Washington's interrogatory 16 by May 8, 2020, because the Coast Guard must conduct a manual review of paper records that are not stored in a central location and the COVID-19 pandemic has significantly limited the availability of Coast Guard medical providers to conduct the necessary manual review of paper records.

WHEREAS, Defendants are not able to provide all documents responsive to RFP 16 by May 8, 2020, because that RFP requests documents that form the basis of Defendants' response to interrogatory 16, which Defendants need additional time to complete for the reasons provided above.

WHEREAS, the Parties held a meet-and-confer on May 6, 2020 and are currently discussing the types of documents responsive to RFP 16 and whether the parties can reach an agreement on the documents to be produced in response to RFP 16.

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COURT'S ORDER CONCERNING WASHINGTON'S INTERROGATORY NOS. 9 AND 16 AND REQUESTS FOR PRODUCTION NOS. 9 AND 16 (DKT. 486)
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3346**

WHEREAS, Defendants assert they are able only to provide a partial response to Washington's interrogatory 9 with complete information from the Army, Navy, and Coast Guard, and partial information from the Air Force by May 8, 2020.

WHEREAS, the Air Force reports it will be unable to provide responsive information for 2014 to respond to Washington's interrogatory 9 by May 8, 2020, but will be able to provide responsive information for the years 2015 through 2020 by May 8, 2020.

WHEREAS, Defendants are not able to provide all documents responsive to RFP 9 by May 8, 2020, because that RFP requests documents that form the basis of Defendants' response to interrogatory 9, which Defendants need additional time to complete for the reason provided above.

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby stipulate and agree as follows:

The time for Defendants to complete their responses to Washington's Interrogatories 9 and 16 and Requests for Production 9 and 16 should be extended by 28 days, to June 5, 2020.

SO STIPULATED.

Respectfully submitted, May 11, 2020.

**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

*s/Chalia I. Stallings-Ala'ilima*

UNITED STATES DEPARTMENT OF JUSTICE

*s/Andrew E. Carmichael*

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COURT'S ORDER CONCERNING WASHINGTON'S INTERROGATORY NOS. 9 AND 16 AND REQUESTS FOR PRODUCTION NOS. 9 AND 16 (DKT. 486)
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3346**

Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*
Chalia I. Stallings-Ala'ilima, WSBA No. 40694
*chalias@atg.wa.gov*
Assistant Attorneys General
Civil Rights Unit
Attorney General's Office
800 5th Ave, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Counsel for Plaintiff-Intervenor State of Washington*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

ANDREW E. CARMICHAEL, VA Bar # 76578
*andrew.e.carmichael@usdoj.gov*
MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COURT'S ORDER CONCERNING WASHINGTON'S INTERROGATORY NOS. 9 AND 16 AND REQUESTS FOR PRODUCTION NOS. 9 AND 16 (DKT. 486)
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3346**

**ORDER**

This matter comes before the Court on the Parties' Joint Stipulation to Extend Defendants' Time to Respond to the Court's Order Concerning Washington Interrogatory Nos. 9 and 16 and Requests for Production Nos. 9 and 16 (Dkt. No. 486.) After considering the Parties' Joint Stipulation, the time for Defendants to provide a full response to Washington's Interrogatories 9 and 16 and Requests for Production 9 and 16 is extended by 28 days, to June 5, 2020.

IT IS SO ORDERED.

DATED this 11th day of May, 2020.

Marsha J. Pechman
Senior United States District Judge

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COURT'S ORDER CONCERNING WASHINGTON'S INTERROGATORY NOS. 9 AND 16 AND REQUESTS FOR PRODUCTION NOS. 9 AND 16 (DKT. 486)
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3346**

Presented By:

| | |
|---|---|
| **OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL** | **UNITED STATES DEPARTMENT OF JUSTICE** |

*s/ Chalia I. Stallings-Ala'ilima*

Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*
Chalia I. Stallings-Ala'ilima, WSBA No. 40694
*chalias@atg.wa.gov*
Assistant Attorneys General
Civil Rights Unit
Attorney General's Office
800 5th Ave, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Counsel for Plaintiff-Intervenor State of Washington*

*s/ Andrew E. Carmichael*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

ANDREW E. CARMICHAEL, VA Bar # 76578
*andrew.e.carmichael@usdoj.gov*
MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COURT'S ORDER CONCERNING WASHINGTON'S INTERROGATORY NOS. 9 AND 16 AND REQUESTS FOR PRODUCTION NOS. 9 AND 16 (DKT. 486)
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3346**

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on May 11, 2020.

*s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COURT'S ORDER CONCERNING WASHINGTON'S INTERROGATORY NOS. 9 AND 16 AND REQUESTS FOR PRODUCTION NOS. 9 AND 16 (DKT. 486)
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 514-3346**