The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> *Plaintiffs*, and <br><br> STATE OF WASHINGTON, <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 2:17-cv-01297-MJP <br><br> **SECOND JOINT STIPULATION TO EXTEND BRIEFING TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND (DKT. NO. 488)** <br><br> NOTE ON MOTION CALENDAR: <br> May 13, 2020 |

SECOND JOINT STIP TO EXTEND BRIEFING TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND (DKT. NO. 488) [Case No.: 2:17-cv-01297-MJP]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Plaintiffs Ryan Karnoski, Staff Sergeant Cathrine Schmid, D.L., Chief Warrant Officer Lindsey Muller, Petty Officer First Class Terece Lewis, Petty Officer Second Class Phillip Stephens, Petty Officer Second Class Megan Winters, Jane Doe, Human Rights Campaign, Gender Justice League, and American Military Partners Association n/k/a Modern Military Association of America (collectively "Plaintiffs"), Plaintiff-Intervenor State of Washington, and Defendants Donald J. Trump, Mark Esper, and the United States Department of Defense (collectively "Defendants," and together with Plaintiffs and Plaintiff-Intervenor, "Parties") hereby stipulate as follows:

WHEREAS, on April 27, 2020 the Government filed Defendants' Motion for Extension of Time to Respond to the Court's Order on LCR 37 Joint Submission Regarding Plaintiffs' RFP No. 44 (the "Motion"). (Dkt. No. 488.)

WHEREAS, on May 5, 2020 the Parties filed a Joint Stipulation to Extend Briefing to Defendants' Motion for Extension of Time to Respond (Dkt. No. 488) and the Court granted the Parties request on May 6, 2020. (Dkt. Nos. 498, 499.)

WHEREAS, currently Plaintiffs and Plaintiff-Intervenor's responses are due today Wednesday, May 6, 2020, and Defendants reply is due on or before May 19, 2020. (Dkt. No. 499.)

WHEREAS, the Parties have been working towards reaching an agreement regarding the Government's response to Plaintiffs' Request for Production Number 44, the Parties request additional time to finalize the details of the agreement.

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby stipulate and agree as follows:

Any response by Plaintiff and Plaintiff-Intervenor's to the Motion are due on or before May 20, 2020. Any reply by Defendants will be due on or before May 26, 2020.

SO STIPULATED.

SECOND JOINT STIP TO EXTEND BRIEFING TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND (DKT. NO. 488) - 1 [Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Respectfully submitted, May 14, 2020.

| | |
|---|---|
| **NEWMAN DU WORS LLP** | UNITED STATES DEPARTMENT OF JUSTICE |
| s/Rachel Horvitz | s/Matthew Skurnik |
| Derek A. Newman, WSBA No. 26967<br>*dn@newmanlaw.com*<br>Jason B. Sykes, WSBA No. 44369<br>*jason@newmanlaw.com*<br>Rachel Horvitz, WSBA No. 52987<br>*rachel@newmanlaw.com*<br>2101 Fourth Ave., Ste. 1500<br>Seattle, WA 98121<br>(206) 274-2800 | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>ANDREW E. CARMICHAEL, VA Bar # 76578<br>*andrew.e.carmichael@usdoj.gov*<br>MATTHEW SKURNIK, NY Bar # 5553896<br>*Matthew.Skurnik@usdoj.gov*<br>JAMES R. POWERS, TX Bar #24092989<br>*james.r.powers@usdoj.gov*<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Suite 12108<br>Washington, DC 20530<br>(202) 514-3346<br><br>*Counsel for Defendants* |
| **LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>Tara Borelli, WSBA No. 36759<br>*tborelli@lambdalegal.org*<br>Camilla B. Taylor (admitted pro hac vice)<br>Peter C. Renn (admitted pro hac vice)<br>Sasha Buchert (admitted pro hac vice)<br>Kara Ingelhart (admitted pro hac vice)<br>Carl Charles (admitted pro hac vice)<br>Paul D. Castillo (admitted pro hac vice) | |
| **OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**<br>Peter Perkowski (admitted pro hac vice)<br><br>**KIRKLAND & ELLIS LLP**<br>James F. Hurst, P.C. (admitted pro hac vice)<br>Steve Patton (admitted pro hac vice)<br>Jordan M. Heinz (admitted pro hac vice)<br>Vanessa Barsanti (admitted pro hac vice)<br>Daniel I. Siegfried (admitted pro hac vice)<br><br>*Counsel for Plaintiffs* | **OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**<br><br>s/ Chalia I. Stallings-Ala'ilima<br>Colleen M. Melody, WSBA No. 42275<br>*colleenm1@atg.wa.gov*<br>Chalia I. Stallings-Ala'ilima, WSBA No. 40694<br>*chalias@atg.wa.gov*<br>Assistant Attorneys General<br>Civil Rights Unit<br>Attorney General's Office<br>800 5th Ave, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br><br>Counsel for Plaintiff-Intervenor State of Washington |

SECOND JOINT STIP TO EXTEND BRIEFING TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND (DKT. NO. 488) - 2
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

# ORDER

This matter comes before the Court on the Parties' Second Joint Stipulation to Extend Briefing to Defendants' Motion for Extension of Time to Respond to (Dkt. No. 488.) After considering the Parties' Joint Stipulation, any response by Plaintiff and Plaintiff-Intervenor's to the Motion will be due on or before due May 20, 2020. Any reply by Defendants will be due on or before May 26, 2020.

IT IS SO ORDERED.

DATED this 14th day of May, 2020.

_____
Marsha J. Pechman
Senior United States District Judge

SECOND JOINT STIP TO EXTEND BRIEFING
TO DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND (DKT. NO. 488) - 3
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Presented By:
**NEWMAN DU WORS LLP**

s/Rachel Horvitz

Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)

*Counsel for Plaintiffs*

UNITED STATES DEPARTMENT OF JUSTICE

s/Matthew Skurnik
JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

ANDREW E. CARMICHAEL, VA Bar # 76578
*andrew.e.carmichael@usdoj.gov*
MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

s/ Chalia I. Stallings-Ala'ilima
Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*
Chalia I. Stallings-Ala'ilima, WSBA No. 40694
*chalias@atg.wa.gov*
Assistant Attorneys General
Civil Rights Unit
Attorney General's Office
800 5th Ave, Suite 2000
Seattle, WA 98104
(206) 464-7744

Counsel for Plaintiff-Intervenor State of Washington

---

SECOND JOINT STIP TO EXTEND BRIEFING TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND (DKT. NO. 488) - 4
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on May 14, 2020.

s/ Rachel Horvitz
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

SECOND JOINT STIP TO EXTEND BRIEFING TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND (DKT. NO. 488) - 5
[Case No.: 2:17-cv-01297-MJP]

**Newman Du Wors LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800