UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J TRUMP, et al., <br><br> Defendants. | CASE NO. C17-1297 MJP <br><br> ORDER RE: MAY 13, 2020 STATUS CONFERENCE; <br><br> GRANTING EXTENSION OF THE DISCOVERY DEADLINE; <br><br> NOTING THE PARTIES' AGREEMENT TO DEFER TAKING THE DEPOSITIONS OF TWO WITNESSES |

THIS MATTER comes before the Court upon the Parties' Joint Status Report (Dkt. No. 500). Having reviewed the Joint Status Report and having heard from the Parties (Dkt. No. 510), the Court GRANTS Plaintiffs' motion to extend the discovery deadline.

Plaintiffs move to extend the deadline to complete discovery, currently set for May 29, 2020. (Dkt. No. 418.) Finding that Defendants have outstanding production deadlines that will not be met before the current date, the Court GRANTS the Plaintiffs' Motion. (Dkt. No. 500 at 2-6.) The Parties will provide the Court with a proposed updated schedule before the next status conference on June 23, 2020.

1    The Court also notes that during the recent status conference, the Parties agreed that Defendants will defer taking the depositions of former Secretary of the U.S. Navy Raymond Mabus and former Secretary of the U.S. Air Force Deborah James until after the Ninth Circuit has issued its ruling on the Carter Working Group documents. (See Dkt. No. 500 at 7-9; 11-12; Dkt. No. 510.)

The remaining issues discussed during the status conference concern Plaintiffs' proposed Federal Rule of Civil Procedure 30(b)(6) depositions and will be addressed in an upcoming order on Defendants' pending motion for a protective order limiting the scope of those depositions. (Dkt. No. 503.)

The clerk is ordered to provide copies of this order to all counsel.

Dated May 14, 2020.

*Marsha J. Pechman (signature)*

Marsha J. Pechman
Senior United States District Judge