The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> *Plaintiffs*, and <br><br> STATE OF WASHINGTON, <br><br> *Plaintiff-Intervenor,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 2:17-cv-01297-MJP <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY MOTIONS DEADLINE** <br><br> NOTE ON MOTION CALENDAR: <br><br> May 29, 2020 |

This matter comes before the Court on Plaintiffs' Unopposed Motion to Extend Discovery Motions Deadline. The Court having considered the Motion, Defendants' position, and all pleadings and papers on file herein, IT IS HEREBY ORDERED:

The current discovery motions deadline is extended and the Parties will provide the Court with a proposed alternate deadline to be included in the updated case schedule due to the Court prior to the next status conference schedule for June 23, 2020.

ORDER GRANTING PLS.' UNOPPOSED MOTION TO EXTEND DISCOVERY MOTIONS DEADLINE - 1
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  IT IS SO ORDERED

2  Dated this 1st day of June, 2020.

*[signature]*

The Honorable Marsha J. Pechman
United States District Court Judge

Presented by:

**NEWMAN DU WORS LLP**

s/ Jason B. Sykes

Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
*Jason B. Sykes, WSBA No. 44369*
*jason@newmanlaw.com*
*Rachel Horvitz, WSBA No. 52987*
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)
Sam Ikard (admitted pro hac vice)

*Counsel for Plaintiffs*

ORDER GRANTING PLS.' UNOPPOSED MOTION TO EXTEND DISCOVERY MOTIONS DEADLINE - 2
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800