The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | No. 2:17-cv-1297-MJP <br><br> **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH DKT. 514** <br><br> <u>Noted for Decision</u>: May 29, 2020 |

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLY WITH DKT. NO. 514
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP) - 1

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

**ORDER**

This matter comes before the Court on the Parties' Joint Stipulation for Extension of Time to Comply With Dkt. No. 514. After considering the Parties Joint Stipulation, the Court hereby ORDERS as follows:

- Defendants shall complete their production of the 350 randomly selected documents withheld solely on the basis of the deliberative process no later than June 5, 2020.

IT IS SO ORDERED.

DATED this 1st day of June, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented By:

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Matthew Skurnik*
ANDREW E. CARMICHAEL
MATTHEW SKURNIK
JAMES R. POWERS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 616-8188
Email: Matthew.Skurnik@usdoj.gov

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLY WITH DKT. NO. 514
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP) - 2

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

*Counsel for Defendants*

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLY WITH DKT. NO. 514
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP) - 3

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-4336**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' RESPONSE TO ORDER PROVIDING
NOTICE OF THE APPOINTMENT OF A SPECIAL MASTER
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-3346**