UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | CASE NO. C17-1297 MJP |
| Plaintiffs, | MINUTE ORDER DIRECTING DEFENDANTS TO FILE AN UPDATED PRIVILEGE LOG FOR THE COURT'S *IN CAMERA* REVIEW RE DKT. NOS. 525, 530 |
| v. | |
| DONALD J TRUMP, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is reviewing the latest batches of documents submitted at separate times for *in camera* review (Dkt. Nos. 525, 530). To assist the Court in the process, the Government is directed to consolidate its separate privilege logs into a single document and to include two separate columns indicating the beginning PrivWithhold page number and the ending PrivWithholding page number for each document and to submit the revised privilege log to the Court in Excel, in addition to docketing the same by the close of business on Thursday, June 18.

1   The clerk is ordered to provide copies of this order to all counsel.

2   Filed June 15, 2020.

William M. McCool
Clerk of Court

s/Lowell Williams
Deputy Clerk