The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., *Plaintiffs*, and STATE OF WASHINGTON, *Plaintiff-Intervenor,* v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*. | Case No. 2:17-cv-01297-MJP **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** NOTE ON MOTION CALENDAR: July 17, 2020 |

This matter comes before the Court on Plaintiffs' Motion to Seal. The Court having considered the Motion, Defendants' Response, and all pleadings and papers on file herein, IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Seal is hereby GRANTED.

2. Plaintiffs' Response to the Court's Questions in its June 24, 2020 Order shall remain redacted and Exhibits 9 and 16–21 thereto will remain filed under seal.

IT IS SO ORDERED

ORDER GRANTING PLS' MOTION TO SEAL - 1
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  Dated this 13th day of July, 2020.

 

                                 _____
                                 Marsha J. Pechman
                                 United States Senior District Judge

Presented by:
**NEWMAN DU WORS LLP**

s/ Rachel Horvitz
_____

ORDER GRANTING PLS' MOTION TO SEAL - 2
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  Derek A. Newman, WSBA No. 26967
   *dn@newmanlaw.com*
2  Jason B. Sykes, WSBA No. 44369
   *jason@newmanlaw.com*
3  Rachel Horvitz, WSBA No. 52987
   *rachel@newmanlaw.com*
4  2101 Fourth Ave., Ste. 1500
5  Seattle, WA 98121
   (206) 274-2800

6
7  **LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
   Tara Borelli, WSBA No. 36759
8  *tborelli@lambdalegal.org*
9  Camilla B. Taylor (admitted pro hac vice)
   Peter C. Renn (admitted pro hac vice)
10 Sasha Buchert (admitted pro hac vice)
   Kara Ingelhart (admitted pro hac vice)
11 Carl Charles (admitted pro hac vice)
   Paul D. Castillo (admitted pro hac vice)
12
13 **OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION**
14 **OF AMERICA**
   Peter Perkowski (admitted pro hac vice)
15
16 **KIRKLAND & ELLIS LLP**
   James F. Hurst, P.C. (admitted pro hac vice)
17 Steve Patton (admitted pro hac vice)
   Jordan M. Heinz (admitted pro hac vice)
18 Vanessa Barsanti (admitted pro hac vice)
   Daniel I. Siegfried (admitted pro hac vice)
19 Sam Ikard (admitted pro hac vice)

20 *Counsel for Plaintiffs*

21
22
23
24
25
26
27
28

ORDER GRANTING PLS' MOTION TO SEAL - 3
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800