UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J TRUMP, et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-1297 MJP<br><br>ORDER RE: *IN CAMERA* REVIEW OF DOCUMENTS SUBMITTED BY DEFENDANTS IN RESPONSE TO JULY 15, 2020 ORDER |

THIS MATTER comes before the Court upon the Parties' Joint Submission Regarding Defendants' Deliberative Process Privilege Claims (Dkt. No. 497), and upon subsequent *in camera* filings from the Defendants in response to Court Orders (see Dkt. Nos. 497, 514, 536, 540-42, 545, 549).

In its July 15, 2020 Order, among other things, the Court directed Defendants to submit copies of the withheld 500 documents falling inside the designated date ranges for "predecisional" documents. (Dkt. 545.) The copies supplied to the Court failed to include appropriate Bates numbers to permit the Court to ensure it was examining documents identified on the privilege log. The Defendants corrected this error, and the Court has had an opportunity

1 to review these selected documents. A revised privilege analysis, now covering all 500

2 documents submitted for *in camera* review has now been completed and is attached as

3 Attachment 1 to this Order. As indicated in Attachment 1, Defendants must produce all

4 documents where the privilege category is designated with "N" in accordance with the Court's

5 recent Order holding Defendants' production deadlines in abeyance until the Court issues its

6 ruling on Defendants' pending Motion to Stay. (Dkt. Nos. 547, 550.)

The clerk is ordered to provide copies of this order to all counsel.

Dated July 28, 2020.

_____
Marsha J. Pechman
United States Senior District Judge