The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | No. 2:17-cv-1297-MJP <br><br> **JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE CASES FOR ALL PURPOSES** |

JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE
CASES FOR ALL PURPOSES
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

Plaintiffs Ryan Karnoski, Staff Sergeant Cathrine Schmid, D.L., Chief Warrant Officer Lindsey Muller, Petty Officer First Class Terece Lewis, Petty Officer Second Class Phillip Stephens, Petty Officer Second Class Megan Winters, Jane Doe, Human Rights Campaign, Gender Justice League, and American Military Partners Association n/k/a Modern Military Association of America (collectively "Plaintiffs"), Plaintiff-Intervenor State of Washington, and Defendants Donald J. Trump, Mark Esper, and the United States Department of Defense (collectively "Defendants," and together with Plaintiffs and Plaintiff-Intervenor, "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs served Federal Rule of Civil Procedure ("FRCP") 45 subpoenas for the depositions of former Secretary of Defense James N. Mattis, former Vice Chairman of the Joint Chiefs of Staff General Paul J. Selva, and current Secretary of Veterans Affairs Robert Wilkie Jr., and former Vice Chief of Naval Operations Admiral William F. Moran;

WHEREAS, Defendants moved to quash all four subpoenas in the place of compliance, *see Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-00010-RAJ-RJK (E.D. Va.) (Mattis); *Karnoski, et al. v. Trump, et al.*, No. 1:20-mc-0015-LO-TCP (E.D. Va.) (Selva); *Karnoski, et al. v. Trump, et al.*, No. 1:20-mc-00016-LO-IDD (E.D. Va.) (Wilkie); *Karnoski, et al. v. Trump, et al.*, No. 1:20-mc-00013-UA-JEP (M.D.N.C.) (Moran);

WHEREAS, at Plaintiffs' Request, and over Defendants' objections, the courts in the Mattis, Selva and Wilkie matters transferred those subpoena disputes to this district.[1] *See Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-00061-MJP (W.D. Wa.) (Mattis); *Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-00055-MJP (W.D. Wa.) (Selva); *Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-00056-MJP (W.D. Wa.) (Wilkie);

WHEREAS, the Selva matter has been sealed in its entirety despite no order from the transferor court requiring such relief;

---

[1] Plaintiffs' motion to transfer the Moran matter is still pending in the Middle District of North Carolina, as is Defendants' motion to quash the Moran subpoena. *See Karnoski, et al. v. Trump, et al.*, No. 1:20-mc-00013-UA-JEP (M.D.N.C.)

JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE CASES FOR ALL PURPOSES - 1
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

WHEREAS, on July 23, 2020, with Plaintiff and Plaintiff-Intervenor's consent, counsel for Defendants contacted the Clerk's Office to request that the Selva matter be unsealed;

WHEREAS, on July 24, 2020, the Law Clerk to the Hon. Marsha J. Pechman contacted the Parties via email, and stated that the Clerk's Office requests that, if the parties agree that the Selva matter was sealed in error, the parties "file a stipulated motion to unseal;"

WHEREAS, this Court previously consolidated a third-party subpoena matter that had been transferred to this district with the underlying case, *see* Dkt. 367 (consolidating transferred matter concerning Dr. Paul R. McHugh);

WHEREAS, the Parties, in accordance with Local Civil Rule ("LCR") 42(b), met and agreed that the Mattis, Selva, and Wilkie subpoena disputes should be consolidated with the underlying case, and further agreed that this would not require additional changes to the case schedule, *see* Dkt. 550;

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby stipulate and agree as follows:

- No. 2:20-mc-00055-MJP, concerning the motion to quash the deposition of former Vice Chairman of the Joint Chiefs of Staff General Paul J. Selva, should be unsealed, however, individual documents that previously were placed under seal by the transferor court should remain under seal;

- No. 2:20-mc-00061-MJP, No. 2:20-mc-00055-MJP, and No. 2:20-mc-00056-MJP, concerning the motions to quash the depositions of former Secretary of Defense James N. Mattis, former Vice Chairman of the Joint Chiefs of Staff General Paul J. Selva, and current Secretary of Veterans Affairs Robert Wilkie Jr., respectively, should be consolidated with the underlying case, No. 2:17-cv-1297-MJP, for all purposes pursuant to FRCP 42 and LCR 42.[2]

---

[2] Despite agreeing to consolidation, Defendants respectfully maintain their disagreement with the transfers of the Mattis, Selva, and Wilkie matters to this district, and maintain that each motion to quash requires a distinct apex analysis.

JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE CASES FOR ALL PURPOSES - 2
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

SO STIPULATED.

