UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RYAN KARNOSKI, *et al.*,<br><br>    Plaintiffs, and<br><br>STATE OF WASHINGTON,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Misc. No. 1:20mc15<br><br>Underlying Action: Case No. 2:17-cv-01297-MJP (W.D. Wash.) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUASH THIRD-PARTY SUBPOENA ISSUED TO GENERAL PAUL J. SELVA**

For the reasons set forth in Defendants' Motion to Quash Third-Party Subpoena Issued to General Paul J. Selva, and upon a finding of good cause shown, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' subpoena for deposition testimony issued to General Paul J. Selva on April 30, 2020 is **QUASHED**.  Plaintiffs are precluded from deposing General Paul J. Selva in the above-captioned action.


DATED this _____ day of _____, 2020

                                                      _____
                                                      United States District/Magistrate Judge