The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | No. 2:17-cv-1297-MJP <br><br> **JOINT STIPULATION TO CONSOLIDATE CASES NO. 2:17-CV-1297-MJP AND NO. 2:20-MC-69-MJP FOR ALL PURPOSES** |

JOINT STIPULATION TO CONSOLIDATE CASES NO. 2:17-CV-1297-MJP AND NO. 2:20-MC-69-MJP FOR ALL PURPOSES
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

Plaintiffs Ryan Karnoski, Staff Sergeant Cathrine Schmid, D.L., Chief Warrant Officer Lindsey Muller, Petty Officer First Class Terece Lewis, Petty Officer Second Class Phillip Stephens, Petty Officer Second Class Megan Winters, Jane Doe, Human Rights Campaign, Gender Justice League, and American Military Partners Association n/k/a Modern Military Association of America (collectively "Plaintiffs"), Plaintiff-Intervenor State of Washington, and Defendants Donald J. Trump, Mark Esper, and the United States Department of Defense (collectively "Defendants," and together with Plaintiffs and Plaintiff-Intervenor, "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs served Federal Rule of Civil Procedure ("FRCP") 45 subpoenas for the depositions of former Secretary of Defense James N. Mattis, former Vice Chairman of the Joint Chiefs of Staff General Paul J. Selva, current Secretary of Veterans Affairs Robert Wilkie Jr., and former Vice Chief of Naval Operations Admiral William F. Moran;

WHEREAS, Defendants moved to quash all four subpoenas in the place of compliance, *see Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-00010-RAJ-RJK (E.D. Va.) (Mattis); *Karnoski, et al. v. Trump, et al.*, No. 1:20-mc-0015-LO-TCP (E.D. Va.) (Selva); *Karnoski, et al. v. Trump, et al.*, No. 1:20-mc-00016-LO-IDD (E.D. Va.) (Wilkie); *Karnoski, et al. v. Trump, et al.*, No. 1:20-mc-00013-UA-JEP (M.D.N.C.) (Moran);

WHEREAS, initially, the courts in the Mattis, Selva and Wilkie matters transferred those subpoena disputes to this district, *see Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-00061-MJP (W.D. Wa.) (Mattis); *Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-00055-MJP (W.D. Wa.) (Selva); *Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-00056-MJP (W.D. Wa.) (Wilkie);

WHEREAS, on July 29, 2020, based on the Parties' joint stipulation, the Court entered an order that, among other things, consolidated the Mattis, Selva, and Wilkie matters with the underlying case, No. 2:17-cv-1297-MJP, for all purposes, *see* Dkt. 555;

WHEREAS, on August 10, 2020, at Plaintiffs' Request and over Defendants' objection, the court in the Moran matter transferred the Moran subpoena dispute to this district, *see*

JOINT STIPULATION TO CONSOLIDATE CASES NO. 2:17-CV-1297-MJP AND NO. 2:20-MC-69-MJP FOR ALL PURPOSES - 1
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

*Karnoski, et al. v. Trump, et al.*, No. 2:20-mc-69-MJP (W.D. Wa.);

WHEREAS, the Parties, in accordance with Local Civil Rule ("LCR") 42(b), met and agreed that, like the Mattis, Selva, and Wilkie matters, the Moran subpoena dispute should be consolidated with the underlying case, and further agreed that this would not require additional changes to the case schedule, *see* Dkt. 550;

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby stipulate and agree as follows:

No. 2:20-mc-69-MJP, concerning the motion to quash the deposition of former Vice Chief of Naval Operations Admiral William F. Moran, should be consolidated with the underlying case, No. 2:17-cv-1297-MJP, for all purposes pursuant to FRCP 42 and LCR 42.[1]

SO STIPULATED.

Respectfully submitted, August 12, 2020

**NEWMAN DU WORS LLP**              **UNITED STATES**
                                    **DEPARTMENT OF JUSTICE**

*s/Rachel Horvitz*

---

[1] Despite agreeing to consolidation, Defendants respectfully maintain their disagreement with the transfer of the Moran matter to this district, and maintain that each motion to quash requires a distinct apex analysis.

JOINT STIPULATION TO CONSOLIDATE CASES NO. 2:17-CV-1297-MJP AND NO. 2:20-MC-69-MJP FOR ALL PURPOSES - 2
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

