UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>DONALD J TRUMP, et al.,<br><br>               Defendants. | CASE NO. C17-1297 MJP<br><br>ORDER REQUIRING ADDITIONAL INFORMATION TO COMPLETE *IN CAMERA* REVIEW (DKT. NOS. 572, 579) |

      THIS MATTER comes before the Court pursuant to the Defendants' recent submission of documents for *in camera* review. (Dkt. Nos. 572, 579.) Finding that Defendants' submissions once again make the Court's *in camera* review unnecessarily difficult and fail to comply with previous Orders, Defendants are ORDERED to submit to Plaintiffs and the Court a privilege log that identifies the document, date, DoD number, and PrivWithhold number for each document submitted for *in camera* review. The privilege log shall be filed on the docket <u>and</u> submitted to the Court as an Excel Spreadsheet by **September 14, 2020**.

      This is not the first time the Court has ordered Defendants to submit courtesy copies with *in camera* filings and corresponding privilege logs with the information outlined above. (See

Dkt. No. 487, Dkt. No. 537 at 19-20, 31.)  Yet neither courtesy copies nor privilege logs were included with Defendants' latest *in camera* filings.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated September 10, 2020.

                                          Marsha J. Pechman
                                          United States Senior District Judge