The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **JOINT STATUS REPORT FOR NOVEMBER 30, 2020 STATUS CONFERENCE** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

JOINT STATUS REPORT
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

In advance of the November 30, 2020 status hearing, the parties respectfully submit the following Joint Status Report.

Pursuant to this Court's Order dated October 28, 2020 (Dkt. No. 629), the Government is reviewing documents withheld solely on the basis of the deliberative process privilege ("DPP") that are dated within the timeframes of July 13, 2015 through June 30, 2016 and September 14, 2017 through January 11, 2018, and either producing those documents to Plaintiffs or submitting those documents for *in camera* review. The Government is reviewing and producing documents according to the schedule set forth in that Order:

- November 20, 2020:  Production of documents dated November 18, 2017 to January 11, 2018 to Plaintiffs
- December 1, 2020:  Documents dated November 18, 2017 to January 11, 2018 submitted for *in camera* review along with any accompanying declarations
- December 7, 2020:  Production of documents dated September 14, 2017 to November 17, 2017 to Plaintiffs
- December 11, 2020:  Documents dated September 14, 2017 to November 17, 2017 submitted for *in camera* review along with any accompanying declarations
- December 18, 2020:  Production of documents dated July 13, 2015 to June 30, 2016 to Plaintiffs
- December 23, 2020:  Documents dated July 13, 2015 to June 30, 2016 submitted for *in camera* review along with any accompanying declarations

The parties have no other issues to raise with the Court this month.

JOINT STATUS REPORT - 1
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Dated: November 24, 2020

Respectfully submitted,

| | |
|---|---|
| **NEWMAN DU WORS LLP** | **UNITED STATES DEPARTMENT OF JUSTICE** |

s/ Rachel Horvitz
Derek A. Newman, WA Bar # 26967
dn@newmanlaw.com
Jason B. Sykes, WA Bar # 44369
jason@newmanlaw.com
Rachel Horvitz, WA Bar # 52987
rachel@newmanlaw.com
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WA Bar # 36759
tborelli@lambdalegal.org
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)
Sam Ikard (admitted pro hac vice)

**REDGRAVE LLP**
Vanessa Barsanti (admitted pro hac vice)

*Counsel for Plaintiffs*

John Coghlan
Deputy Assistant Attorney General

Alexander K. Haas
Branch Director

Anthony J. Coppolino
Deputy Director

s/ Andrew E. Carmichael
Andrew E. Carmichael, VA Bar # 76578
andrew.e.carmichael@usdoj.gov
Matthew Skurnik, NY Bar # 5553896
Matthew.Skurnik@usdoj.gov
James R. Powers, TX Bar #24092989
james.r.powers@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

s/ Chalia I. Stallings-Ala'ilima
Chalia I. Stallings-Ala'ilima, WA Bar # 40694
chalias@atg.wa.gov
Colleen M. Melody, WA Bar # 42275
colleenm1@atg.wa.gov
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the WA Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Counsel for Intervenor-Plaintiff State of Washington*

JOINT STATUS REPORT - 2
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on November 24, 2020.

      s/ Rachel Horvitz
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

---

JOINT STATUS REPORT - 3
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800