In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 02814 | PrivWith hold0001 3257 | PrivWithh old00013 305 | 6/28/2017 | Deliberative process privilege; Attorney-client privilege | Drafts of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. Contains redactions for attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 02820 | PrivWith hold0001 3306 | PrivWithh old00013 354 | 6/28/2017 | Deliberative process privilege; Attorney-client privilege | Drafts of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. Contains redactions for attorney-client privilege. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 04747 | PrivWith hold0001 3385 | PrivWithh old00013 433 | 6/28/2017 | Deliberative process privilege; Attorney-client privilege | Drafts of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. Contains redactions for attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 96902 | PrivWith hold0001 3680 | PrivWithh old00013 688 | 6/28/2017 | Deliberative process privilege | Drafts of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 96903 | PrivWith hold0001 3689 | PrivWithh old00013 689 | 6/28/2017 | Deliberative process privilege | Draft of cover note on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |
| DoD000 96908 | PrivWith hold0001 3690 | PrivWithh old00013 699 | 6/28/2017 | Deliberative process privilege | Draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |
| DoD000 96913 | PrivWith hold0001 3700 | PrivWithh old00013 708 | 6/28/2017 | Deliberative process privilege | Draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97036 | PrivWith hold0001 3770 | PrivWithh old00013 776 | 6/28/2017 | Deliberative process privilege | Draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |
| DoD000 97057 | PrivWith hold0001 3787 | PrivWithh old00013 793 | 6/28/2017 | Deliberative process privilege | Draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |
| DoD000 97076 | PrivWith hold0001 3795 | PrivWithh old00013 801 | 6/28/2017 | Deliberative process privilege | Draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 94654 | PrivWith hold0001 3622 | PrivWithh old00013 670 | 6/28/2017 | Deliberative process privilege; Attorney-client privilege | Drafts of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. Contains redactions for attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 95869 | PrivWith hold0001 3671 | PrivWithh old00013 679 | 6/28/2017 | Deliberative process privilege | Draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 30634 | PrivWith hold0001 3884 | PrivWithh old00013 932 | 6/28/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. Contains redactions for attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 97079 | PrivWith hold0001 3802 | PrivWithh old00013 808 | 6/28/2017 | Deliberative process privilege | Draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  These documents are labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 18197 | PrivWith hold0001 3553 | PrivWithh old00013 565 | 6/28/2017 | Deliberative process privilege | Scanned copy of a draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  This scanned copy contains Secretary Mattis's handwritten notes showing Secretary Mattis's thought processes, questions, and areas of concern.  Labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | Requires *Warner* analysis |
| DoD000 02877 | PrivWith hold0001 3355 | PrivWithh old00013 367 | 6/28/2017 | Deliberative process privilege | Scanned copy of a draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  This scanned copy contains Secretary Mattis's handwritten notes showing Secretary Mattis's thought processes, questions, and areas of concern.  Labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 04686 | PrivWith hold0001 3372 | PrivWithh old00013 384 | 6/28/2017 | Deliberative process privilege | Scanned copy of a draft of a memorandum on military service by transgender individuals written by Mr. Robert Work, the Deputy Secretary of Defense, for Secretary of Defense Mattis. Provides a recommendation to Secretary Mattis on the way forward concerning accessions by transgender individuals.  This scanned copy contains Secretary Mattis's handwritten notes showing Secretary Mattis's thought processes, questions, and areas of concern.  Labeled "DELIBERATIVE" and "PRE-DECISIONAL."  The memorandum is dated June 28, 2017, which is two days before Secretary Mattis made his decision to delay accessions by transgender individuals. See Declaration of Robert Easton ¶ 7. | Y | |
