In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130329 | PrivWithhold00013961 | PrivWithhold00013962 | 2/23/2018 | Deliberative process privilege | Draft of a notional schedule and plan titled "Notional Timeline:  Transgender Policy Implementation & Litigation" that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. Contains the heading "PRIVILEGED & CONFIDENTIAL" at the top of each page followed by the date and time of the version of the draft. Prepared, sent, and reviewed by senior DoD officials, such as Secretary of Defense Senior Advisor William Bushman, DoD Chief Spokesperson Dana White, and Deputy Chief of Staff to the Secretary of Defense Peter Verga. The document is pre-decisional because it is a draft that was created before the President accepted DoD's proposed policy recommendation on March 23, 2018. The document is deliberative because it is a draft that proposes various potential courses of action in anticipation of potential actions by the President and reflect the views and thought processes of senior advisors to the Secretary of Defense regarding anticipated actions.  See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130333 | PrivWithhold00013965 | PrivWithhold00013966 | 2/23/2018 | Deliberative process privilege | Draft of a notional schedule and plan titled "Notional Timeline: Transgender Policy Implementation & Litigation" that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. Contains the heading "PRIVILEGED & CONFIDENTIAL" at the top of each page followed by the date and time of the version of the draft. Prepared, sent, and reviewed by senior DoD officials, such as Secretary of Defense Senior Advisor William Bushman, DoD Chief Spokesperson Dana White, and Deputy Chief of Staff to the Secretary of Defense Peter Verga. The document is pre-decisional because it is a draft that was created before the President accepted DoD's proposed policy recommendation on March 23, 2018. The document is deliberative because it is a draft that proposes various potential courses of action in anticipation of potential actions by the President and reflect the views and thought processes of senior advisors to the Secretary of Defense regarding anticipated actions. See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130341 | PrivWithhold00013969 | PrivWithhold00013969 | 2/23/2018 | Deliberative process privilege | Draft of a notional schedule and plan titled "Notional Timeline:  Transgender Policy Implementation & Litigation" that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. Contains the heading "PRIVILEGED & CONFIDENTIAL" at the top of each page followed by the date and time of the version of the draft. Prepared, sent, and reviewed by senior DoD officials, such as Secretary of Defense Senior Advisor William Bushman, DoD Chief Spokesperson Dana White, and Deputy Chief of Staff to the Secretary of Defense Peter Verga. The document is pre-decisional because it is a draft that was created before the President accepted DoD's proposed policy recommendation on March 23, 2018. The document is deliberative because it is a draft that proposes various potential courses of action in anticipation of potential actions by the President and reflect the views and thought processes of senior advisors to the Secretary of Defense regarding anticipated actions.  See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130344 | PrivWithhold00013970 | PrivWithhold00013970 | 2/23/2018 | Deliberative process privilege | Draft of a notional schedule and plan titled "Notional Timeline: Transgender Policy Implementation & Litigation" that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. Contains the heading "PRIVILEGED & CONFIDENTIAL" at the top of each page followed by the date and time of the version of the draft. Prepared, sent, and reviewed by senior DoD officials, such as Secretary of Defense Senior Advisor William Bushman, DoD Chief Spokesperson Dana White, and Deputy Chief of Staff to the Secretary of Defense Peter Verga. The document is pre-decisional because it is a draft that was created before the President accepted DoD's proposed policy recommendation on March 23, 2018. The document is deliberative because it is a draft that proposes various potential courses of action in anticipation of potential actions by the President and reflect the views and thought processes of senior advisors to the Secretary of Defense regarding anticipated actions.  See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00133206 | PrivWithhold00013988 | PrivWithhold00013988 | 2/23/2018 | Deliberative process privilege | Draft of a notional schedule and plan titled "Notional Timeline:  Transgender Policy Implementation & Litigation" that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. Contains the heading "PRIVILEGED & CONFIDENTIAL" at the top of each page followed by the date and time of the version of the draft. Prepared, sent, and reviewed by senior DoD officials, such as Secretary of Defense Senior Advisor William Bushman, DoD Chief Spokesperson Dana White, and Deputy Chief of Staff to the Secretary of Defense Peter Verga. The document is pre-decisional because it is a draft that was created before the President accepted DoD's proposed policy recommendation on March 23, 2018. The document is deliberative because it is a draft that proposes various potential courses of action in anticipation of potential actions by the President and reflect the views and thought processes of senior advisors to the Secretary of Defense regarding anticipated actions.  