The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | No. 2:17-cv-1297-MJP |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF COMPLIANCE RE ECF NO. 641** |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

DEFENDANTS' NOTICE
OF COMPLIANCE RE ECF NO 641
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 353-0543**

Defendants respectfully give notice to the Court of their compliance with the Court's November 25, 2020 Order concerning the submission of additional physical copies of documents for in camera review. *See* ECF No. 641. The Court ordered submission of physical copies of 55 documents contained in Defendants' privilege log—the first 53 listed therein and the last two. Defendants have today submitted copies of two documents pursuant to the order, DoD00137591 and Army_10024456.

The remaining documents have not been resubmitted because the Court has previously adjudicated Defendants' privilege claims as to these documents. Defendants therefore respectfully propose that no further action is needed by the Court as to these documents. Specifically, the first 53 documents on Defendants' privilege log, ECF No. 607-1, reflect Defendants' in camera submission on August 28, 2020. *See* ECF Nos. 573, 607. The Court adjudicated Defendants' privilege claims as to these documents in its September 25, 2020 order. *See* ECF No. 614. Defendants subsequently produced the documents to Plaintiffs consistent with the order.

The remaining document subject to the Court's order regarding physical submission, Army_10024454, was adjudicated on page 274 of Exhibit 1 to the November 25 Order. *See* ECF No. 641-1. A second entry regarding the same document appears later on Defendants' privilege log, ECF No. 641-1 at 345, but only one copy of the document was previously provided.

Dated: December 9, 2020                                  Respectfully submitted,

JOHN COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

*/s/ James Powers*
ANDREW E. CARMICHAEL
Senior Trial Counsel
JAMES R. POWERS

DEFENDANTS' NOTICE OF COMPLIANCE
RE ECF NO 569
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3346

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

MATTHEW SKURNIK
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 353-0543
Email: james.r.powers@usdoj.gov
*Counsel for Defendants*

DEFENDANTS' NOTICE OF COMPLIANCE
RE ECF NO 569
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street NW**
**Washington, DC 20530**
**Tel: (202) 514-3346**