The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING CASE SCHEDULE** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | NOTE ON MOTION CALENDAR: DECEMBER 14, 2020 |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

JOINT STIPULATION CONCERNING CASE SCHEDULE

*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

U S DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

Plaintiffs Ryan Karnoski, Staff Sergeant Cathrine Schmid, D.L., Chief Warrant Officer Lindsey Muller, Petty Officer First Class Terece Lewis, Petty Officer Second Class Phillip Stephens, Petty Officer Second Class Megan Winters, Jane Doe, Human Rights Campaign, Gender Justice League, and American Military Partners Association n/k/a Modern Military Association of America (collectively "Plaintiffs"), Plaintiff-Intervenor State of Washington, and Defendants Donald J. Trump, Christopher C. Miller, and the United States Department of Defense (collectively "Defendants," and together with Plaintiffs and Plaintiff-Intervenor, "Parties") hereby stipulate as follows:

WHEREAS, the Court on July 30, 2020, after reviewing the parties' joint status report and discovery plan, issued an Order setting trial dates and related dates in the above-captioned case. Dkt. 554.

WHEREAS, the Court's July 30, 2020, Order requires that all dispositive motions must be filed by December 28, 2020, and noted on the motion calendar on the fourth Friday thereafter. *Id*.

WHEREAS, on October 28, 2020, the Court issued an Order setting a schedule for the production of documents withheld solely on the basis of the Deliberative Process Privilege either to Plaintiffs or *in camera* that extends until December 23, 2020. Dkt. 629.

WHEREAS, on November 9, 2020, the Court granted Defendants' Motion to Stay in part but denied Defendants' request to stay all discovery in this matter.

Accordingly, to allow the parties additional time to utilize any documents produced in December 2020, or subsequently produced after *in camera* review by the Court in further discovery or dispositive motions, the parties hereby stipulate and jointly propose to vacate the current deadline of December 28, 2020 for all dispositive motions to be filed and that a new deadline be set after further discussion with the Court at a later date.

SO STIPULATED

December 14, 2020                                    Respectfully submitted,

JOINT STIPULATION CONCERNING
CASE SCHEDULE - 1
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

U S DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

| | |
|---|---|
| **NEWMAN DU WORS LLP** | **UNITED STATES DEPARTMENT OF JUSTICE** |

s/ Jason B. Sykes

Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)
Sam Ikard (admitted pro hac vice)

**REDGRAVE LLP**
Vanessa Barsanti (admitted pro hac vice)

*Counsel for Plaintiffs*

---

JOHN COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

s/ Andrew E. Carmichael
ANDREW E. CARMICHAEL, VA Bar # 76578
*andrew.e.carmichael@usdoj.gov*
Senior Trial Counsel
MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

s/ Chalia I. Stallings-Ala'ilima

Chalia I. Stallings-Ala'ilima, WSBA No. 40694
*chalias@atg.wa.gov*
Colleen M. Melody, WSBA No. 42275
*colleenm1@atg.wa.gov*
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the WA Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Counsel for Intervenor-Plaintiff State of Washington*

JOINT STIPULATION CONCERNING CASE SCHEDULE - 2
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

U S DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

## [PROPOSED] ORDER

This matter comes before the Court on the Parties' Joint Stipulation Concerning the Case Schedule. After considering the Parties' Joint Stipulation, IT IS HEREBY ORDERED THAT:

1. The current deadline of December 28, 2020 to file dispositive motions is vacated.

IT IS SO ORDERED.

Dated this _____ day of December, 2020.

                                          Marsha J. Pechman
                                        United States District Judge

JOINT STIPULATION CONCERNING
CASE SCHEDULE - 3

*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

U S DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on December 14, 2020.

*/s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

Counsel for Defendants

JOINT STIPULATION CONCERNING
CASE SCHEDULE - 4
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)

U S DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336