The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **ORDER CONCERNING CASE SCHEDULE** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

## ORDER

This matter comes before the Court on the Parties' Joint Stipulation Concerning the Case Schedule. After considering the Parties' Joint Stipulation, IT IS HEREBY ORDERED THAT:

1. The current deadline of December 28, 2020 to file dispositive motions is vacated.

IT IS SO ORDERED.

Dated this 22nd day of December, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER CONCERNING CASE SCHEDULE
*Karnoski, et al. v. Trump, et al.*, No. 2:17-cv-1297 (MJP)