The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **JOINT STATUS REPORT FOR DECEMBER 28, 2020 STATUS CONFERENCE** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

JOINT STATUS REPORT
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1   In advance of the December 28, 2020 status hearing, the parties respectfully submit the
2   following Joint Status Report.

3   By December 23, 2020, Defendants will have completed the review and production of
4   documents withheld solely on the basis of the deliberative process privilege ("DPP") pursuant to
5   this Court's Order dated October 28, 2020 (Dkt. No. 629). The parties have also reached an
6   agreement regarding the re-review and production of certain documents withheld on the basis of
7   DPP and one or more other privileges—specifically, communications with or documents
8   authored or revised by (a) the individuals identified in response to interrogatories 16 and 17,
9   excluding certain attorneys; (b) the members of the Panel of Experts; and (c) Plaintiffs' requested
10  deponents. Communications involving certain DoD OGC attorneys, Department of Justice
11  attorneys, and White House employees are excluded from the foregoing categories. The agreed
12  timeline for concluding this process is February 5, 2021.

13  The parties filed a Joint Stipulation and Proposed Order on December 14, 2020 concerning
14  the dispositive motion deadline currently set for December 28, 2020 (Dkt. No. 655).

15  The parties have no other issues to raise with the Court this month.

16                          *         *         *

JOINT STATUS REPORT - 1
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Dated: December 22, 2020

Respectfully submitted,

| | |
|---|---|
| **NEWMAN DU WORS LLP** | **UNITED STATES DEPARTMENT OF JUSTICE** |

s/ Jason B. Sykes
Derek A. Newman, WA Bar # 26967
*dn@newmanlaw.com*
Jason B. Sykes, WA Bar # 44369
*jason@newmanlaw.com*
Rachel Horvitz, WA Bar # 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

John Coghlan
Deputy Assistant Attorney General

Alexander K. Haas
Branch Director

Anthony J. Coppolino
Deputy Director

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WA Bar # 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

s/ James R. Powers
Andrew E. Carmichael, VA Bar # 76578
*andrew.e.carmichael@usdoj.gov*
Matthew Skurnik, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
James R. Powers, TX Bar #24092989
*james.r.powers@usdoj.gov*
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**
Peter Perkowski (admitted pro hac vice)

**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Jordan M. Heinz (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)
Sam Ikard (admitted pro hac vice)

s/ Chalia I. Stallings-Ala'ilima
Chalia I. Stallings-Ala'ilima, WA Bar # 40694
*chalias@atg.wa.gov*
Colleen M. Melody, WA Bar # 42275
*colleenm1@atg.wa.gov*
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the WA Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Counsel for Plaintiffs*

*Counsel for Intervenor-Plaintiff State of Washington*

JOINT STATUS REPORT - 2
[Case No.: 2:17-cv-01297-MJP]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on December 22, 2020.

s/ Jason B. Sykes
Jason B. Sykes, WA Bar # 44369
*jason@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

JOINT STATUS REPORT - 3
[Case No.: 2:17-cv-01297-MJP]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800