The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **JOINT STATUS REPORT FOR FEBRUARY 5, 2021 STATUS CONFERENCE** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| JOSEPH R. BIDEN JR., in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

JOINT STATUS REPORT
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

1  In advance of the February 5, 2021 status hearing, the parties respectfully submit the
2  following Joint Status Report.
3  On January 28, 2021, Defendants complied with the Court's Order Regarding documents
4  submitted for *in camera* review on December 1, 9, 11, and 23, 2020, ECF No. 666, by producing
5  the documents identified for production in that Order to Plaintiffs.
6  In light of the Executive Order issued by President Biden on January 25, 2021, the parties
7  filed a Joint Stipulation and Proposed Order on February 1, 2021 jointly proposing that (a) the
8  case be stayed until April 9, 2021, 14 days after the 60-day period referenced in the January 25,
9  2021 Executive Order; (b) the current scheduling order and all deadlines therein be vacated; (c)
10 the parties' joint proposed case schedule, Dkt. 665, be denied as moot; and (d) the parties be
11 Ordered to file a Joint Status Report by April 9, 2021 setting forth their respective positions
12 regarding what proceedings, if any, will be necessary thereafter in this case. Similar joint stay
13 requests were submitted by the parties and granted by the district courts in the related cases *Doe*
14 *v. Austin*, No. 17-cv-01597-CKK (D.D.C.) and *Stone v. Biden*, No. 17-cv-02459-GLR (D. Md.).
15 The parties have no other issues to raise with the Court this month.
16                           *       *       *
17
18 February 3, 2021                                Respectfully submitted,

JOINT STATUS REPORT
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

| | |
|---|---|
| **NEWMAN DU WORS LLP**<br><br>s/ *Jason B. Sykes*<br>Derek A. Newman, WSBA No. 26967<br>*dn@newmanlaw.com*<br>Jason B. Sykes, WSBA No. 44369<br>*jason@newmanlaw.com*<br>Rachel Horvitz, WSBA No. 52987<br>*rachel@newmanlaw.com*<br>2101 Fourth Ave., Ste. 1500<br>Seattle, WA 98121<br>(206) 274-2800<br><br>**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**<br>Tara Borelli, WSBA No. 36759<br>*tborelli@lambdalegal.org*<br>Camilla B. Taylor (admitted pro hac vice)<br>Peter C. Renn (admitted pro hac vice)<br>Sasha Buchert (admitted pro hac vice)<br>Kara Ingelhart (admitted pro hac vice)<br>Carl Charles (admitted pro hac vice)<br>Paul D. Castillo (admitted pro hac vice)<br><br>**OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA**<br>Peter Perkowski (admitted pro hac vice)<br><br>**KIRKLAND & ELLIS LLP**<br>James F. Hurst, P.C. (admitted pro hac vice)<br>Steve Patton (admitted pro hac vice)<br>Jordan M. Heinz (admitted pro hac vice)<br>Vanessa Barsanti (admitted pro hac vice)<br>Daniel I. Siegfried (admitted pro hac vice)<br>Sam Ikard (admitted pro hac vice)<br><br>*Counsel for Plaintiffs* | **UNITED STATES DEPARTMENT OF JUSTICE**<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>s/ *Andrew E. Carmichael*<br>ANDREW E. CARMICHAEL, VA Bar # 76578<br>*andrew.e.carmichael@usdoj.gov*<br>Senior Trial Counsel<br>MATTHEW SKURNIK, NY Bar # 5553896<br>*Matthew.Skurnik@usdoj.gov*<br>JAMES R. POWERS, TX Bar #24092989<br>*james.r.powers@usdoj.gov*<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Suite 12108<br>Washington, DC 20530<br>(202) 514-3346<br><br>*Counsel for Defendants*<br><br>**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**<br><br>s/ *Chalia I. Stallings-Ala'ilima*<br>Chalia I. Stallings-Ala'ilima, WSBA No. 40694<br>*chalias@atg.wa.gov*<br>Colleen M. Melody, WSBA No. 42275<br>*colleenm1@atg.wa.gov*<br>Assistant Attorney General<br>Wing Luke Civil Rights Division<br>Office of the WA Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br><br>*Counsel for Intervenor-Plaintiff State of Washington* |

JOINT STATUS REPORT
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336