UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> *Plaintiffs*, and <br><br> STATE OF WASHINGTON, <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> JOSEPH R. BIDEN JR., in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 2:17-cv-01297-MJP <br><br> **JOINT STIPULATION AND ORDER FOR A STAY** <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 1, 2021 |

JOINT STIPULATION FOR STAY
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

Plaintiffs Ryan Karnoski, Staff Sergeant Cathrine Schmid, D.L., Chief Warrant Officer Lindsey Muller, Petty Officer First Class Terece Lewis, Petty Officer Second Class Phillip Stephens, Petty Officer Second Class Megan Winters, Jane Doe, Human Rights Campaign, Gender Justice League, and American Military Partners Association n/k/a Modern Military Association of America (collectively "Plaintiffs"), Plaintiff-Intervenor State of Washington, and Defendants Joseph R. Biden Jr., Lloyd J. Austin III, and the United States Department of Defense (collectively "Defendants," and together with Plaintiffs and Plaintiff-Intervenor, "Parties") hereby stipulate as follows:

WHEREAS, on January 25, 2021, President Biden issued an executive order (the "January 25, 2021 Executive Order") "revok[ing]" "the Presidential Memorandum of March 23, 2018" and confirming "the Presidential Memorandum of August 25, 2017 (Military Service by Transgender Individuals) remains revoked." E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), ECF No. 667-1.  Plaintiffs challenge both of those Memoranda in this case.

WHEREAS the January 25, 2021 Executive Order provides that "[t]he Secretary of Defense, and Secretary of Homeland Security with respect to the Coast Guard, shall, after consultation with the Joint Chiefs of Staff about how best to implement this policy . . . take all necessary steps to ensure that all directives, orders, regulations, and policies of their respective departments are consistent with this order" including "establishing a process by which transgender service members may transition gender while serving, along with any further steps that the Secretary of Defense and Secretary of Homeland Security deem appropriate to advance the policy described in section 1 of this order." *Id.* § 3(a).

WHEREAS the January 25, 2021 Executive Order provides that the Secretary of Defense and Secretary of Homeland Security "shall (i) immediately prohibit involuntary separations, discharges, and denials of reenlistment or continuation of service on the basis of gender identity or under circumstances relating to their gender identity." *Id.* §§ 3(b)(i), 3(c)(i) .

WHEREAS the January 25, 2021 Executive Order provides that "[t]he Secretary of Defense and the Secretary of Homeland Security shall report to [the President] within 60 days of the date of this order on their progress in implementing the directives in this order and the policy described in section 1 of this order." *Id.* § 3(d).

JOINT STIPULATION FOR STAY - 1
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

1       Accordingly, to allow Defendants time to implement the January 25, 2021 Executive Order and for the Parties to determine thereafter what, if any, proceedings will be necessary in this case after the 60-day period set forth in the January 25, 2021 Executive Order has passed, the Parties hereby stipulate and jointly propose that (a) the case be stayed until April 9, 2021, 14 days after the 60-day period referenced in the January 25, 2021 Executive Order; (b) the current scheduling order and all deadlines therein be vacated; (c) the parties' joint proposed case schedule, Dkt. 665, be denied as moot; and (d) the parties be Ordered to file a Joint Status Report by April 9, 2021 setting forth their respective positions regarding what proceedings, if any, will be necessary thereafter in this case.

SO STIPULATED.

February 1, 2021                                   Respectfully submitted,

JOINT STIPULATION FOR STAY - 2
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

