UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, et al., <br><br> Defendants. | CASE NO. C17-1297 MJP <br><br> ORDER EXTENDING STAY TO JULY 29, 2021; <br><br> REQUIRING A JOINT STATUS REPORT NO LATER THAN JULY 29, 2021 |

  This matter comes before the Court upon the Parties' Joint Status Report of June 11, 2021. (Dkt. No. 682.) The Parties acknowledge that the policy challenged in this litigation has been rescinded and the Department of Defense's new directives have taken effect as of April 30, 2021. Id. at 2. Nevertheless, the Parties request that the stay in this case be extended to July 29, 2021 so they can complete negotiations over dismissal of this proceeding, including any allocation of costs and fees. Id. at 2–3. The Parties further propose to file a joint status report by that date to seek a further extension, if necessary, or set forth their positions on what proceedings remain. Id. at 3.

1     As an initial matter, the Court retains jurisdiction to determine attorney's fees, as necessary, even if the claims at issue in this proceeding have been rendered moot. <u>United States v. Ford</u>, 650 F.2d 1141, 1143–1144 (9th Cir. 1981).

    The Court finds there is good cause to extend the stay as the Parties have requested. The Court GRANTS the Parties' request; this case is further STAYED to July 29, 2021 and the Parties are ORDERED to submit a stipulation of dismissal or a joint status report with their respective positions on what issues remain in this proceeding by July 29. If negotiations are not complete by July 29, the Parties must explain what the impediment is and offer a plan for the Court to bring this matter to a conclusion.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated June 15, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge