FILED

JUN 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: DONALD J. TRUMP, in his official capacity as President of the United States; et al., _____ <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE, <br><br> Respondent, <br><br> RYAN KARNOSKI; et al., <br><br> Real Parties in Interest. | No. 20-70365<br>20-72793 <br><br> D.C. No. 2:17-cv-01297-MJP <br> Western District of Washington, Seattle <br><br> ORDER |

Before: CLIFTON, CALLAHAN, and FRIEDLAND, Circuit Judges.

The parties are requested to file on or before August 27, 2021, letters addressing the status of the underlying litigation and the need for the court to address the petitions for mandamus.