1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  RYAN KARNOSKI, et al.,                  CASE NO. C17-1297 MJP

11                 Plaintiffs,              ORDER GRANTING STIPULATED
                                            REQUEST TO EXTEND STAY TO
12          v.                              AUGUST 26, 2021

13  JOSEPH R. BIDEN, in his official
    capacity as President of the United
14  States, et al.,

15                 Defendants.

16

17       This matter is before the Court on the Parties' joint status report of July 29, 2021. (Dkt.

18  No. 685.) The Parties advise the Court that they have reached a settlement in principle but need

19  additional time to complete the agreement. They request an extension of the stay in effect until

20  August 26, 2021. Finding good cause, the Court GRANTS the request and ORDERS that the

21  stay is EXTENDED until August 26, 2021.

22       The clerk is ordered to provide copies of this order to all counsel.

23       Dated July 29, 2021.

24

*signature*

Marsha J. Pechman
United States Senior District Judge