The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **STIPULATION OF DISMISSAL WITH PREJUDICE (FED R. CIV. P. 41)** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| JOSEPH R. BIDEN JR., in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

STIPULATION OF DISMISSAL
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of Executive Order 14004 "revok[ing]" "the Presidential Memorandum of March 23, 2018," challenged in this case, E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), as well as the issuance of Department of Defense Instruction ("DoDI") 6130.03 (Medical Accession Standards) and DoDI 1300.28 (In Service Transition), which implemented Executive Order 14004 for the Department of Defense, Plaintiffs Ryan Karnoski, Staff Sergeant Cathrine Schmid, D.L., Chief Warrant Officer Lindsey Muller, Petty Officer First Class Terece Lewis, Petty Officer Second Class Phillip Stephens, Petty Officer Second Class Megan Winters, Jane Doe, Human Rights Campaign, Gender Justice League, and American Military Partners Association n/k/a Modern Military Association of America (collectively "Plaintiffs") and Defendants Joseph R. Biden Jr., Lloyd J. Austin III, and the United States Department of Defense (collectively "Defendants," and together with Plaintiffs, "Parties"), hereby stipulate to the dismissal of the above-captioned case, with prejudice.

STIPULATION OF DISMISSAL
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

August 19, 2021

**NEWMAN DU WORS LLP**

s/ *Jason B. Sykes*
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

**LAMDBA LEGAL DEFENSE AND EDUCATION FUND, INC.**
Tara Borelli, WSBA No. 36759
*tborelli@lambdalegal.org*
Camilla B. Taylor (admitted pro hac vice)
Peter C. Renn (admitted pro hac vice)
Sasha Buchert (admitted pro hac vice)
Kara Ingelhart (admitted pro hac vice)
Carl Charles (admitted pro hac vice)
Paul D. Castillo (admitted pro hac vice)

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Steve Patton (admitted pro hac vice)
Vanessa Barsanti (admitted pro hac vice)
Daniel I. Siegfried (admitted pro hac vice)
Sam Ikard (admitted pro hac vice)

*Counsel for Plaintiffs*

Respectfully submitted,

UNITED STATES
DEPARTMENT OF JUSTICE

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
ALEXANDER K. HAAS
Branch Director
ANTHONY J. COPPOLINO
Deputy Director

s/ *Andrew E. Carmichael*
ANDREW E. CARMICHAEL, VA Bar # 76578
*andrew.e.carmichael@usdoj.gov*
Senior Trial Counsel
MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

STIPULATION OF DISMISSAL
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336