The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RYAN KARNOSKI, et al., | Case No. 2:17-cv-01297-MJP |
| *Plaintiffs*, and | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE (FED R. CIV. P. 41)** |
| STATE OF WASHINGTON, | |
| *Plaintiff-Intervenor*, | |
| v. | |
| JOSEPH R. BIDEN JR., in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

STIPULATION OF DISMISSAL
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of Executive Order 14004 "revok[ing]" "the Presidential Memorandum of March 23, 2018," challenged in this case, E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), as well as the issuance of Department of Defense Instruction ("DoDI") 6130.03 (Medical Accession Standards) and DoDI 1300.28 (In Service Transition), which implemented Executive Order 14004 for the Department of Defense, Plaintiff-Intervenor the State of Washington ("Washington), and Defendants Joseph R. Biden Jr., in his official capacity as President of the United States, the United States of America, Lloyd J. Austin III, in his official capacity as Secretary of Defense, the United States Department of Defense, Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security, and the United States Department of Homeland Security (collectively "Defendants," and together with Washington, "Parties"), hereby stipulate to the dismissal of Washington's First Amended Complaint-in-Intervention, ECF No. 348, in the above-captioned case, without prejudice.  The Parties will bear their own attorneys' fees, costs, and expenses.

STIPULATION OF DISMISSAL
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336

August 19, 2021

**OFFICE OF THE WASHINGTON STATE ATTORNEY GENERAL**

s/ *Chalia I. Stallings-Ala'ilima*

Chalia I. Stallings-Ala'ilima, WSBA No. 40694
chalias@atg.wa.gov
Colleen M. Melody, WSBA No. 42275
colleenm1@atg.wa.gov
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the WA Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Counsel for Intervenor-Plaintiff State of Washington*

Respectfully submitted,

UNITED STATES DEPARTMENT OF JUSTICE

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
ALEXANDER K. HAAS
Branch Director
ANTHONY J. COPPOLINO
Deputy Director

s/ *Andrew E. Carmichael*
ANDREW E. CARMICHAEL, VA Bar # 76578
andrew.e.carmichael@usdoj.gov
Senior Trial Counsel
MATTHEW SKURNIK, NY Bar # 5553896
*Matthew.Skurnik@usdoj.gov*
JAMES R. POWERS, TX Bar #24092989
*james.r.powers@usdoj.gov*
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Suite 12108
Washington, DC 20530
(202) 514-3346

*Counsel for Defendants*

STIPULATION OF DISMISSAL
*Karnoski, et al. v. Biden, et al.*, No. 2:17-cv-1297 (MJP)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch 1100 L Street NW
Washington, DC 20530 Tel: (202) 514-4336