Respectfully submitted, July 30, 2020.

| | |
|---|---|
| **NEWMAN DU WORS LLP** | UNITED STATES DEPARTMENT OF JUSTICE |
| *s/Rachel Horvitz* | |
| Derek A. Newman, WSBA No. 26967 | DAVID M. MORRELL |
| *dn@newmanlaw.com* | Deputy Assistant Attorney General |
| *Jason B. Sykes, WSBA No. 44369* | |
| *jason@newmanlaw.com* | ALEXANDER K. HAAS |
| *Rachel Horvitz, WSBA No. 52987* | Branch Director |
| *rachel@newmanlaw.com* | |
| 2101 Fourth Ave., Ste. 1500 | ANTHONY J. COPPOLINO |
| Seattle, WA 98121 | Deputy Director |
| (206) 274-2800 | |
| | *s/ Matthew Skurnik*_____ |
| **LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.** | MATTHEW SKURNIK, NY Bar # 5553896 |
| | *Matthew.Skurnik@usdoj.gov* |
| Tara Borelli, WSBA No. 36759 | JAMES R. POWERS, TX Bar #24092989 |
| *tborelli@lambdalegal.org* | *james.r.powers@usdoj.gov* |
| Camilla B. Taylor (admitted pro hac vice) | Trial Attorneys |
| Peter C. Renn (admitted pro hac vice) | ANDREW E. CARMICHAEL, VA Bar # 76578 |
| Sasha Buchert (admitted pro hac vice) | *andrew.e.carmichael@usdoj.gov* |
| Kara Ingelhart (admitted pro hac vice) | Senior Trial Counsel |
| Carl Charles (admitted pro hac vice) | United States Department of Justice |
| Paul D. Castillo (admitted pro hac vice) | Civil Division, Federal Programs Branch |
| | 1100 L Street NW, Suite 12108 |
| | Washington, DC 20530 |
| **OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA** | (202) 616-8188 |
| | *Counsel for Defendants* |
| Peter Perkowski (admitted pro hac vice) | **OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL** |
| **KIRKLAND & ELLIS LLP** | |
| James F. Hurst, P.C. (admitted pro hac vice) | |
| Steve Patton (admitted pro hac vice) | s/ Chalia I. Stallings-Ala'ilima |

JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE CASES FOR ALL PURPOSES - 3
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8188

| | |
|---|---|
| Jordan M. Heinz (admitted pro hac vice) | Colleen M. Melody, WSBA No. 42275 |
| Vanessa Barsanti (admitted pro hac vice) | *colleenm1@atg.wa.gov* |
| Daniel I. Siegfried (admitted pro hac vice) | Chalia I. Stallings-Ala'ilima, WSBA No. 40694 |
| *Counsel for Plaintiffs* | *chalias@atg.wa.gov* |
| | Assistant Attorneys General |
| | Civil Rights Unit |
| | Attorney General's Office |
| | 800 5th Ave, Suite 2000 |
| | Seattle, WA 98104 |
| | (206) 464-7744 |
| | |
| | Counsel for Plaintiff-Intervenor State of Washington |

JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE CASES FOR ALL PURPOSES - 4
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

# ORDER

This matter comes before the Court on the Parties' Joint Stipulation To Unseal Selva Motion To Quash And Consolidate Cases For All Purposes. After considering the Parties' Joint Stipulation, the Court hereby ORDERS the following:

- No. 2:20-mc-00055-MJP, concerning the motion to quash the deposition of former Vice Chairman of the Joint Chiefs of Staff General Paul J. Selva, is hereby unsealed, however, individual documents that previously were placed under seal by the transferor court shall remain under seal;

- No. 2:20-mc-00061-MJP, No. 2:20-mc-00055-MJP, and No. 2:20-mc-00056-MJP, concerning the motions to quash the depositions of former Secretary of Defense James N. Mattis, former Vice Chairman of the Joint Chiefs of Staff General Paul J. Selva, and current Secretary of Veterans Affairs Robert Wilkie Jr., respectively, shall be consolidated with the underlying case, No. 2:17-cv-1297-MJP, for all purposes pursuant to FRCP 42 and LCR 42.

**All future filings shall be filed in 17-cv-1297 MJP**.

IT IS SO ORDERED.

DATED this 30th day of July, 2020.

_Marsha J. Pechman_
Marsha J. Pechman
United States Senior District Judge

JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE CASES FOR ALL PURPOSES - 5
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

Presented By:
**NEWMAN DU WORS LLP**

*s/ Rachel Horvitz*

Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)

*Counsel for Plaintiffs*

UNITED STATES
DEPARTMENT OF JUSTICE

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

*s/ Matthew Skurnik*
MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*
Trial Attorneys
ANDREW E. CARMICHAEL, VA Bar # 76578
*andrew.e.carmichael@usdoj.gov*
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 616-8188

*Counsel for Defendants*
**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

s/ Chalia I. Stallings-Ala'ilima
Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*
Chalia I. Stallings-Ala'ilima, WSBA No. 40694
*chalias@atg.wa.gov*
Assistant Attorneys General
Civil Rights Unit
Attorney General's Office
800 5th Ave, Suite 2000
Seattle, WA 98104

JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE CASES FOR ALL PURPOSES - 6
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

(206) 464-7744

Counsel for Plaintiff-Intervenor State of Washington

JOINT STIPULATION TO UNSEAL SELVA MOTION TO QUASH AND CONSOLIDATE CASES FOR ALL PURPOSES - 7
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**