| | |
|---|---|
| Derek A. Newman, WSBA No. 26967<br>*dn@newmanlaw.com*<br>Jason B. Sykes, WSBA No. 44369<br>*jason@newmanlaw.com*<br>Rachel Horvitz, WSBA No. 52987<br>*rachel@newmanlaw.com*<br>2101 Fourth Ave., Ste. 1500<br>Seattle, WA 98121<br>(206) 274-2800<br><br>**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>Tara Borelli, WSBA No. 36759<br>*tborelli@lambdalegal.org*<br>Camilla B. Taylor (admitted pro hac vice)<br>Peter C. Renn (admitted pro hac vice)<br>Sasha Buchert (admitted pro hac vice)<br>Kara Ingelhart (admitted pro hac vice)<br>Carl Charles (admitted pro hac vice)<br>Paul D. Castillo (admitted pro hac vice)<br><br>**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**<br>Peter Perkowski (admitted pro hac vice)<br><br>**KIRKLAND & ELLIS LLP**<br>James F. Hurst, P.C. (admitted pro hac vice)<br>Steve Patton (admitted pro hac vice)<br>Jordan M. Heinz (admitted pro hac vice)<br>Vanessa Barsanti (admitted pro hac vice)<br>Daniel I. Siegfried (admitted pro hac vice)<br><br>*Counsel for Plaintiffs* | DAVID M. MORRELL<br>Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>*s/ Matthew Skurnik*_____<br>MATTHEW SKURNIK, NY Bar # 5553896<br>*Matthew.Skurnik@usdoj.gov*<br>JAMES R. POWERS, TX Bar #24092989<br>*james.r.powers@usdoj.gov*<br>Trial Attorneys<br>ANDREW E. CARMICHAEL, VA Bar # 76578<br>*andrew.e.carmichael@usdoj.gov*<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Suite 12108<br>Washington, DC 20530<br>(202) 616-8188<br><br>*Counsel for Defendants*<br>**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**<br><br>s/ Chalia I. Stallings-Ala'ilima<br>Colleen M. Melody, WSBA No. 42275<br>*colleenm1@atg.wa.gov*<br>Chalia I. Stallings-Ala'ilima, WSBA No. 40694<br>*chalias@atg.wa.gov*<br>Assistant Attorneys General<br>Civil Rights Unit<br>Attorney General's Office<br>800 5th Ave, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br><br>Counsel for Plaintiff-Intervenor State of Washington |

JOINT STIPULATION TO CONSOLIDATE CASES NO. 2:17-CV-1297-MJP AND NO. 2:20-MC-69-MJP FOR ALL PURPOSES - 3
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

**ORDER**

This matter comes before the Court on the Parties' Joint Stipulation to Consolidate Cases No. 2:17-cv-1297-MJP and No. 2:20-mc-69-MJP. After considering the Parties' Joint Stipulation, the Court hereby ORDERS the following:

No. 2:20-mc-69-MJP, concerning the motion to quash the deposition of former Vice Chief of Naval Operations Admiral William F. Moran, shall be consolidated with the underlying case, No. 2:17-cv-1297-MJP, for all purposes pursuant to FRCP 42 and LCR 42.

**All future filings shall be filed in 2:17-cv-1297-MJP**.

IT IS SO ORDERED.

DATED this 13th day of August, 2020.

Marsha J. Pechman
United States District Judge

JOINT STIPULATION TO CONSOLIDATE CASES NO. 2:17-CV-1297-MJP AND NO. 2:20-MC-69-MJP FOR ALL PURPOSES - 4
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

| | |
|---|---|
| Presented By:<br>**NEWMAN DU WORS LLP**<br><br>*s/ Rachel Horvitz*<br>Derek A. Newman, WSBA No. 26967<br>*dn@newmanlaw.com*<br>Jason B. Sykes, WSBA No. 44369<br>*jason@newmanlaw.com*<br>Rachel Horvitz, WSBA No. 52987<br>*rachel@newmanlaw.com*<br>2101 Fourth Ave., Ste. 1500<br>Seattle, WA 98121<br>(206) 274-2800<br><br>**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>Tara Borelli, WSBA No. 36759<br>*tborelli@lambdalegal.org*<br>Camilla B. Taylor (admitted pro hac vice)<br>Peter C. Renn (admitted pro hac vice)<br>Sasha Buchert (admitted pro hac vice)<br>Kara Ingelhart (admitted pro hac vice)<br>Carl Charles (admitted pro hac vice)<br>Paul D. Castillo (admitted pro hac vice)<br><br>**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**<br>Peter Perkowski (admitted pro hac vice)<br><br>**KIRKLAND & ELLIS LLP**<br>James F. Hurst, P.C. (admitted pro hac vice)<br>Steve Patton (admitted pro hac vice)<br>Jordan M. Heinz (admitted pro hac vice)<br>Vanessa Barsanti (admitted pro hac vice)<br>Daniel I. Siegfried (admitted pro hac vice)<br><br>*Counsel for Plaintiffs* | **UNITED STATES DEPARTMENT OF JUSTICE**<br><br>DAVID M. MORRELL<br>Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>*s/ Matthew Skurnik*<br>MATTHEW SKURNIK, NY Bar # 5553896<br>*Matthew.Skurnik@usdoj.gov*<br>JAMES R. POWERS, TX Bar #24092989<br>*james.r.powers@usdoj.gov*<br>Trial Attorneys<br>ANDREW E. CARMICHAEL, VA Bar # 76578<br>*andrew.e.carmichael@usdoj.gov*<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Suite 12108<br>Washington, DC 20530<br>(202) 616-8188<br><br>*Counsel for Defendants*<br>**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**<br><br>s/ Chalia I. Stallings-Ala'ilima<br>Colleen M. Melody, WSBA No. 42275<br>*colleenm1@atg.wa.gov*<br>Chalia I. Stallings-Ala'ilima, WSBA No. 40694<br>*chalias@atg.wa.gov*<br>Assistant Attorneys General<br>Civil Rights Unit<br>Attorney General's Office<br>800 5th Ave, Suite 2000<br>Seattle, WA 98104 |

JOINT STIPULATION TO CONSOLIDATE CASES NO. 2:17-CV-1297-MJP AND NO. 2:20-MC-69-MJP FOR ALL PURPOSES - 5
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**

(206) 464-7744

Counsel for Plaintiff-Intervenor State of Washington

JOINT STIPULATION TO CONSOLIDATE CASES NO. 2:17-CV-1297-MJP AND NO. 2:20-MC-69-MJP FOR ALL PURPOSES - 6
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, NW**
**Washington, DC 20005**
**Tel: (202) 616-8188**