| DoD000 04901 | PrivWith hold0001 3457 | PrivWithh old00013 457 | 6/22/2017 | Deliberative process privilege | Email communications between senior DoD officials regarding the drafting of the memorandum and highlight specific deliberations underway among several senior DoD policy-makers to delay accessions of transgender individuals into the Military Services. These emails are predecisional because they were sent on June 22, 2017, eight days before Secretary Mattis made his decision to delay accessions by transgender individuals.  They are also deliberative.  They reflect the back-and-forth discussions at the highest levels of the DoD regarding the transgender policy and, specifically, deliberations by senior DoD officials concerning whether there should be a delay of accessions of transgender individuals (and, if so, for how long) due to the expressed concerns of the Military Services. See Declaration of Robert Easton ¶ 7. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 04903 | PrivWith hold0001 3458 | PrivWithh old00013 458 | 6/22/2017 | Deliberative process privilege | Email communications between senior DoD officials regarding the drafting of the memorandum and highlight specific deliberations underway among several senior DoD policy-makers to delay accessions of transgender individuals into the Military Services. These emails are predecisional because they were sent on June 22, 2017, eight days before Secretary Mattis made his decision to delay accessions by transgender individuals.  They are also deliberative.  They reflect the back-and-forth discussions at the highest levels of the DoD regarding the transgender policy and, specifically, deliberations by senior DoD officials concerning whether there should be a delay of accessions of transgender individuals (and, if so, for how long) due to the expressed concerns of the Military Services. See Declaration of Robert Easton ¶ 7. | N | Not deliberative |
| DoD000 84098 | PrivWith hold0001 3621 | PrivWithh old00013 621 | 6/22/2017 | Deliberative process privilege | Email communications between senior DoD officials regarding the drafting of the memorandum and highlight specific deliberations underway among several senior DoD policy-makers to delay accessions of transgender individuals into the Military Services. These emails are predecisional because they were sent on June 22, 2017, eight days before Secretary Mattis made his decision to delay accessions by transgender individuals.  They are also deliberative.  They reflect the back-and-forth discussions at the highest levels of the DoD regarding the transgender policy and, specifically, deliberations by senior DoD officials concerning whether there should be a delay of accessions of transgender individuals (and, if so, for how long) due to the expressed concerns of the Military Services. See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97044 | PrivWith hold0001 3777 | PrivWithh old00013 778 | 6/25/2017, 6/26/2017 | Deliberative process privilege | Emails between Mr. Robert Work, the Deputy Secretary of Defense, and Ms. Lacey Raymond, a special assistant within the Office of the Secretary of Defense, on substantive edits to his memorandum on accessions of transgender individuals.  These records reveal the high-level deliberations about specific information to include in the early versions of the memorandum and provide insight into various drafts of the document.  These documents are pre-decisional.  The discussions and deliberations reflected in these emails occurred on June 25 and 26, 2017, which was prior Secretary Mattis's decision to delay accessions of transgender applicants on June 30, 2017.  They are also deliberative.  They show senior DoD officials' opinions and recommendations concerning how DoD's policy coordination process should proceed and include proposed policy options and internal discussions on Secretary Mattis's priorities. See Declaration of Robert Easton ¶ 8. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97048 | PrivWith hold0001 3779 | PrivWithh old00013 780 | 6/25/2017, 6/26/2017 | Deliberative process privilege | Emails between Mr. Robert Work, the Deputy Secretary of Defense, and Ms. Lacey Raymond, a special assistant within the Office of the Secretary of Defense, on substantive edits to his memorandum on accessions of transgender individuals.  These records reveal the high-level deliberations about specific information to include in the early versions of the memorandum and provide insight into various drafts of the document.  These documents are pre-decisional.  The discussions and deliberations reflected in these emails occurred on June 25 and 26, 2017, which was prior Secretary Mattis's decision to delay accessions of transgender applicants on June 30, 2017.  They are also deliberative.  They show senior DoD officials' opinions and recommendations concerning how DoD's policy coordination process should proceed and include proposed policy options and internal discussions on Secretary Mattis's priorities. See Declaration of Robert Easton ¶ 8. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97050 | PrivWith hold0001 3781 | PrivWithh old00013 782 | 6/25/2017, 6/26/2017 | Deliberative process privilege | Emails between Mr. Robert Work, the Deputy Secretary of Defense, and Ms. Lacey Raymond, a special assistant within the Office of the Secretary of Defense, on substantive edits to his memorandum on accessions of transgender individuals.  