See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00140344 | PrivWithhold00013998 | PrivWithhold00013999 | 2/23/2018 | Deliberative process privilege | Draft of a notional schedule and plan titled "Notional Timeline: Transgender Policy Implementation & Litigation" that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. Contains the heading "PRIVILEGED & CONFIDENTIAL" at the top of each page followed by the date and time of the version of the draft. Prepared, sent, and reviewed by senior DoD officials, such as Secretary of Defense Senior Advisor William Bushman, DoD Chief Spokesperson Dana White, and Deputy Chief of Staff to the Secretary of Defense Peter Verga. The document is pre-decisional because it is a draft that was created before the President accepted DoD's proposed policy recommendation on March 23, 2018. The document is deliberative because it is a draft that proposes various potential courses of action in anticipation of potential actions by the President and reflect the views and thought processes of senior advisors to the Secretary of Defense regarding anticipated actions.  See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00141951 | PrivWithhold00014002 | PrivWithhold00014003 | 2/23/2018 | Deliberative process privilege | Draft of a notional schedule and plan titled "Notional Timeline:  Transgender Policy Implementation & Litigation" that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. Contains the heading "PRIVILEGED & CONFIDENTIAL" at the top of each page followed by the date and time of the version of the draft. Prepared, sent, and reviewed by senior DoD officials, such as Secretary of Defense Senior Advisor William Bushman, DoD Chief Spokesperson Dana White, and Deputy Chief of Staff to the Secretary of Defense Peter Verga. The document is pre-decisional because it is a draft that was created before the President accepted DoD's proposed policy recommendation on March 23, 2018. The document is deliberative because it is a draft that proposes various potential courses of action in anticipation of potential actions by the President and reflect the views and thought processes of senior advisors to the Secretary of Defense regarding anticipated actions.  See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00141956 | PrivWithhold00014006 | PrivWithhold00014006 | 2/23/2018 | Deliberative process privilege | Draft of a notional schedule and plan titled "Notional Timeline: Transgender Policy Implementation & Litigation" that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. Contains the heading "PRIVILEGED & CONFIDENTIAL" at the top of each page followed by the date and time of the version of the draft. Prepared, sent, and reviewed by senior DoD officials, such as Secretary of Defense Senior Advisor William Bushman, DoD Chief Spokesperson Dana White, and Deputy Chief of Staff to the Secretary of Defense Peter Verga. The document is pre-decisional because it is a draft that was created before the President accepted DoD's proposed policy recommendation on March 23, 2018. The document is deliberative because it is a draft that proposes various potential courses of action in anticipation of potential actions by the President and reflect the views and thought processes of senior advisors to the Secretary of Defense regarding anticipated actions.  See Declaration of Robert Easton ¶ 7. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130330 | PrivWithhold00013963 | PrivWithhold00013964 | 2/23/2018 | Deliberative process privilege | Information paper titled "Talking Points re. DoD Transgender Policy Review and Recommendations" that was prepared on February 23, 2018, in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. The information paper was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD in case there was an unexpected leak of the Secretary of Defense's recommendation to the President prior to a decision by the President and upon any decision by the President regarding the Department's recommended policy. The information paper is pre-decisional because the discussions and deliberations reflected in this document occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information paper is deliberative because it shows senior DoD officials, such as Mr. Bushman's, Mr. Verga's, and Acting General Counsel Paul Koffsky's internal concerns, opinions, and recommendations concerning how to respond to a potential leak of DoD's recommendation to the President if it were to occur prior to the President's decision, as well as how DoD should discuss the review by the Panel of Experts and the Report and Recommendation prepared by the Department following the President's decision. See Declaration of Robert Easton ¶ 8. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130340 | PrivWithhold00013967 | PrivWithhold00013968 | 2/23/2018 | Deliberative process privilege | Information paper titled "Talking Points re. DoD Transgender Policy Review and Recommendations" that was prepared on February 23, 2018, in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. The information paper was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD in case there was an unexpected leak of the Secretary of Defense's recommendation to the President prior to a decision by the President and upon any decision by the President regarding the Department's recommended policy. The information paper is pre-decisional because the discussions and deliberations reflected in this document occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information paper is deliberative because it shows senior DoD officials, such as Mr. Bushman's, Mr. Verga's, and Acting General Counsel Paul Koffsky's internal concerns, opinions, and recommendations concerning how to respond to a potential leak of DoD's recommendation to the President if it were to occur prior to the President's decision, as well as how DoD should discuss the review by the Panel of Experts and the Report and Recommendation prepared by the Department following the President's decision. See Declaration of Robert Easton ¶ 8. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00140345 | PrivWithhold00014000 | PrivWithhold00014001 | 2/23/2018 | Deliberative process privilege | Information paper titled "Talking Points re. DoD Transgender Policy Review and Recommendations" that was prepared on February 23, 2018, in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. The information paper was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD in case there was an unexpected leak of the Secretary of Defense's recommendation to the President prior to a decision by the President and upon any decision by the President regarding the Department's recommended policy. The information paper is pre-decisional because the discussions and deliberations reflected in this document occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information paper is deliberative because it shows senior DoD officials, such as Mr. Bushman's, Mr. Verga's, and Acting General Counsel Paul Koffsky's internal concerns, opinions, and recommendations concerning how to respond to a potential leak of DoD's recommendation to the President if it were to occur prior to the President's decision, as well as how DoD should discuss the review by the Panel of Experts and the Report and Recommendation prepared by the Department following the President's decision. See Declaration of Robert Easton ¶ 8. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00141955 | PrivWithhold00014004 | PrivWithhold00014005 | 2/23/2018 | Deliberative process privilege | Information paper titled "Talking Points re. DoD Transgender Policy Review and Recommendations" that was prepared on February 23, 2018, in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals. The information paper was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD in case there was an unexpected leak of the Secretary of Defense's recommendation to the President prior to a decision by the President and upon any decision by the President regarding the Department's recommended policy. The information paper is pre-decisional because the discussions and deliberations reflected in this document occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information paper is deliberative because it shows senior DoD officials, such as Mr. Bushman's, Mr. Verga's, and Acting General Counsel Paul Koffsky's internal concerns, opinions, and recommendations concerning how to respond to a potential leak of DoD's recommendation to the President if it were to occur prior to the President's decision, as well as how DoD should discuss the review by the Panel of Experts and the Report and Recommendation prepared by the Department following the President's decision. See Declaration of Robert Easton ¶ 8. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130208 | PrivWithhold00013941 | PrivWithhold00013944 | 3/22/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130211 | PrivWithho ld0001394 5 | PrivWithh old000139 48 | 3/22/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130216 | PrivWithhold00013949 | PrivWithhold00013952 | 3/22/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130219 | PrivWithhold00013953 | PrivWithhold00013956 | 3/21/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130240 | PrivWithhold00013957 | PrivWithhold00013960 | 3/20/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130902 | PrivWithhold00013971 | PrivWithhold00013975 | 3/21/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | Y | |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00133119 | PrivWithhold00013980 | PrivWithhold00013983 | 3/22/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00133135 | PrivWithhold00013984 | PrivWithhold00013987 | 3/21/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00139341 | PrivWithhold00013989 | PrivWithhold00013992 | 3/20/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00130943 | PrivWithhold00013976 | PrivWithhold00013979 | 3/3/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. The document also contains visible edits and comments from DoD officials who proposed changes to the document. See Declaration of Robert Easton ¶ 9. | Y | |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00139521 | PrivWithhold00013993 | PrivWithhold00013997 | 3/21/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. The document also contains visible edits and comments from DoD officials who proposed changes to the document. See Declaration of Robert Easton ¶ 9. | Y | |

In Camera Review 11.13.2020 Privilege Log

| DOCID | Priv Withhold Begin Bates | Priv Withhold End Bates | Date | Privilege(s) | Privilege Description (See DoD Declaration) | Priv. Y/N | Notes |
|---|---|---|---|---|---|---|---|
| DoD00143295 | PrivWithhold00014007 | PrivWithhold00014010 | 3/22/2018 | Deliberative process privilege | Draft of an information memo that was prepared in anticipation of a decision from the President in response to the submission of the Department of Defense's Report and Recommendation on military service by transgender individuals, titled "Transgender Talking Points for Internal Discussion." The document is labeled "DRAFT/PRE-DECISIONAL-FOUO." The information memo was drafted to assist senior DoD decision-makers in potentially answering questions both internal and external to DoD following any decision by the President regarding the Department's recommended policy. The draft information paper is pre-decisional because the discussions and deliberations reflected in it occurred prior to the President's decision to accept the Department's recommended policy and the release of the President's Memorandum on March 23, 2018. The information memo is deliberative because it reflects opinions, deliberations, and recommendations from senior DoD officials on how to prepare for the announcement, discuss the process for arriving at the decision, and on next steps towards implementing the President's not yet final decision. See Declaration of Robert Easton ¶ 9. | N | Not deliberative |