| | | |
|---|---|---|
| 1 | **NEWMAN DU WORS LLP** | **UNITED STATES DEPARTMENT OF JUSTICE** |
| 2 | | |
| 3 | | |
| 4 | s/ *Jason B. Sykes* | |
| | Derek A. Newman, WSBA No. 26967 | BRIAN M. BOYNTON |
| 5 | *dn@newmanlaw.com* | Acting Assistant Attorney General |
| | Jason B. Sykes, WSBA No. 44369 | Civil Division |
| 6 | *jason@newmanlaw.com* | |
| | Rachel Horvitz, WSBA No. 52987 | ALEXANDER K. HAAS |
| 7 | *rachel@newmanlaw.com* | Branch Director |
| 8 | 2101 Fourth Ave., Ste. 1500 | |
| | Seattle, WA 98121 | ANTHONY J. COPPOLINO |
| 9 | (206) 274-2800 | Deputy Director |
| 10 | **LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.** | s/ *Andrew E. Carmichael* |
| | | ANDREW E. CARMICHAEL, VA Bar # 76578 |
| 11 | Tara Borelli, WSBA No. 36759 | *andrew.e.carmichael@usdoj.gov* |
| | *tborelli@lambdalegal.org* | Senior Trial Counsel |
| 12 | Camilla B. Taylor (admitted pro hac vice) | MATTHEW SKURNIK, NY Bar # 5553896 |
| 13 | Peter C. Renn (admitted pro hac vice) | *Matthew.Skurnik@usdoj.gov* |
| | Sasha Buchert (admitted pro hac vice) | JAMES R. POWERS, TX Bar #24092989 |
| 14 | Kara Ingelhart (admitted pro hac vice) | *james.r.powers@usdoj.gov* |
| | Carl Charles (admitted pro hac vice) | Trial Attorneys |
| 15 | Paul D. Castillo (admitted pro hac vice) | United States Department of Justice |
| | | Civil Division, Federal Programs Branch |
| 16 | **OUTSERVE-SLDN, INC. N/K/A MODERN MILITARY ASSOCIATION OF AMERICA** | 1100 L Street NW, Suite 12108 |
| 17 | | Washington, DC 20530 |
| | | (202) 514-3346 |
| 18 | Peter Perkowski (admitted pro hac vice) | |
| | | *Counsel for Defendants* |
| 19 | **KIRKLAND & ELLIS LLP** | |
| 20 | James F. Hurst, P.C. (admitted pro hac vice) | **OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL** |
| | Steve Patton (admitted pro hac vice) | |
| 21 | Jordan M. Heinz (admitted pro hac vice) | s/ *Chalia I. Stallings-Ala'ilima* |
| | Vanessa Barsanti (admitted pro hac vice) | Chalia I. Stallings-Ala'ilima, WSBA No. 40694 |
| 22 | Daniel I. Siegfried (admitted pro hac vice) | *chalias@atg.wa.gov* |
| | Sam Ikard (admitted pro hac vice) | Colleen M. Melody, WSBA No. 42275 |
| 23 | | *colleenm1@atg.wa.gov* |
| 24 | *Counsel for Plaintiffs* | Assistant Attorney General |
| | | Wing Luke Civil Rights Division |
| 25 | | Office of the WA Attorney General |
| | | 800 Fifth Avenue, Suite 2000 |
| 26 | | Seattle, WA 98104 |
| | | (206) 464-7744 |
| 27 | | |
| 28 | | *Counsel for Intervenor-Plaintiff State of Washington* |

JOINT STIPULATION FOR STAY - 3
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

# ORDER

This matter comes before the Court on the Parties' Joint Stipulation for a Stay. After considering the Parties' Joint Stipulation, IT IS HEREBY ORDERED THAT:

1. This case is stayed until April 9, 2021;
2. The current scheduling order in this case, ECF No. 554, and all deadlines therein are vacated;
3. The parties' proposed joint case schedule, ECF No. 655, is denied as moot; and
4. The parties shall file a Joint Status Report by April 9, 2021 setting forth their respective positions regarding what further proceedings, if any, will be necessary in this case.

IT IS SO ORDERED.

Dated this 16th day of February, 2021.

_Marsha J. Pechman_
Marsha J. Pechman
United States Senior District Judge

JOINT STIPULATION FOR STAY - 4
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of Washington that all participants in the case are registered CM/ECF users and that service of the foregoing documents will be accomplished by the CM/ECF system on February 16, 2021.

*/s/ Andrew E. Carmichael*
ANDREW E. CARMICHAEL
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

Counsel for Defendants

JOINT STIPULATION FOR STAY - 5
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336