These records reveal the high-level deliberations about specific information to include in the early versions of the memorandum and provide insight into various drafts of the document.  These documents are pre-decisional.  The discussions and deliberations reflected in these emails occurred on June 25 and 26, 2017, which was prior Secretary Mattis's decision to delay accessions of transgender applicants on June 30, 2017.  They are also deliberative.  They show senior DoD officials' opinions and recommendations concerning how DoD's policy coordination process should proceed and include proposed policy options and internal discussions on Secretary Mattis's priorities. See Declaration of Robert Easton ¶ 8. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97052 | PrivWith hold0001 3783 | PrivWithh old00013 784 | 6/25/2017, 6/26/2017 | Deliberative process privilege | Emails between Mr. Robert Work, the Deputy Secretary of Defense, and Ms. Lacey Raymond, a special assistant within the Office of the Secretary of Defense, on substantive edits to his memorandum on accessions of transgender individuals.  These records reveal the high-level deliberations about specific information to include in the early versions of the memorandum and provide insight into various drafts of the document.  These documents are pre-decisional.  The discussions and deliberations reflected in these emails occurred on June 25 and 26, 2017, which was prior Secretary Mattis's decision to delay accessions of transgender applicants on June 30, 2017.  They are also deliberative.  They show senior DoD officials' opinions and recommendations concerning how DoD's policy coordination process should proceed and include proposed policy options and internal discussions on Secretary Mattis's priorities. See Declaration of Robert Easton ¶ 8. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97054 | PrivWith hold0001 3785 | PrivWithh old00013 786 | 6/25/2017, 6/26/2017 | Deliberative process privilege | Emails between Mr. Robert Work, the Deputy Secretary of Defense, and Ms. Lacey Raymond, a special assistant within the Office of the Secretary of Defense, on substantive edits to his memorandum on accessions of transgender individuals.  These records reveal the high-level deliberations about specific information to include in the early versions of the memorandum and provide insight into various drafts of the document.  These documents are pre-decisional.  The discussions and deliberations reflected in these emails occurred on June 25 and 26, 2017, which was prior Secretary Mattis's decision to delay accessions of transgender applicants on June 30, 2017.  They are also deliberative.  They show senior DoD officials' opinions and recommendations concerning how DoD's policy coordination process should proceed and include proposed policy options and internal discussions on Secretary Mattis's priorities. See Declaration of Robert Easton ¶ 8. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97073 | PrivWith hold0001 3794 | PrivWithh old00013 794 | 6/25/2017, 6/26/2017 | Deliberative process privilege | Emails between Mr. Robert Work, the Deputy Secretary of Defense, and Ms. Lacey Raymond, a special assistant within the Office of the Secretary of Defense, on substantive edits to his memorandum on accessions of transgender individuals.  These records reveal the high-level deliberations about specific information to include in the early versions of the memorandum and provide insight into various drafts of the document.  These documents are pre-decisional.  The discussions and deliberations reflected in these emails occurred on June 25 and 26, 2017, which was prior Secretary Mattis's decision to delay accessions of transgender applicants on June 30, 2017.  They are also deliberative.  They show senior DoD officials' opinions and recommendations concerning how DoD's policy coordination process should proceed and include proposed policy options and internal discussions on Secretary Mattis's priorities. See Declaration of Robert Easton ¶ 8. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 03212 | PrivWith hold0001 3368 | PrivWithh old00013 371 | 3/12/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains comments and proposed edits to the text of the document from senior DoD officials.  This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|-------|---------------------------|-------------------------|------|--------------|---------------------------------------------|-----------|-------|
| DoD000 05169 | PrivWith hold0001 3500 | PrivWithh old00013 503 | 3/18/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05177 | PrivWith hold0001 3508 | PrivWithh old00013 511 | 3/12/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains comments and proposed edits to the text of the document from senior DoD officials.  This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05181 | PrivWith hold0001 3512 | PrivWithh old00013 515 | 3/12/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains comments and proposed edits to the text of the document from senior DoD officials.  This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05183 | PrivWith hold0001 3516 | PrivWithh old00013 519 | 3/12/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains comments and proposed edits to the text of the document from senior DoD officials.  This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 10245 | PrivWith hold0001 3537 | PrivWithh old00013 540 | 3/18/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|-------|---------------------------|-------------------------|------|--------------|----------------------------------------------|-----------|-------|
| DoD000 18168 | PrivWith hold0001 3546 | PrivWithh old00013 549 | 3/12/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains comments and proposed edits to the text of the document from senior DoD officials.  This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 18224 | PrivWith hold0001 3576 | PrivWithh old00013 579 | 3/18/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 18228 | PrivWith hold0001 3583 | PrivWithh old00013 586 | 3/12/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains comments and proposed edits to the text of the document from senior DoD officials.  This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 18243 | PrivWith hold0001 3592 | PrivWithh old00013 595 | 3/12/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains comments and proposed edits to the text of the document from senior DoD officials.  This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 29201 | PrivWith hold0001 3880 | PrivWithh old00013 883 | 3/18/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 9. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05149 | PrivWith hold0001 3471 | PrivWithh old00013 477 | 3/27/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains visible edits in track changes. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 06476 | PrivWith hold0001 3520 | PrivWithh old00013 523 | 3/20/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains visible edits in track changes. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 25545 | PrivWith hold0001 3842 | PrivWithh old00013 845 | 3/18/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains visible edits in track changes. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 29199 | PrivWith hold0001 3876 | PrivWithh old00013 879 | 3/18/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains visible edits in track changes. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05158 | PrivWith hold0001 3478 | PrivWithh old00013 482 | 3/22/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05160 | PrivWith hold0001 3483 | PrivWithh old00013 487 | 3/21/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05163 | PrivWith hold0001 3488 | PrivWithh old00013 492 | 3/21/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05165 | PrivWith hold0001 3493 | PrivWithh old00013 499 | 3/20/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains visible edits in track changes and comments concerning the content of the memorandum. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 18135 | PrivWith hold0001 3541 | PrivWithh old00013 545 | 3/21/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017. This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 18205 | PrivWith hold0001 3569 | PrivWithh old00013 575 | 3/27/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains visible edits in track changes. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 18241 | PrivWith hold0001 3587 | PrivWithh old00013 591 | 3/22/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 25540 | PrivWith hold0001 3835 | PrivWithh old00013 841 | 3/20/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains visible edits in track changes and comments concerning the content of the memorandum. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 29193 | PrivWith hold0001 3859 | PrivWithh old00013 863 | 3/21/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 29195 | PrivWith hold0001 3864 | PrivWithh old00013 868 | 3/21/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 29197 | PrivWith hold0001 3869 | PrivWithh old00013 875 | 3/20/2017 | Deliberative process privilege; Attorney-client privilege | Draft of a memorandum written by senior DoD officials for Secretary Mattis describing the policy development process undertaken in formulating DoD's prior policy on accessions and military service of transgender individuals, concerns with that process and the accessions policy expressed by the Military Services, and several proposed options (including "pros and cons" for each course of action) and recommendations for addressing those concerns. Contains visible edits in track changes and comments concerning the content of the memorandum. This document is pre-decisional because it pre-dates Secretary Mattis's decision to delay accessions of transgender applicants, which was made on June 30, 2017.  This document is deliberative because it is a draft and it reflects opinions and recommendations from officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. Contains redactions of information subject to the attorney-client privilege. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05174 | PrivWith hold0001 3504 | PrivWithh old00013 505 | 3/12/2017, 3/13/2017 | Deliberative Process Privilege | Email communications between Ms. Stephanie Miller, Director of Military Accessions Policy, and Mr. Anthony Kurta, who was then Performing the Duties of the Under Secretary of Defense for Personnel and Readiness, providing commentary and recommendations to specific aspects of the memorandum and areas they recommend addressing in more detail within the document.  These emails are pre-decisional because they pre-date Secretary Mattis's decision to delay accessions of transgender applicants on June 30, 2017, as well as the finalization of the memorandum provided to Secretary Mattis to assist him in making his decision. These emails are deliberative because they show the mental impressions, thoughts, and opinions of senior DoD officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. | N | Not deliberative |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 05175 | PrivWith hold0001 3506 | PrivWithh old00013 507 | 3/12/2017 | Deliberative Process Privilege | Email communications between Ms. Stephanie Miller, Director of Military Accessions Policy, and Mr. Anthony Kurta, who was then Performing the Duties of the Under Secretary of Defense for Personnel and Readiness, providing commentary and recommendations to specific aspects of the memorandum and areas they recommend addressing in more detail within the document.  These emails are pre-decisional because they pre-date Secretary Mattis's decision to delay accessions of transgender applicants on June 30, 2017, as well as the finalization of the memorandum provided to Secretary Mattis to assist him in making his decision. These emails are deliberative because they show the mental impressions, thoughts, and opinions of senior DoD officials regarding how DoD could potentially proceed on the accession of transgender applicants and possible options to address the concerns expressed by the Military Services regarding the accessions policy. See Declaration of Robert Easton ¶ 10. | N | Not deliberative |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| Army_10 008529 | PrivWith hold0001 3185 | PrivWithh old00013 186 | 6/6/2017 | Deliberative Process Privilege | Email to the Secretary of the Army, Mr. Robert Speer (the most senior civilian official in the Army), and the Chief of Staff of the Army, General Mark Milley (the most senior military official in the Army), detailing a meeting where the Vice Chairman of the Joint Chiefs of Staff provided Secretary Mattis's early (and not yet final) position whether to delay military accessions of transgender individuals under the Carter policy.  The email is pre-decisional because when it was sent in early June 2017, Secretary Mattis had not rendered a final decision on whether to delay accessions of transgender applicants.  The email is deliberative because it shows a request for input and contains the opinions and recommendations from the Military Services to Secretary Mattis into the decision on whether to delay accessions of transgender applicants.  See Declaration of Robert Easton ¶ 11. | N | Not deliberative |
| Army_10 008531 | PrivWith hold0001 3187 | PrivWithh old00013 188 | 6/6/2017 | Deliberative Process Privilege | Email to the Secretary of the Army, Mr. Robert Speer (the most senior civilian official in the Army), and the Chief of Staff of the Army, General Mark Milley (the most senior military official in the Army), detailing a meeting where the Vice Chairman of the Joint Chiefs of Staff provided Secretary Mattis's early (and not yet final) position whether to delay military accessions of transgender individuals under the Carter policy.  The email is pre-decisional because when it was sent in early June 2017, Secretary Mattis had not rendered a final decision on whether to delay accessions of transgender applicants.  The email is deliberative because it shows a request for input and contains the opinions and recommendations from the Military Services to Secretary Mattis into the decision on whether to delay accessions of transgender applicants.  See Declaration of Robert Easton ¶ 11. | N | Not deliberative |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| Army_10 008540 | PrivWith hold0001 3189 | PrivWithh old00013 190 | 6/8/2017 | Deliberative Process Privilege | Email from Ms. Gwendolyn DeFilippi, the Chief of Staff to the then Acting Secretary of the Army, detailing a meeting where the Vice Chairman of the Joint Chiefs of Staff provided Secretary Mattis's early (and not yet final) position whether to delay military accessions of transgender individuals under the Carter policy.  The email is pre-decisional because when it was sent in early June 2017, Secretary Mattis had not rendered a final decision on whether to delay accessions of transgender applicants.  The email is deliberative because it shows a request for input and contains the opinions and recommendations from the Military Services to Secretary Mattis into the decision on whether to delay accessions of transgender applicants.  See Declaration of Robert Easton ¶ 11. | N | Nor deliberative |
| DoD000 04774 | PrivWith hold0001 3434 | PrivWithh old00013 438 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns.  The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 04797 | PrivWith hold0001 3439 | PrivWithh old00013 445 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 04800 | PrivWith hold0001 3446 | PrivWithh old00013 451 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 04804 | PrivWith hold0001 3452 | PrivWithh old00013 456 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 96983 | PrivWith hold0001 3709 | PrivWithh old00013 713 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 96994 | PrivWith hold0001 3714 | PrivWithh old00013 718 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 96996 | PrivWith hold0001 3719 | PrivWithh old00013 723 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 96998 | PrivWith hold0001 3724 | PrivWithh old00013 729 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 97006 | PrivWith hold0001 3736 | PrivWithh old00013 742 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97012 | PrivWith hold0001 3743 | PrivWithh old00013 748 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 97014 | PrivWith hold0001 3749 | PrivWithh old00013 754 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97016 | PrivWith hold0001 3755 | PrivWithh old00013 759 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 97018 | PrivWith hold0001 3760 | PrivWithh old00013 764 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|-------|---------------------------|--------------------------|------|--------------|----------------------------------------------|-----------|-------|
| DoD000 97020 | PrivWith hold0001 3765 | PrivWithh old00013 769 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 18288 | PrivWith hold0001 3596 | PrivWithh old00013 602 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 35141 | PrivWith hold0001 3603 | PrivWithh old00013 608 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 36608 | PrivWith hold0001 3609 | PrivWithh old00013 614 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 39698 | PrivWith hold0001 3615 | PrivWithh old00013 620 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| DoD000 97000 | PrivWith hold0001 3730 | PrivWithh old00013 735 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD001 44924 | PrivWith hold0001 3933 | PrivWithh old00013 936 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| Army_10 019702 | PrivWith hold0001 3192 | PrivWithh old00013 197 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| CJCS_00 001065 | PrivWith hold0001 3252 | PrivWithh old00013 256 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |
| Navy_00 048861 | PrivWith hold0001 3937 | PrivWithh old00013 940 | 6/26/2017 | Deliberative Process Privilege | Email from General Mark Milley, the Chief of Staff of the Army, detailing the Army's opinion and recommendations regarding whether to delay the accession of transgender individuals into military service.   These communications set out various Army concerns and the rationale for these concerns. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.  See Declaration of Robert Easton ¶ 12. | Y | |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| Army_10 010790 | PrivWith hold0001 3191 | PrivWithh old00013 191 | 6/24/2017 | Deliberative Process Privilege | Email from Mr. Paul Aswell, Chief, Army Accessions Policy and Deputy Chief of Staff for Personnel, to himself detailing various Army concerns with accessing transgender individuals. The email is pre-decisional because it preceded the Secretary of Defense's ultimate decision to delay accessions of transgender applicants on June 30, 2017.  The email is deliberative because it captures the mental impressions, thoughts, and opinions of a senior Army official as DoD developed the necessary details to decide whether and how to delay accessions of transgender individuals.   See Declaration of Robert Easton ¶ 12. | Y | |
| Army_10 002510 | PrivWith hold0001 3167 | PrivWithh old00013 184 | 6/25/2017 | Deliberative process privilege | PowerPoint slides describing the Army's questions and concerns relating to whether to delay the accession of transgender individuals into military service. Slides are marked "PRE-DECISIONAL" and pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 12. Contains redactions of personally identifiable information to protect the identities of non-party service members diagnosed with gender dysphoria. | Y | Requires *Warner* analysis |
| Army_10 019791.0 001 | PrivWith hold0001 3198 | PrivWithh old00013 215 | 6/25/2017 | Deliberative process privilege | PowerPoint slides describing the Army's questions and concerns relating to whether to delay the accession of transgender individuals into military service. Slides are marked "PRE-DECISIONAL" and pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 12. Contains redactions of personally identifiable information to protect the identities of non-party service members diagnosed with gender dysphoria. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| Army_10 019795.0 001 | PrivWith hold0001 3216 | PrivWithh old00013 233 | 6/25/2017 | Deliberative process privilege | PowerPoint slides describing the Army's questions and concerns relating to whether to delay the accession of transgender individuals into military service. Slides are marked "PRE-DECISIONAL" and pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 12. Contains redactions of personally identifiable information to protect the identities of non-party service members diagnosed with gender dysphoria. | Y | Requires *Warner* analysis |
| Army_10 019799.0 001 | PrivWith hold0001 3234 | PrivWithh old00013 251 | 6/25/2017 | Deliberative process privilege | PowerPoint slides describing the Army's questions and concerns relating to whether to delay the accession of transgender individuals into military service. Slides are marked "PRE-DECISIONAL" and pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 12. Contains redactions of personally identifiable information to protect the identities of non-party service members diagnosed with gender dysphoria. | Y | Requires *Warner* analysis |
| DoD000 10019 | PrivWith hold0001 3524 | PrivWithh old00013 536 | 7/7/2017 | Deliberative process privilege | DoD slides describing various potential accessions scenarios and issues and containing Anthony Kurta's handwritten notes, refleting his mental impressions and reactions to such scenarios and issues. See Declaration of Robert Easton ¶ 12. | Y | Requires *Warner* analysis |
| DoD001 28781 | PrivWith hold0001 3846 | PrivWithh old00013 858 | 7/7/2017 | Deliberative process privilege | DoD slides describing various potential accessions scenarios and issues and containing Anthony Kurta's handwritten notes, refleting his mental impressions and reactions to such scenarios and issues. See Declaration of Robert Easton ¶ 12. | Y | Requires *Warner* analysis |

58

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00004938 | PrivWithhold00013459 | PrivWithhold00013461 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD00004939 | PrivWithhold00013462 | PrivWithhold00013464 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD00004940 | PrivWithhold00013465 | PrivWithhold00013467 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 04941 | PrivWith hold0001 3468 | PrivWithh old00013 470 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 97250 | PrivWith hold0001 3809 | PrivWithh old00013 811 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 97252 | PrivWith hold0001 3812 | PrivWithh old00013 814 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97258 | PrivWith hold0001 3815 | PrivWithh old00013 817 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 97260 | PrivWith hold0001 3818 | PrivWithh old00013 820 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 97262 | PrivWith hold0001 3821 | PrivWithh old00013 823 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|-------|-------|-------|------|------|------|------|------|
| DoD00097264 | PrivWithhold00013824 | PrivWithhold00013825 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD00097266 | PrivWithhold00013826 | PrivWithhold00013828 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD00097291 | PrivWithhold00013829 | PrivWithhold00013831 | 6/17/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 97293 | PrivWith hold0001 3832 | PrivWithh old00013 834 | 6/17/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 18188 | PrivWith hold0001 3550 | PrivWithh old00013 552 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |
| DoD000 18201 | PrivWith hold0001 3566 | PrivWithh old00013 568 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |

In Camera Review of 10.30.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD000 18225 | PrivWith hold0001 3580 | PrivWithh old00013 582 | 6/20/2017 | Deliberative process privilege; Attorney-client privilege | Email conversation involving the Vice Chairman of the Joint Chiefs of Staff containing mental impressions, opinions, and deliberations of senior DoD officials in reaction to the Military Services' request to delay accessions of transgender applicants. Emails pre-date Secretary Mattis's decision on June 30, 2017, to delay accessions of transgender applicants. See Declaration of Robert Easton ¶ 13. Contains redactions of information subject to the attorney-client privilege. | Y | Requires *Warner* analysis |